# EXHIBIT A

Case 2:25-cv-05871-FLA-MAR    Document 95-1    Filed 01/23/26    Page 1 of 6    Page ID #:2715

**EXHIBIT A – DISPUTED CONSTRUCTIONS**

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Defendant's Supporting Evidence |
|---|---|---|---|
| "magnesium threonate" | No construction needed; plain and ordinary meaning | A magnesium salt of threonic acid, including L-threonic acid magnesium that occurs naturally in the human body. | Scientific literature cited in the claim chart identifies magnesium L-threonate as a distinct chemical compound with defined stoichiometry.<br><br>"*The white powder of magnesium L-threonate was obtained by extracting with alcohol the concentrated solution obtained from the reaction between L-threonic acid solution … and superfluous magnesium oxide… The composition of the new compound was determined by chemical and elemental analyses and its formula fits $Mg(C_4H_7O_5)_2 \cdot H_2O$ .*" Gao Sheng-Li et al., Synthesis and Standard Enthalpy of Formation of Magnesium L-Threonate, Acta Physico-Chimica Sinica (2002)<br><br>Also see *Decl. of Adams, Decl. of Ziari* |
| "dosage form" | No construction needed; plain and ordinary meaning | A pharmaceutical or dietary supplement composition prepared in a defined physical form suitable for administration to a subject. | Pharmaceutical references cited in the claim chart define "dosage form" as a prepared unit such as a tablet, capsule, sachet, or gel.(conventional pharmaceutical solid unit dosage forms).<br><br>"*One embodiment of the present invention relates to a solid oral dose form composition. The composition may be in the form of* |

| | | | *conventional pharmaceutical solid unit dosage forms such as a tablet, capsule, or sachet or the like.* ” U.S. Patent No. 6,218,192, col. 45, line 60 (Altura et al.) |
|---|---|---|---|
| "formulated for oral administration" | No construction needed; plain and ordinary meaning | Prepared in a manner suitable for ingestion through the mouth and delivery via the gastrointestinal tract. | Prior art cited in the claim chart distinguishes oral dosage forms from injectable or other delivery methods. <br><br> *"In general, magnesium may be delivered using a solid dosage form (e.g., tablet, caplet, or the like) or a liquid dosage form ."* US20060089335A1, ¶[0111] (Liu et al.) (describing solid oral dosage forms) |
| "at least 10 mg magnesium threonate" | No construction needed; plain and ordinary meaning | A quantity of magnesium threonate equal to or greater than 10 milligrams. | Prior art formulations cited in the claim chart describe dosage quantities in terms of compound mass, not elemental conversions, reflecting standard pharmaceutical practice. <br><br> *"L-threonic acid sodium 400 grams mix with pregelatinized starch 200 grams ... tabletting is made 1000 unit tablets ."* Embodiment, CN1357323A (Yu Kai et al.), cited in claim chart (compound quantities expressed as compound mass per dosage unit <br><br> Also see *Decl. of Adams, Decl. of Ziari* |
| "solid, semi-solid, semi-liquid, or a gel" | No construction needed; plain and ordinary meaning | Physical states of matter commonly used in pharmaceutical formulations, | Extrinsic references cited in the claim chart classify dosage forms by physical state, including solids and gels. See |

| | | including tablets, capsules, gels, and partially fluid compositions. | US20060089335A1 ¶[0111]; Altura '192 patent, col. 45. " *A solid dosage form may comprise a liquid interior and a solid exterior.* " US20060089335A1, ¶[0111] (Liu et al.) |
|---|---|---|---|
| "elemental magnesium" | No construction needed; plain and ordinary meaning | Magnesium calculated on a magnesium ion ($Mg^{2+}$) basis, regardless of the magnesium salt used. | Prior art cited in the claim chart measures magnesium dosing on an elemental basis (e.g., mg/kg/day of Mg).<br><br>"*The method of claim 83, wherein between 1-20 mg/kg/day Mg is administered.* " US20060089335A1, Claim 90 (Liu et al.) (See also Claims 91-95, all dosing magnesium explicitly as Mg, not as compound weight.)<br><br>Also see *Decl. of Adams, Decl. of Ziari* |
| "nutritionally active agent" | No construction needed; plain and ordinary meaning | A compound that provides a nutritional benefit when administered to a subject. | Extrinsic references cited in the claim chart describe nutritionally active agents as independent nutritional components, not excipients or carriers.<br><br>"*The present mineral composition may be given alone, as a dietary supplement, or may be administered with other minerals and/or with Vitamins.* " U.S. Patent No. 6,218,192, col. 46, lines 11-54 (Altura et al.)<br><br>Also see *Decl. of Adams, Decl. of Ziari* |
| "dietary supplement" | No construction needed; plain and ordinary meaning | A composition intended to supplement the diet by | Prior art cited in the claim chart distinguishes dietary supplements from general foodstuffs. |

| | | | |
|---|---|---|---|
| | | providing one or more nutritional ingredients. | "*The composition may be taken alone as a therapeutic agent in a pharmaceutically acceptable carrier or a mineral supplement, or the composition may be added to supplement other ingredients such as vitamin formulations, vitamin and mineral formulations, and foodstuffs.*" U.S. Patent No. 6,218,192, col. 12, line 26 (Altura et al.)<br><br>Also see *Decl. of Adams, Decl. of Ziari* |
| "providing magnesium supplementation" | No construction needed; plain and ordinary meaning | Increasing or maintaining magnesium levels in a subject through administration of a magnesium- containing composition. | Extrinsic references cited in the claim chart define supplementation as intentional dosing to affect magnesium levels.<br><br>"*A therapeutically effective amount of a pharmaceutical composition typically ranges from about 0.001 to 30 mg/kg body weight .*" US20060089335A1, ¶[0187] (Liu et al.)<br><br>Also see *Decl. of Adams, Decl. of Ziari* |
| "Disease terms (e.g., 'ADHD,'" 'Parkinson's disease,' 'anxiety')" | No construction needed; plain and ordinary meaning | Each term has its ordinary and accepted clinical meaning as understood by medical professionals. | Medical and patent references cited in the claim chart use these terms according to accepted clinical definitions<br><br>"*The method of claim 77, wherein the subject is at risk of or suffering from a disease or condition selected from the group consisting of: Alzheimer's disease, age-associated memory impairment, or mild cognitive impairment.*" US20060089335A1, Claim 101 (Liu et al.) |

| | | | Also see *Decl. of Adams, Decl. of Ziari* |
|---|---|---|---|