# EXHIBIT B

## DECLARATION OF SARA ADAMS, PHD

I, Sara Adams, Ph.D., declare as follows:

1. I have been retained by Mando International LLC to provide expert analysis including, but not limited to:

    i.    the biochemical properties of magnesium salts and complexes;

    ii.    the scientific basis of structure/function claims commonly used in the dietary supplement industry;

    iii.    whether magnesium L-threonate is a naturally occurring substance;

    iv.    whether magnesium and threonate or threonate-producing compounds can combine in vivo; and

    v.    whether certain dosage, mechanism, or bioavailability of magnesium L-threonate are scientifically supported.

2. **Exhibit A** is a true and correct copy of my curriculum vitae.

3. **Exhibit B** is a true and correct copy of items I reviewed prior to preparing this Declaration.

4. I hold a Ph.D. in Natural Sciences (Biochemistry) from the University of Cambridge. I have over 10 years of experience in biotechnology research and development, with specific expertise in rare disease therapeutics, drug metabolism, regulatory affairs, and biochemical mechanisms of action.

5. I am the founder of AgnoSci, a US-based biotechnology company developing diagnostic platforms based on biomimetic sensor technology. My work involves understanding complex biochemical interactions, metal-ligand

DECLARATION OF SARA ADAMS, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

coordination chemistry, and physiological transport mechanisms.

6. My professional experience includes:

    i.    Independent biotech consultant (2015-present) specializing in regulatory strategy, clinical trial design, and drug metabolism.

    ii.    Led teams of 60+ biology PhDs in developing AI training data for Fortune 500 companies focused on complex biological systems.

    iii.    Secured 15+ FDA-approved single-patient INDs with 100% approval rate.

    iv.    Extensive expertise in vitamin C metabolism, metal coordination chemistry, and endogenous metabolite functions.

7. Based on my training, research, and review of the scientific evidence, it is my expert opinion that:

A. Magnesium L-threonate occurs naturally in the human body.

B. Magnesium and L-threonic acid can and do form magnesium L-threonate in vivo, even when not pre-bonded before ingestion.

C. Any claim that only proprietary, pre-bonded magnesium L-threonate is more bioavailable and consequently more effective is scientifically incorrect.

D. There is no scientific basis for any statement that cognitive benefits require the exact proprietary form or dosage referenced in their marketing materials.

8. I am being compensated at my standard consulting rate for my time in this matter. However, my compensation is in no way contingent upon the content of my opinions or the outcome of this matter.

DECLARATION OF SARA ADAMS, PH.D
Case Nos. 3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

9. My opinions are based on my review of the scientific literature, publications by the National Institutes of Health, authoritative nutrition texts, publicly available regulatory guidance, and my own research experience.

10. It is my opinion, to a reasonable degree of scientific certainty, that:

i. **Opinion 1 (Product of Nature):** Magnesium-L-threonate ("Mg-L-threonate") is not a novel composition of matter but rather a naturally-occurring complex that forms endogenously in human tissues, particularly in the central nervous system, as a consequence of normal vitamin C metabolism and ubiquitous magnesium presence. Magnesium ions ($Mg^{2+}$) and L-threonic acid combine spontaneously in vivo to form magnesium L-threonate under physiological pH conditions, consistent with established principles of coordination chemistry and magnesium-ligand binding behavior.

ii. **Opinion 2 (Lack of Inventive Step):** The pre-formed Mg-L-threonate complex provides no unique therapeutic benefit over separate administration of L-threonate (or its precursor vitamin C) and magnesium. The complex dissociates immediately upon oral ingestion due to gastric acidity (~90% dissociation at pH ≤2.5), and the components are absorbed through independent, well-characterized biological mechanisms ($Mg^{2+}$ via TRPM6/7 channels; threonate via monocarboxylate/glucose transporters). There exists no plausible biochemical mechanism by which the intact complex, as a discrete molecular entity, produces therapeutic effects that cannot be achieved by co-administration of the components separately.

iii. **Opinion 3 (Anticipation by Prior Art):** The claimed synergistic interaction

3

DECLARATION OF SARA ADAMS, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

between L-threonate and magnesium is not novel, as substantially similar synergistic effects between vitamin C (the metabolic precursor of L-threonate) and magnesium were extensively documented in peer-reviewed scientific literature published before the patent priority date of March 22, 2007. Specifically, Le Prell et al. (February 2007) demonstrated statistically significant synergistic neuroprotection from combined vitamin C and magnesium treatment, establishing prior art that anticipates any claims of novel L-threonate-magnesium synergy.

iv. **Opinion 4 (Commercial Claims Lack Scientific Basis):** It is scientifically inaccurate to assert that only commercially branded magnesium L-threonate supplied as a pre-formed complex can exert biological or cognitive effects, or that only one proprietary formulation can produce increases in brain magnesium levels or support cognitive function. Magnesium's biological effects depend on ionized magnesium bioavailability and physiological concentrations, not on brand identity or pre-complexation with specific counterions. Any bioavailable magnesium source combined with L-threonate (or its metabolic precursor vitamin C) would achieve equivalent results.

v. **Opinion 5 (Structure/Function Claims Are Non-Proprietary):** Labeling statements, such as "supports relaxation," "supports cognitive health," "supports energy production," "supports muscle and bone health," and similar structure/function claims, are consistent with scientifically accepted roles of magnesium in human physiology and are common, non-proprietary statements within the dietary supplement industry. These statements reflect well-established biological functions of magnesium and do not constitute

4

DECLARATION OF SARA ADAMS, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

clinical promises, nor do they imply equivalence to any particular clinical study, proprietary dosage regimen, or ingredient formulation.

11. Based on the foregoing analysis, it is my opinion to a reasonable degree of scientific certainty that the patent claims for Mg-L-threonate as a therapeutic composition are invalid on multiple independent grounds.

12. I reserve the right to supplement or amend these opinions if additional data, documents, or expert reports become available.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 19, 2026          Respectfully submitted,

/s/ _____
Sara Adams, Ph.D

19/01/2026

DECLARATION OF SARA ADAMS, PH.D