# EXHIBIT C

## DECLARATION OF NAVEED ZIARI, PHD

I, Naveed Ziari, Ph.D., declare as follows:

1. I have been retained by Mando International LLC to provide expert analysis including, but not limited to:

    a. whether magnesium L-threonate is a naturally occurring substance; and

    b. whether mixtures of magnesium with threonate precursors or threonate-releasing compounds can form magnesium L-threonate in vivo.

2. **Exhibit A** is a true and correct copy of my curriculum vitae.

3. I obtained my Ph.D. from the department of Nutritional Sciences & Toxicology from the University of California at Berkeley.

4. I have more than 8 years of professional and academic experience in mineral metabolism, dietary supplements, and biochemical pathways that inform on magnesium absorption, transport, and utilization in the human body.

5. I have served as an instructor, researcher, consultant, and author on peer-reviewed publications involving micronutrient chemistry, bioavailability, nutrient-ligand binding, and *in vivo* transformations of organic acid complexes.

6. My expert opinions are based on my review of the scientific literature, publications by the National Institutes of Health's Office of Dietary Supplements, authoritative nutrition texts, publicly available regulatory guidance, and my own research experience and apprenticeship.

7. It is my professional opinion, to a reasonable degree of scientific certainty,

DECLARATION OF NAVEED ZIARI, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

that magnesium L-threonate is a naturally occurring substance formed within the human body as part of normal intermediary metabolism of ascorbic acid (vitamin C) and organic acid breakdown.

8. It is also my opinion that magnesium ions ($Mg^{2+}$) and L-threonic acid or related threonate-releasing compounds can, combine *in vivo* to form magnesium L-threonate under physiological pH conditions.

9. This is consistent with known principles of coordination chemistry and magnesium–ligand binding behavior.

10. In my opinion, it is scientifically inaccurate to assert that only commercially branded magnesium L-threonate supplied as a pre-bonded compound outside the body can exert biological or cognitive effects different from other forms of manufactured magnesium salts.

11. Any form of magnesium salt, with the exception of magnesium glycinate, dissociates in the digestive tract when it encounters the highly acidic environment of the stomach. Magnesium L-threonate therefore dissociates in the digestive tract and magnesium ion ($Mg^{2+}$) and L-threonate are absorbed separately not as an intact molecule.

12. It would consequently be inaccurate to state any unique mechanism of action when the pre-bonded nature of manufactured magnesium salts, with the exception of magnesium glycinate, becomes irrelevant once ingested.

13. It is also my opinion that there is no scientific basis to conclude that only one proprietary formulation (e.g., "Magtein®") can produce increases in brain magnesium levels or support cognitive function, particularly given that magnesium is an essential mineral whose biological effects depend on ionized

DECLARATION OF NAVEED ZIARI, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

magnesium levels, not brand identity.

14. A valid scientific basis would entail direct measurement of magnesium in the human brain. The only possible current technology used for such measurements is phosphorus magnetic resonance spectroscopy (31P MRS).

15. However, there is no evidence to support these claims: the only available literature on Magtein uses rodents and only looks at the cerebrospinal fluid, which is not the same as brain magnesium levels.

16. Furthermore, labeling statements such as "supports relaxation," "supports cognitive health," "supports energy production," "supports muscle and bone health," and similar structure/function claims are consistent with scientifically accepted roles of magnesium in human physiology and are common within the dietary supplement industry.

17. These statements are not clinical promises, nor do they imply equivalence to any particular clinical study or proprietary dosage regimen.

18. In other words, there is nothing about L-threonate in particular that implicates any of these claims. Thus, one cannot attribute research on magnesium's biological effects to Magnesium L-threonate specifically.

19. There is also no evidence pointing to any synergistic effects of L-threonate and magnesium in the blood or cerebrospinal fluid.

20. L-threonic acid, also known as threonate, is a metabolic degradation product of ascorbic acid (vitamin C).

21. It is well documented in scientific literature that threonate appears in human plasma, cerebrospinal fluid, and urine as a byproduct of catabolism of vitamin C.

3

DECLARATION OF NAVEED ZIARI, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

22. Threonate is found in concentrations of up to 10 µg/mL in blood and up to 5 times higher in cerebrospinal fluid, and is excreted in urine with a relatively short half life of 2.5 hours.

23. Magnesium is one of the most abundant cations in the body, and threonate is a known organic acid ligand capable of chelating magnesium at physiological pH ranges.

