Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:       (650) 965-8731
Facsimile:       (650) 989-2131

Attorney for Defendant,
Mando International, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, and THREOTECH LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION LABS, a Texas limited liability company<br><br>Defendant. | Case No. 2:25-cv-05871-FLA-JPR<br><br>**DEFENDANT MANDO INTERNATIONAL LLC'S NOTICE OF WITHDRAWAL OF RULE 11 MOTION** |

1. Defendant Mando International LLC ("Mando"), by and through undersigned counsel, hereby gives notice that it withdraws its Motion for Sanctions pursuant to Federal Rule of Civil Procedure 11.

2. This withdrawal is made in the interest of judicial economy and to avoid unnecessary expenditure of judicial and party resources on collateral matters. The withdrawal is not based on any concession as to the merits of the motion, the factual record, or the propriety of Plaintiffs' conduct.

3. Mando expressly maintains that the positions identified in its Rule 11 motion lack factual and legal support. Mando further expressly reserves all rights to seek appropriate relief at the appropriate time, including but not limited to relief under 35 U.S.C. § 285, 28 U.S.C. § 1927, the Court's inherent authority, or any other applicable statute or rule, should the facts and procedural posture so warrant.

4. In light of this withdrawal, Defendant respectfully requests that the March 6, 2026 hearing on the Rule 11 motion be vacated and taken off calendar.

5. Nothing in this Notice shall be construed as a waiver of any claim, defense, argument, or objection.

Dated: February 13, 2026          Respectfully submitted,
                                  LEGALFORCE RAPC WORLDWIDE P.C.


                                  /s/ Raj V. Abhyanker
                                  Raj V. Abhyanker
                                  Attorney for Defendant:
                                  Mando International, LLC

1

DEFENDANT MANDO INTERNATIONAL LLC'S NOTICE
OF WITHDRAWAL OF RULE 11 MOTION
Case No. 2:25-cv-05871-FLA-JPR