Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:  (650) 965-8731
Facsimile:  (650) 989-2131

Attorneys for Defendant,
Mando International, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> V. <br><br> MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION LABS, a Texas limited liability company <br><br> Defendant and Counterclaimant NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company, and AIDP, INC., a California corporation. <br><br> Counter-Defendants. | Case No. 2:25-cv-05871-FLA-MAR <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT'S SUPPLEMENTAL BRIEF** <br><br> Hon. Fernando L. Aenlle-Rocha |

1
NOTICE OF WITHDRAWAL OF SUPPLEMENTAL BRIEF
CASE NO. 2:25-cv-05871-FLA-MAR

1. Defendant Mando International, LLC withdraws its Supplemental Brief – Clarification of Patent Family Lineage (ECF No. 145).

2. In light of the Court's Standing Order regarding supplemental briefing, Defendant withdraws the filing to streamline the record, ensure full compliance with the Court's procedures, and avoid unnecessary motion practice.

3. This withdrawal does not affect Defendant's substantive arguments, which remain fully set forth in its prior briefing.

Dated: March 27, 2026     Respectfully submitted,
             LEGALFORCE RAPC WORLDWIDE P.C.


             /s/__Raj Abhyanker_____
             Raj V. Abhyanker
             Attorney for Defendant and Counterclaimant
             Mando International, LLC