**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> V. <br><br> MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION LABS, a Texas limited liability company | Case No. CV-25-cv-05871-FLA-JPR <br><br><br> **CLARIFYING DECLARATION OF SARA ADAMS** |

1

CLARIFYING DECLARATION OF SARA ADAMS
CASE NO.: CV-25-cv-05871-FLA-JPR

I, Sara (Sarrita) Adams, declare as follows:

1. I am over the age of eighteen and competent to testify.

2. I submit this declaration to clarify certain statements regarding my academic credentials that have been referenced in this litigation.

3. I pursued doctoral studies in Natural Sciences (Biochemistry) at the University of Cambridge.

4. I successfully completed all academic and examination work for the Ph.D., including submission of my thesis and completion of required corrections following my viva examination. The University of Cambridge's Degree Committee completed its administrative review and granted approval for the degree on April 25, 2025.

5. On April 25, 2025, the University of Cambridge granted approval for my Ph.D. degree, as reflected in Exhibit A.

6. Under the administrative procedures of the University of Cambridge, a degree is formally conferred only after a student applies for and participates in a graduation ceremony through their college.

7. As of the date of this declaration, I have not yet completed that administrative conferral process. Accordingly, while my degree has been approved, it has not yet been formally conferred.

8. My prior statement that I 'hold a Ph.D. in Natural Sciences (Biochemistry) from the University of Cambridge' (Dkt. 95-2) reflected that I had completed all academic requirements and on April 28, 2025 I received formal notice from Student Registry at the University of Cambridge informing me of the approval of the PhD degree by the Examiners of the Faculty Degree Committee.

CLARIFYING DECLARATION OF SARA ADAMS
CASE NO.: CV-25-cv-05871-FLA-JPR

9. Such phrasing is commonly used in academic and professional contexts — including at Cambridge itself, where individuals who have passed their viva are regularly referred to as 'Doctor' prior to the formal degree ceremony — to refer to individuals who have completed all doctoral requirements and received formal approval of their degree, even if formal conferral remains pending.

10. The status of formal conferral does not affect the completion of my academic work, my scientific training, or my experience in biotechnology research and development.

11. I have over 10 years of experience in biotechnology research and development, including work in rare disease therapeutics, drug metabolism, regulatory affairs, and biochemical mechanisms of action.

12. Attached as **Exhibit A** is a true and correct copy of correspondence from the University of Cambridge dated March 3, 2026, reflecting the University's response to an inquiry regarding my degree status.

13. As reflected in the University of Cambridge correspondence, the timing of conferral depends on a student-initiated graduation process and is not tied to completion of academic requirements.

14. My green card was lost in March 2025 and my renewal application was pending from March 2025 until the end of December 2025, during which time international travel carried the risk of being unable to re-enter the United States.

15. I provide this clarification to ensure that the record accurately reflects the distinction between academic completion and formal administrative conferral of the degree and to clarify any potential ambiguity in terminology.

I declare under penalty of perjury under the laws of the United States that the

CLARIFYING DECLARATION OF SARA ADAMS
CASE NO.: CV-25-cv-05871-FLA-JPR

foregoing is true and correct.

Dated: March 30, 2026                    Respectfully submitted,

/s/ _____
Sara Adams

CLARIFYING DECLARATION OF SARA ADAMS
CASE NO.: CV-25-cv-05871-FLA-JPR