# Exhibit A

 **LegalForce**

Raj Abhyanker <raj@legalforcelaw.com>

## RE: Letter received at University of Cambridge

Jesmin Haq <Jesmin.Haq@admin.cam.ac.uk>                        Tue, Mar 3, 2026 at 7:58 AM
To: "raj@legalforcelaw.com" <raj@legalforcelaw.com>

Hi Raj,

It is the responsibility of students to apply for graduation through their College (see Degree Ceremonies | Cambridge students for more information), therefore we are unable to provide an expected graduation date.

Kind regards

Jes

---

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** 03 March 2026 15:19
**To:** Jesmin Haq <Jesmin.Haq@admin.cam.ac.uk>
**Subject:** Re: Letter received at University of Cambridge

Thank you.  Can you let me know when the degree will be conferred given the approval was granted in April 2025?  That is almost a year ago.  Let me know what remains.

Raj

On Tue, Mar 3, 2026 at 7:08 AM Jesmin Haq <Jesmin.Haq@admin.cam.ac.uk> wrote:

> Dear Raj,
>
> Thank you for your reply.
>
> Please find below answers to questions asked in the letter -
>
> 1. **Whether Dr. Sara (Sarrita) Adams was awarded a PhD degree by the University of Cambridge;**

Case 2:25-cv-05871-FLA-MAR    Document 151-1    Filed 03/31/26    Page 3 of 4    Page ID #:6199

Ph.D:  Approval for the degree was granted 25 April 2025.  Degree has not yet been conferred and until such time does not hold the degree.

2. **The subject or department in which the degree was awarded;**

Dept of Biochemistry – Thesis title: *The role of MeCP2 and FoxG1 in embryonic cortical development: implications for autism spectrum disorders*

3. **The year in which the degree was conferred; and 4. Confirmation that the degree was duly granted by the University.**

Degree not yet conferred.

Kind regards

Jes

---

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** 03 March 2026 14:57
**To:** Jesmin Haq <Jesmin.Haq@admin.cam.ac.uk>
**Cc:** questions@legalforcelaw.com
**Subject:** Re: Letter received at University of Cambridge

Jasmine,

Yes indeed I sent this letter, you can respond to me via email directly at raj@legalforcelaw.com

Ra

On Tue, Mar 3, 2026 at 7:55 PM 'Jesmin Haq' via Questions <Questions@legalforcelaw.com> wrote:

> To Whom It May Concern,
>
> Our office is in receipt of the attached letter; we would be grateful if you could confirm that this has been issued from your offices.

Furthermore, would you like any official reply to your letter in the form of a physical letter or would an email response be sufficient?

If an email response is acceptable, we would be additionally grateful if you could provide an alternative email address to which it may be sent, due to the confidential nature of its content.

Kind regards

Jes

Jesmin Haq

Team Leader

Student Registry | Education Services

University of Cambridge

Student Services Centre | New Museum Site | CAMBRIDGE CB2 3PT

Email: **jesmin.haq@admin.cam.ac.uk**

**student-registry-help.admin.cam.ac.uk**



This email (together with any files transmitted with it) is intended only for the use of the individual(s) to whom it is addressed. It may contain information which is confidential and/or legally privileged. If you have received this email in error, please notify the sender by return email (or telephone) and delete the original message. The sender has taken reasonable precautions to check for viruses but the recipient opens this message at his or her own risk.