# Exhibit C

 Gmail

**S Adams <sarrita@scienceontrial.com>**

## Fwd: Corrections to PhD thesis
2 messages

**From:** Biochemistry PG-Admin <pg-admin@bioc.cam.ac.uk>
**Date:** 17 December 2024 at 07:35:27 GMT-8
**To:** sarrita.adams@icloud.com, sarritu@monkeynut.org
**Cc:** edgar.moose@gmail.com
**Subject: Corrections to PhD thesis**

Dear Sarrita

I hope you are well.   I have been asked by the Degree Committee of Biology to contact you regarding the corrections to your thesis.  There is no record of your corrections being submitted in the Department of Biochemistry or the Degree Committee after you were temporarily removed from the student register on 29 January 2016.   However, I have been asked to check that you did not submit your corrections to your examiners.   Please confirm that no corrections were submitted.

Best wishes,

Christine

Mrs Christine Thulborn

Postgraduate Administrator

Department of Biochemistry

University of Cambridge

Hopkins Building, Downing Site

Tennis Court Road

Cambridge

CB2 1QW

Tel: 01223 766025

E-mail:  pg-admin@bioc.cam.ac.uk

pg-entry@bioc.cam.ac.uk

My usual working hours are 7.30 am – 5.00 pm Monday, Tuesday, Thursday (WFH), 7.00 am – 5.00 pm Wednesday (Office).

---

**Sarrita Adams** <sarrita@scienceontrial.com>                                    Tue, Dec 17, 2024 at 8:02 PM
To: <pg-admin@bioc.cam.ac.uk>

Dear Christine,

Thank you for your email.

I submitted corrections at some time during January/February 2017. At the time, I had a different email address (sarrita@monkeynut.org), however this domain was owned ████████████████████████████████
████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████

████████████████████

Best,

Sarrita

[Quoted text hidden]

2024-SA-Thesis -Resub.pdf

 **S Adams <sarrita@scienceontrial.com>**

## Submission of Corrected Thesis and Related Concerns

11 messages

---

**Sarrita Adams** <sarrita@scienceontrial.com>                    Tue, Nov 19, 2024 at 3:18 AM
To: <studentregistry@offices.admin.cam.ac.uk>
Cc: DPO <dpo@admin.cam.ac.uk>

To Whom It May Concern,

I am writing regarding the corrected copy of my PhD thesis, which I originally submitted in January 2017 to my advisor in the Department of Biochemistry. I passed my viva with corrections but was unable to submit within the required timeframe due to a serious breakdown in my marriage.

In January 2017, amidst a ██████████████████████████████████████████, I submitted the corrected thesis. However, I did not receive any confirmation or follow-up regarding its acceptance and, at the time, assumed the submission process had been completed and my degree awarded.

Recently, in 2023, I became aware of breaches of my privacy by the University, which have caused significant distress ████████████████████████████████
████████████████████████████████████████████
█████████████████████████████████ I became aware that there was an issue regarding the submission of my corrected thesis. I am therefore copying the Data Protection Office into this correspondence for their awareness and action, as these events appear to be violations of GDPR.

I am attaching a copy of my corrected thesis to this email, as I am unsure where it should now be submitted. █████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████████

To provide context, after the period I submitted my thesis, in 2017, ████████████████
████████████████████████████████████████████
██████████████████████████████████████████ I reached out to the University at the time but received no assistance. These circumstances further delayed my ability to address administrative requirements and follow up on my thesis submission.

███████████████████████████████████████████████████████████████

I am seeking the University's assistance in ensuring that my corrected thesis is acknowledged so that I may obtain my degree, as I had assumed this had already occurred.

Please note that I no longer have access to the email account I used in 2017 to submit the thesis, as ████████████████████████████████████████████████████ Additionally, being based in California, I am limited in my ability to contact individuals or offices in person, to further determine what steps need to be taken. I am hopeful that I can be assisted to complete this submission process.

I trust the University will take steps to address this matter promptly and provide clarity on my status. I look forward to your response and am happy to provide further information if needed.

Thank you for your time and attention to this matter.

[Quoted text hidden]

2024-SA-Thesis -Resub.pdf

---

**Student Registry (University of Cambridge)** <studentregistry@offices.admin.cam.ac.uk>    Tue, Nov 19, 2024 at 3:25 AM
Reply-To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>
To: Sarrita Adams <sarrita@scienceontrial.com>
Cc: dpo@admin.cam.ac.uk <dpo@admin.cam.ac.uk>

Dear Sarrita,

Thank you for your email.

