# Exhibit D

 **S Adams <sarrita@scienceontrial.com>**

---

**Confirmation of Approval for the PhD Degree - Sarrita Adams - 300381456**

---

**AD Postgraduate Decisions** <postgraduatedecisions@offices.admin.cam.ac.uk>    Mon, Apr 28, 2025 at 9:46 AM
To: S. Adams <sa470@cam.ac.uk>, sarrita@scienceontrial.com <sarrita@scienceontrial.com>
Cc: ██████████████████████████████████████████████████████████
████████████████████████████████████████████

Dear Miss Adams

Reference: 300381456

***Approval for the PhD***

I am delighted to tell you that on the recommendation of your Examiners the Degree Committee for your Faculty have agreed to approve you for the PhD Degree.

Please note that you will not actually receive the degree until it has been conferred on you, either in person or in your absence, at a Congregation of the Regent House. You should therefore get in touch as soon as possible with the Praelector of your College to arrange for this to be done. Your degree certificate will be issued only after the degree has been conferred.

May I extend my warmest congratulations.

Yours sincerely

Miriam Rice

Student Registry Administrator

Student Registry

University of Cambridge

The Student Services Centre

New Museums Site

Cambridge CB2 3PT

E: recordsandexams@admin.cam.ac.uk

This email (together with any files transmitted with it) is intended only for the use of the individual(s) to whom it is addressed. It may contain information which is confidential and/or legally privileged. If you have received this email in error, please notify the sender by return email (or telephone) and delete the original message.

 **Gmail**

S Adams <sarrita@scienceontrial.com>

## Approval for the PhD Degree - Sarrita Adams - 300381456

**Biochemistry PG-Admin** <pg-admin@bioc.cam.ac.uk>          Wed, Apr 30, 2025 at 7:43 AM
To: S. Adams <sa470@cam.ac.uk>, sarrita@scienceontrial.com <sarrita@scienceontrial.com>

Dear Sarrita

Congratulations on the approval of your PhD Degree.   The Department is compiling data on the destination of students when they finish their studies to use for student admissions, new student induction talks, etc.  The data used will be anonymous and will be under categories such as industry, academia, etc.   It would, therefore, be very helpful if you could let me know your next career move for our records when you have finalised your plans.

I have also been asked by our Communications Team to remind you to keep your details up to date (see link below) so that you receive alumni communications and invitations to events from the Department and the University.

https://www.alumni.cam.ac.uk/update-your-details

Best wishes,

Christine

Mrs Christine Thulborn

Postgraduate Administrator

Department of Biochemistry

University of Cambridge

Hopkins Building, Downing Site

Tennis Court Road

Cambridge

CB2 1QW

Tel: 01223 766025

E-mail:  pg-admin@bioc.cam.ac.uk

pg-entry@bioc.cam.ac.uk

My usual working hours are 7.30 am – 5.00 pm Monday, Tuesday, Thursday (WFH), 7.00 am – 5.00 pm Wednesday (Office).