# Exhibit E

# Degree approval

## MPhil/ MRes, MEd and MSt Degree Approvals

Once you have been examined for your degree, reports and marks are sent to the Degree Committee for consideration at their earliest meeting. The Degree Committee will email/write to you to confirm their decision and any further action you need to take.

Degree Committee meeting dates (PDF)

It is your responsibility to keep your mailing addresses on CamSIS up to date, which can be done via your CamSIS Self Service account.

- Self Service Account

## PhD, BusD, EdD, EngD, MD, MSc and MLitt Degree Approvals

After your oral examination (viva voce) the reports are sent to your Degree Committee for consideration at their earliest meeting. The Degree Committee's decision is then sent to the Student Registry. Further information about the process following the viva, including approval of corrections to the thesis if required.

Please note that your degree is not unconditionally approved until the Student Registry has formally confirmed this in writing.

The length of time it takes for approval will differ according to the schedule of meetings relating to the qualification and department concerned. Meetings take place in term time, so expect longer delays if your viva takes place towards the end of the Easter Term.

Degree Committee (and Postgraduate Committee) meeting dates (PDF)

See the Congregation (degree ceremony) dates

## Students admitted on a Tier 4 Student Visa:

If you are being sponsored by the University on a Tier 4/Student visa, you should ensure you are aware of when your visa expires.

For any visa queries, contact the International Student Office. Their website also provides some information about visa considerations when finishing your studies.

Graduate visa eligibility

If you are eligible and intend to apply for the Graduate visa, you cannot make the application until:

- your record has been updated to reflect the successful completion of your degree, and
- you have received notification from the International Student Office that this has been reported to UKVI. You will receive this by email to the email address on your student record. Do not submit your Graduate visa application until you have received this email.

Masters students who will not complete all the required assessment (i.e. final submission or exam) by the original end date in their CAS should contact the International Student Office to check whether they will still be eligible for the Graduate visa as this may depend on whether final results will be received prior to their current visa expiry.

# Conferment of degree

To be eligible to graduate (in person or in absence) you need to have been unconditionally approved for your degree.

Masters students: Only when you receive written confirmation (normally from your Degree Committee) of unconditional approval for your degree will you be eligible to have it conferred at a graduation ceremony.

- If your Department or Degree Committee advises the date when your cohort's results will be released, please do not apply to a ceremony that takes place before the result date that they advise.
- If your Department or Degree Committee does not advise when the overall outcome for your course will be advised, please do not apply to a ceremony until you have received confirmation of unconditional approval.

Doctoral, MSc and MLitt students: Only when you have received written confirmation of unconditional approval from the Student Registry, should you apply to graduate.

Following unconditional approval for your degree you may choose:

- to have your degree conferred (granted) at one of the University's Congregations (graduation ceremonies)

- to delay receiving your degree until a time that is convenient for you and your family
- to receive your degree without attending a ceremony - known as receiving the degree *in absentia*

Contact your college Praelector or Tutorial Office to arrange any of these options.

The Praelector will make all the necessary arrangements for the degree to be conferred in the University's Senate House and will tell you what to wear for the Congregation, how to get tickets, where to hire hoods and gowns and how the ceremony operates.

You must not make any travel arrangements or book airline tickets until it has been confirmed which congregation you will be attending.

- [Degree Ceremonies](Degree Ceremonies)