# Exhibit F

 **S Adams <sarrita@scienceontrial.com>**

---

## Confirmation of Approval for the PhD Degree - Sarrita Adams - 300381456

---

**CAIUS Education & Tutorial Office** <eto@cai.cam.ac.uk>          Tue, Mar 31 at 2:05 PM
To: S Adams <sarrita@scienceontrial.com>

Dear Sarrita,

Thank you for your email.

Please use the online form below to book graduation either in person or in absence:

Graduation booking form | Gonville & Caius

Do not hesitate to contact me if you have any further questions.

Best wishes,

Leora

**Leora Forrester**

Education Officer

Case 2:25-cv-05871-FLA-MAR · Document 152-5 · Filed 03/31/26 · Page 3 of 6 · Page
ID #:6268

 **LegalForce**

Raj Abhyanker <raj@legalforcelaw.com>

## Fwd: [University of Cambridge] Re: Re: Confirmation of Approval for the PhD Degree - Sarrita Adams - 300381456

**S Adams** <sarrita@scienceontrial.com>                    Mon, Mar 30, 2026 at 12:39 PM
To: eto@cai.cam.ac.uk
Bcc: raj@legalforcelaw.com

To whom it may concern,

I am attempting to arrange for the conferral of my degree in absentia. It has been difficult to figure out how to complete this process as I was unable to sign up online via Camsis.

Can you please advise how this process can be completed?

Best,

Sarrita Adams

---------- Forwarded message ---------
From: **Student Registry** <postgraduatedecisions@offices.admin.cam.ac.uk>
Date: Fri, Aug 1, 2025 at 12:37 AM
Subject: [University of Cambridge] Re: Re: Confirmation of Approval for the PhD Degree - Sarrita Adams - 300381456
To: Sarrita Adams <sarrita@scienceontrial.com>

Dear Sarrita

With reference to your email wish to advise that the college tutorial email address is :

eto@cai.cam.ac.uk

best wishes
Judith

Mrs Judith Hasbury
Student Registry Administrator
Student Registry
University of Cambridge
Student Services Centre | New Museums Site | CAMBRIDGE CB2 3PT

www.student-registry.admin.cam.ac.uk

This email (together with any files transmitted with it) is Intended only for the use of the individual(s) to whom it is addressed. It may contain Information which is confidential and/or legally privileged. If you have received this email in error, please notify the sender by return email (or telephone) and delete the original message. The sender has taken reasonable precautions to check for
viruses but the recipient opens this message at his or her own risk.

Case 2:25-cv-05871-FLA-MAR - Document 152-5 - Filed 03/31/26 - Page 4 of 6 Page ID #:6269

This email is a service from University of Cambridge. Delivered by **Zendesk**

On 31 July 2025 at 09:06:49 UTC, Sarrita Adams sarrita@scienceontrial.com wrote:

Hi Miriam,

Thank you for your email. Do you know who exactly I contact at my college?  Also, if I ask for a copy of my transcript what exactly will the employer receive?

I tried to log into extended camsis, but I was locked out of the system. Is there some way I can get back into the system?

Best,

Sarrita

On Thu, 31 Jul 2025 at 01:17, Student Registry <postgraduatedecisions@offices.admin.cam.ac.uk> wrote:

> Dear Sarrita
>
> Thank you for your email.
>
> As per our email of 28/04/2025, you do not receive the PhD degree until it has been conferred upon you at at Congregation (graduation ceremony), likewise, you have not yet been awarded the BA degree.  You should contact your College to make arrangements for graduation for both degrees.
>
> kind regards
> Miriam
>
>
> Miriam Rice
>
> Student Registry Administrator
> Student Registry
> University of Cambridge
> Student Services Centre | New Museums Site | CAMBRIDGE CB2 3PT
>
>
> This email (together with any
> files transmitted with it) is intended only for the use of the individual(s) to
> whom it is addressed. It may contain information which is confidential and/or
> legally privileged. If you have received this email in error, please notify the
> sender by return email (or telephone) and delete the original message. The
> sender has taken reasonable precautions to check for viruses but the recipient
> opens this message at his or her own risk.
>
> This email is a service from University of Cambridge. Delivered by **Zendesk**

On 30 July 2025 at 22:08:21 UTC, Sarrita Adams sarrita@scienceontrial.com wrote:

Hi Miriam,

I have a question regarding my degrees. I am not aware that I ever applied to complete the ceremony for either by BA or PhD, as I could never figure out the process.

This being so, when it comes to verifying my credentials will it still be the case that it will show I have completed the degrees even though I did not go to the graduation ceremonies? I have an US employer who is completing their background check, and I want to make sure that they will get the confirmation that I completed both degrees.

Can you advise how best to proceed?

Best,

Sarrita

On Mon, 28 Apr 2025 at 01:46, AD Postgraduate Decisions <postgraduatedecisions@offices.admin.cam.ac.uk> wrote:

> Dear Miss Adams
>
> Reference: 300381456
>
> ***Approval for the PhD***
>
> I am delighted to tell you that on the recommendation of your Examiners the Degree Committee for your Faculty have agreed to approve you for the PhD Degree.
>
> Please note that you will not actually receive the degree until it has been conferred on you, either in person or in your absence, at a Congregation of the Regent House. You should therefore get in touch as soon as possible with the Praelector of your College to arrange for this to be done. Your degree certificate will be issued only after the degree has been conferred.
>
> May I extend my warmest congratulations.
>
> Yours sincerely
>
> Miriam Rice
>
> Student Registry Administrator
>
> Student Registry
>
> University of Cambridge
>
> The Student Services Centre
>
> New Museums Site
>
> Cambridge CB2 3PT
>
> E: recordsandexams@admin.cam.ac.uk



This email (together with any files transmitted with it) is intended only for the use of the individual(s) to whom it is addressed.  It may contain information which is confidential and/or legally privileged.  If you have received this email in error, please notify the sender by return email (or telephone) and delete the original message.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete it from your system. Unauthorized use, disclosure, or copying of this email or its contents is strictly prohibited. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization affiliated with the account holder.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete it from your system. Unauthorized use, disclosure, or copying of this email or its contents is strictly prohibited. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization affiliated with the account holder.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete it from your system. Unauthorized use, disclosure, or copying of this email or its contents is strictly prohibited. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization affiliated with the account holder.