# Exhibit G

 # Sarrita A. Adams

---

# Your Cases

### I-485 Application to Register Permanent Residence or Adjust Status

**Submitted on** August 08, 2016    |    **Receipt #** █████████

🗑 **Remove ()**

| **Case status** | **Case history** |

**December 12, 2023**

## Card Was Delivered To Me By The Post Office

On December 15, 2023, the Post Office delivered your new card for Receipt Number LIN1690895306, to the address that you gave us. The tracking number assigned is 9205590179168812313853. You can use your tracking number at www.USPS.com (https://tools.usps.com/go/TrackConfirmAction_input?origTrackNum=9205590179168812313853) in the Quick Tools Tracking section. If you move, go to www.uscis.gov/addresschange (https://www.uscis.gov/addresschange) to give us your new mailing address.

Current as of today at 7:32 p.m.

---

ⓘ Case closed

## I-90, Application to Replace Permanent Resident Card

**Submitted on** March 26, 2025    |    **Receipt #**

**Download PDF** ▼

**Sections**

Case History ⬍



## Case History

**December 12, 2025**

**Status**

Card Was Produced

**Date**

December 12, 2025

**December 8, 2025**

**Status**

We are producing your new card for your Form I-90, Application to Replace Permanent Resident Card.

**Date**

December 8, 2025

**March 26, 2025**

**Status**

We are actively reviewing your Form I-90, Application to Replace Permanent Resident Card. Our records showed nothing is outstanding at this time.

**Date**

March 26, 2025

**March 26, 2025**

**Status**

We received your Form I-90, Application to Replace Permanent Resident Card, and sent you a receipt notice.

**Date**

March 26, 2025