# Exhibit A

# SARA ADAMS, PHD

SF Bay Area, CA | (510) 418-7963 | sara@agnosci.com

## PROFESSIONAL SUMMARY

Versatile biotech consultant with 10+ years solving complex challenges across the biotech sector—from R&D optimization and data infrastructure to regulatory submissions and rare disease drug access—delivering pragmatic solutions that accelerate pipelines and enable data-driven decisions throughout therapeutic development.

## EXPERIENCE

**Biotech Consultant & Founder**                                                 **Fall 2015–Present**
- Consulted and advised 3–5 biotech start-ups per 6-month cycle on diagnostic tool design, drug discovery pipelines, regulatory compliance (21 CFR, 45 CFR), competitive strategy, and R&D lifecycle management
- Lead development of SOPs, CTMS workflows, IRB protocols (10 approved), and FDA IND/IDE submissions (7 successful)
- Managed CRO/vendor partnerships, ensuring GxP adherence and rigorous data collection
- Designed and implemented multiomics analyses (RNA-seq, ChIP-seq, methyl-seq) and custom biomarker algorithms

### SUMMARY OF KEY CONSULTING PROJECTS AND EXPERIENCE
- **AI & Machine Learning:** Led 60+ PhD teams generating complex biological training data for tech companies
- **R&D Transformation:** Optimized pipelines and research operations for 8+ biotech startups from discovery through clinical
- **Data Infrastructure:** Architected enterprise-scale solutions integrating 15+ bioprocess domains for real-time analytics
- **Rare Disease Drug Access:** Secured compassionate use/expanded access for ultra-rare conditions through FDA pathways
- **Regulatory Strategy:** Managed 7 successful FDA IND/IDE submissions and 15+ single-patient expanded access INDs
- **Multiomics & Biomarkers:** Developed computational pipelines processing 100+ TB genomic data identifying novel targets
- **Organizational Design:** Restructured scientific teams achieving improvements in program advancement rates
- **Financial Analysis:** Conducted biotech equity research evaluating clinical catalysts and competitive positioning

## ADDITIONAL CONSULTING WORK
**Equity Research Analyst - Hedge Fund – Biotech Sector**                          **2022-2023**
- Researched upcoming biotech stock catalysts from small and mid-cap post-IPO biotech companies
- Evaluated clinical trial and preclinical data, interpreting summary statistics to assess drug candidate efficacy
- Conducted comparative analysis of disease indications and competitive pipelines to inform investment decisions
- Compiled objective analyses of novel drug candidates, modeling potential market impact and revenue forecasts
- Presented catalyst-centric research findings and risk assessments to portfolio managers and subject-matter experts
- Developed and maintained financial models (DCF, comparable company analysis) using Excel and Python
- Monitored regulatory milestones (FDA advisory panels, IND filings) and communicated implications for valuation

**Solutions Scholar - Deloitte Consulting**                                        **2021–2022**
- Prepared technical content for State government Cloud Service Offering (CSO) for Intelligent Document Automation Platform (IDAP)
- Researched and documented functionality of IDAP components: AWS architecture, UiPath RPA, NLP pipelines, cybersecurity integrations (Azure AD, FedRAMP)
- Collaborated with Solutions Architects and cross-functional teams to draft comprehensive technical specifications outlining system architecture, data flows, and security controls
- Authored a detailed 10-page CSO architecture document specifying major software components, module interactions, and operational processes

## EDUCATION
**PhD in Biochemistry, University of Cambridge | Cambridge, UK**                    **2010–2015**
• Thesis: The role of MeCP2 & FoxG1 embryonic cortical development
**BA (Hons), Natural Sciences Tripos, University of Cambridge | Cambridge, UK**     **2006–2009**
• Focus: Molecular Biology, Neuroscience, Chemistry; Nuffield & Denman Trust awards

## Core Competencies
- Molecular & Cellular Techniques: PCR, ELISA, Western/Northern blotting, ChIP, flow cytometry
- Next-Gen Sequencing & Analysis: RNA-seq, ChIP-seq, methyl-seq; R, Python, Bioconductor
- Drug Discovery & Regulatory Affairs: Pre-IND strategy, Site Selection/Startup IND/IDE submissions; (21 CFR & 45 CFR)
- Data Science & Visualization: RStudio, Python (pandas, SciPy), Tableau, GraphPad Prism
- Project Leadership: CRO liaison, SOP development, IRB/CRO oversight, stakeholder engagement
- Software & Tools: Git/GitHub, SQL Azure, Slack, MATLAB, Adobe Suite

# Exhibit B

**Exhibit B**

1.  I have reviewed the following materials:

● Sun et al., "Regulation of structural and functional synapse density by L-threonate through modulation of intraneuronal magnesium concentration," Neuropharmacology 108 (2016) 426-439, https://doi.org/10.1016/j.neuropharm.2016.05.006

● Slutsky et al., "Enhancement of Learning and Memory by Elevating Brain Magnesium," Neuron 65 (2010) 165-177, https://doi.org/10.1016/j.neuron.2009.12.026

● Choi et al., "Antioxidant vitamins and magnesium and the risk of hearing loss in the US general population," Am J Clin Nutr 2014;99:148-55, https://doi.org/10.1016/j.freeradbiomed.2007.02.008

● Le Prell et al., "Free radical scavengers vitamins A, C, and E plus magnesium reduce noise trauma," Free Radic Biol Med 2007;42:1454-63, https://doi.org/10.3945/ajcn.113.068437

● Wang et al., "Determination of L-threonate in human plasma and urine by high performance liquid chromatography-tandem mass spectrometry," J Chromatogr B 2006;843:233-239, https://doi.org/10.1016/j.jchromb.2006.02.057

● Knight et al., "Ascorbic Acid Intake and Oxalate Synthesis," Urolithiasis 2016;44(4):289-297, https://doi.org/10.1007/s00240-016-0868-7

● European Food Safety Authority (EFSA), "Safety of magnesium L-threonate as a novel food," EFSA Journal 2024;22(3):8619, https://doi.org/10.2903/j.efsa.2024.8656

● Case et al., "The Coordination Chemistry of Bio-Relevant Ligands and Their Magnesium Complexes," Molecules 2020;25(15):3365, https://doi.org/10.3390/molecules25143172

● Schuchardt & Hahn, "Intestinal Absorption and Factors Influencing Bioavailability of Magnesium," Curr Opin Clin Nutr Metab Care 2017;20(6):409-414, https://doi.org/10.2174/1573401313666170427162740

● Scientific literature on vitamin C metabolism, magnesium coordination chemistry, and metal-ligand interactions in biological systems

● U.S. Patent Nos. 8,637,061; 8,142,803; 8,178,132; 8,178,118; 8,163,301; and U.S. Patent Application 20170128397A1 (granted as U.S. Patent 10,493,048)

1

DECLARATION OF SARA ADAMS, PH.D
Case Nos.   3:25-cv-10682-TLT (CDCA) & 2:25-cv-05871-FLA-JPR (NDCA)