# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>V.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION LABS, a Texas limited liability company<br><br>Defendant and Counterclaimant<br><br>NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company, and AIDP, INC., a California corporation.<br><br>Counter-Defendants. | Case No. 2:25-cv-05871-FLA-MAR<br><br><br>**NOTICE OF FILING OF OMITTED EXHIBITS A AND B TO DECLARATION OF SARA ADAMS (DKT. 95-2)** |

NOTICE OF FILING OF OMITTED EXHIBITS A AND B TO
DECLARATION OF SARA ADAMS (DKT. 95-2)
CASE NO.: 2:25-cv-05871-FLA-MAR

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. Please take NOTICE that Dkt. 95, the Joint Claim Construction Statement filed by the Parties, appears to have inadvertently omitted Exhibits A and B to the Declaration of Sara Adams (her CV and materials reviewed) when uploaded by opposing counsel, Salvatore Picariello.

2. Exhibits A and B to the Declaration of Sara Adams, referenced in Dkt. 95-2, are provided have now been filed on ECF at Dkt. 153. These materials were previously filed at Dkt. 93-4 and are being re-filed to ensure a complete record.

Dated: March 31, 2026

/s/ Raj V. Abhyanker
Raj V. Abhyanker
Attorney for Defendant:
Mando International, LLC

1
NOTICE OF FILING OF OMITTED EXHIBITS A AND B TO DECLARATION OF
SARA ADAMS (DKT. 95-2)
CASE NO.: 2:25-cv-05871-FLA-MAR