# Exhibit B

| | |
|---|---|
| **From:** | Raj Abhyanker |
| **To:** | Gavenman, Jeff |
| **Cc:** | Jakob Speert; Schaller, Jake; Kornilova, Anna; Cox, John W.; Baker, Lauren; Sal Picariello (Fortis LLP); Sang Dang (Fortis LLP) |
| **Subject:** | [EXTERNAL] Preliminary Claim Construction Disclosures / Invalidy Contentions |
| **Date:** | Tuesday, January 20, 2026 1:58:07 AM |

**Caution: This email originated from outside the Firm.**



Mr. Gavenman,

Pursuant to the Court's Order in Dkt. 86, please find attached Defendants' Preliminary Claim Constructions and the accompanying disclosures.

Consistent with the Order's requirements, our production and disclosures include (among other things): (i) the specification and prosecution-history citations supporting each proposed construction; and (ii) designation of supporting extrinsic evidence (including dictionaries/treatises/prior art materials and testimony of witnesses) identified by production number or produced here if not previously produced.

Expert disclosures supporting claim construction (designated extrinsic evidence)

We designate the following experts as supporting extrinsic evidence for claim construction. Each expert may be contacted only through counsel for Defendants, LegalForce RAPC Worldwide, P.C. (Raj Abhyanker). The attached declarations summarize the substance of their expected testimony and include a listing of the opinions each will render in connection with claim construction:

1. **Naveed Ziari, Ph.D.**
   • Address: 5980 Laurel Creek Dr., Pleasanton, CA 94588
   • Education: Ph.D. (Nutritional Sciences & Toxicology / Endocrinology), University of California, Berkeley; M.Sc. Bioinformatics, UC Santa Cruz; B.Sc. Bioengineering, UCLA.
   • Background (brief): Researcher/consultant with 8+ years of academic and professional experience in mineral metabolism, dietary supplements, biochemical pathways, magnesium absorption/transport/utilization, micronutrient chemistry, nutrient–ligand binding, and in vivo transformations of organic acid complexes.
   • Substance of testimony / opinions (summary): Dr. Ziari will opine, among other things, that (a) magnesium L-threonate occurs naturally in the human body; (b) magnesium ions and L-threonic acid (and threonate-releasing compounds) can form magnesium L-threonate in vivo under physiological conditions; (c) assertions that only proprietary, pre-bonded magnesium L-threonate has unique or superior biological/cognitive effects are scientifically inaccurate; and (d) commonly used magnesium-related structure/function claims in the supplement industry are consistent with accepted scientific understanding and do not imply proprietary mechanisms tied to any particular branded formulation.

2. **Sara Adams, Ph.D.**
   • Location: SF Bay Area, California; contact through c/o LegalForce RAPC Worldwide P.C., 1580 W. El Camino Real Suite 10, Mountain View CA 94040
   • Education: Ph.D. in Natural Sciences (Biochemistry), University of Cambridge; B.A. (Hons) Natural Sciences, University of Cambridge.
   • Background (brief): Biotech consultant with 10+ years of experience in biotechnology R&D and regulatory work; founder of AgnoSci; experience includes drug metabolism and biochemical mechanisms of action, regulatory strategy, and scientific evaluation of biochemical/metal-ligand interactions.
   • Substance of testimony / opinions (summary): Dr. Adams will opine, among other things, that (a) magnesium L-threonate is a naturally occurring complex that forms endogenously; (b) magnesium and threonate (or threonate-producing compounds, including vitamin C metabolism products) can and do combine in vivo; (c) there is no plausible biochemical basis to claim a unique effect attributable only to a pre-formed/proprietary Mg-L-threonate complex (including claims of superior bioavailability or unique cognitive benefit tied to branded formulations); (d) any claimed "synergy" is anticipated by pre-priority-date scientific literature; and (e) the relevant structure/function claims are non-proprietary and consistent with well-accepted roles of magnesium in human physiology.

Please confirm receipt. If you believe any portion of the accompanying disclosures is deficient under the Order, please identify the specific issue and the corresponding provision so we can meet and confer promptly.

Regards,
Raj Abhyanker
LegalForce RAPC Worldwide, P.C.

Defendant's Preliminary Claim Construction & Extrinsic Evidence - Mando.pdf

 FINAL - Declaration of EXPERT - Sara Adams.pdf

 FINAL- Declaration of EXPERT - Naveed Ziari.pdf

**Raj Abhyanker**
Partner



call:      1-650-390-6461
email:    raj@legalforcelaw.com
Linkedin: https://www.linkedin.com/in/thepatentattorney/

Connect: https://meetings.hubspot.com/raj-abhyanker

LegalForce RAPC Worldwide
Professional Law Corporation
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040 United States

www.legalforcelaw.com

About **LegalForce RAPC Worldwide** - LegalForce RAPC Worldwide is a leading general practice law firm specializing in serving the diverse needs of individuals, businesses, and institutions worldwide.   The firm created the Trademarkia.com website.

This electronic transmission contains information which is confidential and/or privileged. The information is intended for use only by the individual or entity named above. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient), you are hereby notified that any use, dissemination, distribution, or copying of this communication is prohibited. If you have received this information in error, please notify me by electronic mail and delete all copies of the transmission. Thank you.