24. The formation of magnesium L-threonate is an energetically favorable reaction. Thus, there is a strong likelihood that magnesium L-threonate complexes form naturally in human tissues.

25. The human body continuously forms magnesium-organic acid complexes, including magnesium citrate, magnesium malate, magnesium lactate, and magnesium threonate, depending on the availability of these ligands and the relative binding affinities.

26. Magnesium forms salt crystals when bound to metals instead of organic acids. Thus, the bonding of magnesium to organic acids is favorable.

27. Ionic bonds between magnesium and threonate are energetically and biologically favorable because of magnesium's biochemistry and threonate's classification as an endogenous metabolite.

28. A quantitative way to investigate the strength of an ionic bond and its propensity to form one is the dipole moment, parameterized by the symmetry, or lack thereof, of the molecule.

29. Threonate has a much higher dipole moment than citrate, malate, or lactate. Given that there is direct evidence that magnesium binds to citrate, malate, and

DECLARATION OF NAVEED ZIARI, PH.D

Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

lactate *in vivo*, it would be even more favorable for magnesium to bind to threonate.

30. It is therefore scientifically correct to state that magnesium L-threonate is naturally present within the human body, even in the absence of supplementation.

31. Nothing in biochemistry requires that magnesium L-threonate must be ingested in pre-bonded form to exist or function biologically.

32. When a dietary supplement provides magnesium in ionic or dissociable form and separately provides L-threonic acid, threonate precursors, or compounds metabolized into threonate, the human digestive and circulatory environment provides numerous opportunities for these components to bind and form magnesium L-threonate *in vivo*.

33. From a chemical standpoint, magnesium forms complexes with a wide range of organic acids in aqueous environments.

34. Threonate is a known chelating ligand with demonstrated affinity for magnesium.

35. Combining magnesium salts with L-threonic acid - or with ingredient blends that generate threonate through metabolic breakdown - is entirely consistent with established biochemical pathways that lead to the formation of magnesium–threonate complexes and systemic circulation.

36. Therefore, even if magnesium and threonate are not pre-bonded outside the body, their in vivo combination results in the creation of magnesium L-threonate, which is chemically indistinguishable from the pre-formed compound.

37. Any assertion that magnesium L-threonate must be ingested in

5

DECLARATION OF NAVEED ZIARI, PH.D

Case Nos.  3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

pre-complexed form is not supported by accepted biochemical literature, which recognizes that ligand exchange and complex formation occur naturally and continuously in vivo.

38. Any assumption that a specific dosage used in a proprietary clinical study (approximately 1 to 2 grams per day of magnesium L-threonate) is capable of supporting cognitive function is scientifically unsound without dose-response studies conducted in humans.

39. Dose response studies done in rodents are not translatable to humans.

40. Regardless, the whole notion of cognitive function is subjective and not quantifiable in any way.

41. Clinical effects of magnesium derive primarily from magnesium ion availability, modulation of NMDA receptors, stabilization of neuronal membranes, and other well-characterized pathways.

42. Any observed effect or mechanism of action of L-threonate is separate from that of magnesium ion because the bond is dissociated before ingestion.

43. There is no scientific basis that cognitive support can occur *only* at a specific proprietary dose or that lower doses have "no effect."

44. Many minerals and micronutrients exhibit nonlinear and threshold-based effects, and published scientific literature includes a range of doses that influence cognitive and neurological outcomes.

45. Further, there is no accepted definition or quantification of what constitutes an "effect."

46. Even if any marketed effect were quantifiable, there is no consensus on

6

DECLARATION OF NAVEED ZIARI, PH.D

Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

what quantity would be considered an "effect."

47. Moreover, structure/function claims in dietary supplements do not require evidence of clinical trials at the precise form or dose advertised.

48. They require a reasonable scientific basis - which exists for magnesium and its role in neurological, muscular, energy, and relaxation processes.

49. Phrases such as "supports relaxation," "supports cognitive health," "supports sleep," "supports bone health," "supports muscle function," "supports energy production," etc. are permitted structure/function claims under 21 U.S.C. § 343(r)(6) and FDA guidance.

50. These claims are consistent with the well-documented role of magnesium as a cofactor in over 300 enzymatic reactions, including those involved in neurotransmitter regulation, ATP synthesis, ion channel stability, and neuromuscular transmission.

51. There is no evidence that magnesium l-threonate provides superior cognitive effects compared to other forms of magnesium.