We would be grateful if you could provide the following information, this will ensure that we trace the correct records and provide you with an informed response:

- Full name

- Date of birth

- College

- Subject

- Title of degree and date/year of award

Best wishes

Liz

Elizabeth Hancock-Smith

Student Registry

Education Services

University of
Cambridge

Student Services Centre, New Museums Site, Cambridge,  CB2 3PT

Email:  Eh758@cam.ac.uk

Zendesk

[Quoted text hidden]
[Quoted text hidden]

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete it from your system. Unauthorized use, disclosure, or copying of this email or its contents is strictly prohibited.Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Science on Trial Inc. Science on Trial Inc. accepts no liability for any damage caused by any virus transmitted by this email.

[X5LRVX-1YVVW]

---

**Sarrita Adams** <sarrita@scienceontrial.com>                                    Tue, Nov 19, 2024 at 3:25 AM
Draft To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>

[Quoted text hidden]

---

**Sarrita Adams** <sarrita@scienceontrial.com>                                    Tue, Nov 19, 2024 at 3:28 AM
To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>
Cc: dpo@admin.cam.ac.uk <dpo@admin.cam.ac.uk>

Hi Liz,

The details are as follows:

██████████

██████

████████

Biochemistry

PhD, (I had my viva in Feb 2015).

Best,

Sarrita

[Quoted text hidden]

---

**Sarrita Adams** <sarrita@scienceontrial.com>                                    Fri, Dec 6, 2024 at 7:00 AM
To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>
Cc: dpo@admin.cam.ac.uk <dpo@admin.cam.ac.uk>

Dear Liz,

I am following up on my email from 19th November, as I have not heard anything back from the University. This seems to be the exact same situation that occurred when I submitted my corrections in 2017, the University did not give me any further information. ███████████████████████████████████████████████████████████████████████████████████████████████

Please let me know what process needs to be taken for the University to acknowledge that the corrections of my PhD thesis were completed some years ago, and I have once again submitted another copy. It increasingly appears that at that time no action was taken to properly acknowledge this fact, by the department. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I would like this situation resolved, I completed the corrections years ago, and submitted them to the department. I am not sure why the University wishes to continue to deprive me of the qualifications that I earned by ignoring my requests. ████████████████████████████████████████████████████████

███████████████████████████████████████████████████I very simply want the University's assistance in ensuring that my corrected thesis is acknowledged so that I may obtain my degree, as I had assumed this had already occurred. █████████████████████████████████████████████████

Best,
Sarrita
[Quoted text hidden]

**Student Registry (University of Cambridge)** <studentregistry@offices.admin.cam.ac.uk>    Fri, Dec 6, 2024 at 8:37 AM
Reply-To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>
To: Sarrita Adams <sarrita@scienceontrial.com>
Cc: dpo@admin.cam.ac.uk <dpo@admin.cam.ac.uk>

Good afternoon,

Thank you for your email.

Please be assured we will look into this matter as promptly as possible. We will be in touch again next week.


Best wishes

Liz

Elizabeth Hancock-Smith

Student Registry

Education Services

University of
Cambridge

Student Services Centre, New Museums Site, Cambridge,  CB2 3PT

Email:  Eh758@cam.ac.uk


Zendesk


On 6 December 2024 at 15:00:44 UTC, Sarrita Adams sarrita@scienceontrial.com wrote:

> Dear Liz,
>
> I am following up on my email from 19th November, as I have not heard anything back from the University. This seems to be the exact same situation that occurred when I submitted my corrections in 2017, the University did not give me any further information. ███████████████████████████

██████████████████████████████████████

Please let me know what process needs to be taken for the University to acknowledge that the corrections of my PhD thesis were completed some years ago, and I have once again submitted another copy. It increasingly appears that at that time no action was taken to properly acknowledge this fact, by the department. ███████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ███████████████████████

I would like this situation resolved, I completed the corrections years ago, and submitted them to the department. I am not sure why the University wishes to continue to deprive me of the qualifications that I earned by ignoring my requests. ████████████████████████████████ ████████████████████████████████

████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████

Best,
Sarrita

On Tue, 19 Nov 2024 at 03:28, Sarrita Adams <sarrita@scienceontrial.com> wrote:
> Hi Liz,
>
> The details are as follows:
>
> Sarrita Adams
>
> ████████
>
> ████████████
>
> Biochemistry
>
> PhD, (I had my viva in Feb 2015).
>
> Best,
>
> Sarrita
>
> On Tue, 19 Nov 2024 at 03:25, Student Registry (University of Cambridge) <studentregistry@offices. admin.cam.ac.uk> wrote:

[Quoted text hidden]
[Quoted text hidden]
[X5LRVX-1YVVW]

**Student Registry (University of Cambridge)** <studentregistry@offices.admin.cam.ac.uk>    Tue, Dec 17, 2024 at 6:57 AM
Reply-To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>
To: Sarrita Adams <sarrita@scienceontrial.com>
Cc: dpo@admin.cam.ac.uk <dpo@admin.cam.ac.uk>

Good afternoon,

We just wanted to confirm we have sent a follow up email to the Degree Committee regarding your enquiry. Please be assured, we are still looking into this matter and will be in touch again as soon as possible.