52. Based on my training, research, and review of the scientific evidence, it is my expert opinion that:

a.  Magnesium L-threonate occurs naturally in the human body.

b.  Magnesium and L-threonic acid can and do form magnesium L-threonate in vivo, even when not pre-bonded before ingestion.

c.  Any claim that only proprietary, pre-bonded magnesium L-threonate is more bioavailable and consequently more effective is scientifically incorrect.

7

DECLARATION OF NAVEED ZIARI, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

d. There is no scientific basis for any statement that cognitive benefits require the exact proprietary form or dosage referenced in their marketing materials.

53. I reserve the right to supplement or amend these opinions if additional data, documents, or expert reports become available.

54. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 19, 2026                    Respectfully submitted,

/s/
Naveed Ziari, Ph.D

DECLARATION OF NAVEED ZIARI, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)

# Exhibit A

# Naveed Ziari, Ph.D.

5980 Laurel Creek Dr.    +1 (925) 858 7055
Pleasanton, CA 94588    naveedziari@berkeley.edu

Citizenship: United States

EDUCATION
- ◇ **Ph.D.** Endocrinology - University of California, Berkeley    2019 - 2025
  with Designated Emphasis in Computational Biology
- ◇ **M.Sc.** Bioinformatics, University of California, Santa Cruz    2018 - 2019
- ◇ **B.Sc.** Bioengineering - University of California, Los Angeles    2012 - 2016
  Focus: Computer Science

---

HONORS AND AWARDS
- ◇ **Fellowship** University of California Cancer Research Coordinating Committee    2024 - 2025
- ◇ **Regents Scholarship** awarded to top 1-1.5% of matriculating class at UCLA    2012 - 2016

---

PUBLICATIONS
- ◇ *Under Peer Review*: **\*Ziari, N.**, \*Yu, Z., & Hellerstein, M.K. (2025). Isotope Ratio Accuracy of Metabolic Labeling Using Orbitrap Mass Spectrometers: A Machine-Learning Correction Algorithm and its Application to Flux Measurements.    \*equal contribution
- ◇ *Submitted to Journal*: **Ziari, N.**, & Hellerstein, M.K. (2025). Measurement of glycolysis with heavy water labeling.
- ◇ *Imminent Submission*: **Ziari, N.**, Yu, Z., Lange, M., Goldberg, A., Zhang, G., Nava, A., Cho, K., & Hellerstein, M. (2025). Metabolic Fluxomics with $^2H_2O$ labeling.
- ◇ Bizieff, A., Cheng, M., Chang, K., Mohammed, H., **Ziari, N.**, Nyangau, E., Fitch, M., & Hellerstein, M.K. (2024). Changes in protein fluxes and gene expression in non-injured muscle tissue distant from an acute myotoxic injury in male mice. *Journal of Physiology*, 602(15), 3661-3691.
- ◇ Bizieff, A., Cheng, M., Chang, K., Mohammed, H., **Ziari, N.**, Nyangau, E., Fitch, M., & Hellerstein, M.K. (2024). Changes in protein fluxes in skeletal muscle during sequential stages of muscle regeneration after acute injury in male mice. *Scientific Reports*, 14(1), 13172.
- ◇ **Ziari, N.**, & Hellerstein, M.K. (2023). PyMIDA: A Graphical User Interface for Mass Isotopomer Distribution Analysis. *Analytical Chemistry*, 96(6), 2303-2308.
- ◇ **Ziari, N.**, & Hellerstein, M.K. (2023). Measurement of Gluconeogenesis with $^2H_2O$ labeling and Mass Isotopomer Distribution Analysis. *Journal of Biological Chemistry*, 299(10), 105206.
- ◇ Ward, C., Peng, L., Yuen, S., Halstead, J., Palacios, H., Nyangau, E., Mohammed, H., **Ziari, N.**, Dandan, M., Frakes, A.E., Gildea, H.K., Dillin, A., & Hellerstein, M. (2022). Aging alters the metabolic flux signature of the ER unfolded protein response in vivo in mice. *Aging Cell*, 21(3), e13558.
- ◇ Ward, C., Peng, L., Yuen, S., Chang, M., Karapetyan, R., Nyangau, E., Mohammed, H., Palacios, H., **Ziari, N.**, Joe, L.K., Frakes, A.E., Dandan, M., Dillin, A., & Hellerstein, M.K. (2022). ER unfolded protein response in liver in vivo is characterized by reduced, not increased, de novo lipogenesis and cholesterol synthesis rates with uptake of fatty acids from adipose tissue. *International Journal of Molecular Sciences*, 23(3), 1073.
- ◇ Li, H., Wang, X., Rukina, D., Huang, Q., Lin, T., Sorrentino, V., Zhang, H., Sleiman, M.B., Arends, D., McDaid, A., Luan, P., **Ziari, N.**, Velazquez, L.A., Gariani, K., Kutalik, Z., Schoonjans, K., Radcliffe, R.A., Prins, P., Morgenthaler, S., Williams, R.W., & Auwerx, J. (2018). An Integrated Systems Genetics and Omics Toolkit to Probe Gene Function *Cell systems*, 6(1), 90-102.