Best wishes

Liz

Elizabeth Hancock-Smith

Student Registry

Education Services

University of
Cambridge

Student Services Centre, New Museums Site, Cambridge,  CB2 3PT

Email:  Eh758@cam.ac.uk

Zendesk

[Quoted text hidden]
[Quoted text hidden]
[X5LRVX-1YVVW]

---

**Student Registry (University of Cambridge)** <studentregistry@offices.admin.cam.ac.uk>    Thu, Jan 9, 2025 at 8:28 AM
Reply-To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>
To: Sarrita Adams <sarrita@scienceontrial.com>

Good afternoon,

Please be advised we are still investigating your enquiry and will be in touch again as soon as possible.

If you require any further assistance in the meantime, please do not hesitate in contacting us again.

Best wishes

Liz

Elizabeth Hancock-Smith

Student Registry

Education Services

University of
Cambridge

Student Services Centre, New Museums Site, Cambridge,  CB2 3PT

Email:  Eh758@cam.ac.uk


Zendesk


[Quoted text hidden]
[Quoted text hidden]
[X5LRVX-1YVVW]

---

**Student Registry (University of Cambridge)** <studentregistry@offices.admin.cam.ac.uk>         Fri, Jan 24, 2025 at 7:09 AM
Reply-To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>
To: Sarrita Adams <sarrita@scienceontrial.com>

Good afternoon,

We hope this email finds you well.

We apologise for the delay and thank you for your patience whilst we carryout our investigation.  We are please to confirm your Examiner(s) approved the corrections you submitted. We have now sent you a separate email providing you with further information.

If you need any further assistance, please do not hesitate in contacting us again.

Best wishes

Liz

Elizabeth Hancock-Smith

Student Registry

Education Services

University of
Cambridge

Student Services Centre, New Museums Site, Cambridge,  CB2 3PT

Email:  Eh758@cam.ac.uk

Zendesk

[Quoted text hidden]
[Quoted text hidden]
[X5LRVX-1YVVW]

---

**Sarrita Adams** <sarrita@scienceontrial.com>                    Fri, Jan 24, 2025 at 10:16 AM
To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>

Dear Liz,

I cannot thank you enough for all of your help. You are amazing.

Do I need a specific login for the Apollo submission? When I click the link to get to the electronic submissions page it requires a Microsoft login. If this is something that gets resolved via the electronic submission contact, will I require any specific identifying information so they can find me on their system?

Once again, thank you so much for your diligent assistance over the last few months, you have made my day.

Kind regards,
Sarrita
[Quoted text hidden]

---

**Student Registry (University of Cambridge)** <studentregistry@offices.admin.cam.ac.uk>    Mon, Jan 27, 2025 at 8:53 AM
Reply-To: University of Cambridge <studentregistry@offices.admin.cam.ac.uk>
To: Sarrita Adams <sarrita@scienceontrial.com>

Good afternoon,

Thank you for your email.

As you have been reinstated to the register, it will take a few days from the date of reinstatement for your IT access to be reactivated. If you do have any problems submitting your e-thesis, we would ask you to email  - **thesis@repository.cam.ac.uk** who are best placed to answer any questions regarding submitting the e-thesis and e-thesis archiving.

Please do not hesitate in contacting us again, should you require any further assistance.

Best wishes

Liz

Elizabeth Hancock-Smith

Student Registry

Education Services

University of
Cambridge

Student Services Centre, New Museums Site, Cambridge,  CB2 3PT

Email:  Eh758@cam.ac.uk

Zendesk

On 24 January 2025 at 18:17:07 UTC, Sarrita Adams sarrita@scienceontrial.com wrote:
> Dear Liz,
>
> I cannot thank you enough for all of your help. You are amazing.
>
> Do I need a specific login for the Apollo submission? When I click the link to get to the electronic submissions page it requires a Microsoft login. If this is something that gets resolved via the electronic submission contact, will I require any specific identifying information so they can find me on their system?
>
> Once again, thank you so much for your diligent assistance over the last few months, you have made my day.
>
> Kind regards,
> Sarrita

[Quoted text hidden]

> This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete it from your system. Unauthorized use, disclosure, or copying of this email or its contents is strictly prohibited. Please note that

any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization affiliated with the account holder.

[X5LRVX-1YVVW]