---

WORK EXPERIENCE
- ◇ **Postdoctoral Researcher, UC Berkeley**    Sept 2025 - present
  - · PI: Dr. Marc Hellerstein
  - · Uncovering metabolic flux phenotype of Citrin Deficiency, an inborn error of metabolism

⋄ **Graduate Student Researcher, UC Berkeley**                    Jul 2019 - Aug 2025
  · PI: Dr. Marc Hellerstein
  · Developed methods and models to measure intracellular metabolic pathway fluxes with stable isotope tracers and mass spectrometry.

⋄ **Scientific Consultant, Adjuvia Therapeutics Inc.**                    Jul 2024 - Aug 2025
  · Pre-clinical development of astaxanthin-based pharmaceutical

⋄ **Internship, Gilead Sciences**                    Jun - Aug 2022
  · Deep learning to predict mechanism of action (MoA) of anti-cancer drug candidates from gene expression and cell viability data

⋄ **Graduate Student Researcher, UCSC Genomics Institute**                    Jan 2019 - Jun 2019
  · PI: Dr. David Haussler
  · Created signal processing workflow and experimental paradigm for taking electrode readings from cerebral organoids.

⋄ **Doctoral Assistant, Swiss Federal Institute of Technology (EPFL)**           Aug 2017 - Jul 2018
  · PI: Dr. Johan Auwerx (withdrew before candidacy)
  · Studied how mitochondrial function dictates metabolism and its corresponding signaling pathways with cross-species multi-layered genetics/omics strategies

⋄ **Research Assistant, Visual & Multisensory Perception Lab, UCLA**           Aug 2013 - Dec 2016
  · PI: Dr. Ladan Shams & Dr. Uri Maoz
  · Studied deliberate vs. arbitrary decision making in initiation of voluntary movement
  · Studied how Bayesian inference can model proprioceptive and visual integration

⋄ **Internship, Kinemed Inc., Emeryville, CA**                    Summer 2015
  · Developed algorithm and workflow in Python to distinguish isotopologues of carbon-13 and deuterium in a Q-exactive orbitrap mass spectrometer to allow more sensitive measurements of protein turnover rate.

⋄ **Student Consultant at Bruin OnLine, UCLA**                    Jan 2014-Sep 2015
  · UCLA's IT Department helpdesk – assisting university-affiliated users with email, Wi-Fi, proxy, VPN, FTP, web hosting, and computer security

⋄ **Internship, Infinera Corp., Sunnyvale, CA**                    Summers 2012 & 2013
  · Safety & Occupational Hazard Dept. - Measured levels of toxic chemical exposure in photonic integrated circuits laboratory
  · Manufacturing Dept. - Testing modules in Systems Manufacturing department for quality assurance and functionality

⋄ **Soccer Referee for United States Soccer Federation, Pleasanton, CA**           2007-2011

---

TEACHING  ⋄ **UC Berkeley**: Synthetic Biology, Introduction to Human Nutrition; Introduction to Quantitative Methods in Biology; Brain, Mind & Behavior

⋄ **UC Santa Cruz**: Bioethics in the 21st Century

---

SKILLS  ⋄ **Laboratory:**  GC-MS, LC-MS/MS, Metabolomics, Isotopic Labeling, Proteomics, PCR, Flow Cytometery, Western blot, RNAi, *C. elegans* & Mouse Handling & Experimentation, Cell Culture, Bacteria Culture, Co-Immunoprecipitation

⋄ **Programming/Coding:** Python, R, MATLAB, C++, Java, XML, PyTorch, Mass Spectrometry Data Extraction & Analysis

⋄ **Machine Learning/Statistics:**  Regression Analysis, Combinatorics, CNN, SVM, Random Forests

⋄ **Database:**  MySQL, SQL Server, UniProt, METLIN, FTP

⋄ **Operating Systems:** Windows, Linux, Mac OS

⋄ **Typesetting:** LaTeX, Microsoft Office.

---

LANGUAGES  ⋄ English, Persian, French