# Exhibit C

| | |
|---|---|
| **From:** | Raj Abhyanker |
| **To:** | Sal Picariello (Fortis LLP) |
| **Cc:** | Gavenman, Jeff; Schaller, Jake; Jeremy Schulman; Kornilova, Anna; Baker, Lauren; Cox, John W.; Sang Dang (Fortis LLP); Legal Admin (Fortis LLP) |
| **Subject:** | [EXTERNAL] Re: Notice of Depositions - Dr. Ziari and Dr. Adams - Neurocentria v. Mando, Case No. 2:25-cv-05871-FLA-JPR |
| **Date:** | Wednesday, February 18, 2026 4:49:02 PM |
| **Attachments:** | image001.png |



Sal,

Thank you for your email.

To clarify, I represent the Defendant in this matter. Dr. Ziari and Dr. Adams are independent experts who were retained in connection with this litigation, but I have not been separately retained to represent them in their individual capacities.  I represent only the Defendant in this matter for now.   Accordingly, I am not authorized to accept service of deposition notices on their behalf.

That said, we will coordinate their depositions and work with you to schedule mutually convenient dates. Formal service on my office is not required for us to proceed with scheduling.

With respect to my January 19, 2026 email, the statement that the experts "may be contacted only through counsel for Defendants" was intended to ensure coordination of communications through counsel in this litigation context, not to suggest that I represent them personally or have been authorized by them to accept service on their behalf.

Please provide your proposed dates during the weeks of March 2 and March 9, and I will confirm availability.  I am in Australia until March 1 after this evening, and I have informed Mr. Gavenman of the same.

Regards,
Raj Abhyanker

On Wed, Feb 18, 2026 at 1:54 PM Sal Picariello (Fortis LLP) <spicariello@fortislaw.com> wrote:

> Raj,
>
>
> We would like to proceed with scheduling the depositions of Defendant's disclosed experts, Dr. Naveed Ziari and Dr. Sara (Sarrita) Adams, in connection with the declarations they submitted to support Defendant's claim construction positions. In your January 19, 2026 email disclosing the two experts, you stated that "[e]ach expert may be contacted only through counsel for Defendants, LegalForce RAPC Worldwide, P.C. (Raj Abhyanker)." Based on your most recent emails, it seems you are retracting that

statement and refusing to accept service of the deposition notices on their behalf.

So that we may proceed efficiently, please confirm that you are refusing to accept service of the deposition notices on behalf of Defendant's disclosed experts. If that is the case, please provide Dr. Adams' mailing address so that we may serve her directly. If, instead, you will agree to accept service of the deposition notices (as stated in your January 19 email), please provide the experts' availability to sit for a deposition the week of February 23 or March 2.

Regards,

Salvatore Picariello

Partner

Fortis LLP

650 Town Center Drive Suite 600  |  Costa Mesa, CA  92626
Direct: 714.418.5837  |  Main: 714.839.3800  |  Fax: 714.795.2995



**DISCLAIMER:**  This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and

confidential. If you are not an intended recipient, you MAY NOT review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) IS NOT intended or written to be used, and CANNOT be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction for any matter addressed herein.

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** Friday, February 13, 2026 6:26 PM
**To:** Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>
**Cc:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Schaller, Jake <jake.schaller@hugheshubbard.com>; Jeremy Schulman <jschulman@schulmanbh.com>; Kornilova, Anna <anna.kornilova@hugheshubbard.com>; Baker, Lauren <Lauren.Baker@btlaw.com>; Cox, John W. <John.Cox@btlaw.com>; Sang Dang (Fortis LLP) <sdang@fortislaw.com>; Legal Admin (Fortis LLP) <legaladmin@fortislaw.com>
**Subject:** Re: Notice of Depositions - Dr. Ziari and Dr. Adams - Neurocentria v. Mando, Case No. 2:25-cv-05871-FLA-JPR

Sal,

We don't know that yet, once you serve them, we will ask if they want us to represent them, and we will agree to compensate them for their time at their hourly rate if served.

Raj

On Fri, Feb 13, 2026 at 5:40 PM Sal Picariello (Fortis LLP) <spicariello@fortislaw.com> wrote:

> Raj,
>
> These are your experts. Do you intend to represent and defend them at their depositions?

If so, please let us know if you will agree to accept service on their behalf.

Thank you.

Sal

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** Friday, February 13, 2026 4:59 PM
**To:** Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>
**Cc:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Schaller, Jake <jake.schaller@hugheshubbard.com>; Jeremy Schulman <jschulman@schulmanbh.com>; Kornilova, Anna <anna.kornilova@hugheshubbard.com>; Baker, Lauren <Lauren.Baker@btlaw.com>; Cox, John W. <John.Cox@btlaw.com>; Sang Dang (Fortis LLP) <sdang@fortislaw.com>; Legal Admin (Fortis LLP) <legaladmin@fortislaw.com>
**Subject:** Re: Notice of Depositions - Dr. Ziari and Dr. Adams - Neurocentria v. Mando, Case No. 2:25-cv-05871-FLA-JPR

Sal,

These individuals are third parties.  Have you served them?   Send proof of service.

Raj

On Fri, Feb 13, 2026 at 4:52 PM Sal Picariello (Fortis LLP) <spicariello@fortislaw.com> wrote:

> Raj,
>
> Attached are the Notices of Deposition for Dr. Sara Adams and Dr. Naveed Ziari.

We are amenable to rescheduling the depositions for a date and location that is mutually convenient for the parties and the witnesses.

Regards,

Salvatore Picariello

Partner

Fortis LLP

650 Town Center Drive Suite 600  |  Costa Mesa, CA  92626
Direct: 714.418.5837  |  Main: 714.839.3800  |  Fax: 714.795.2995



**DISCLAIMER:**  This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you MAY NOT review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) IS NOT intended or written to be used, and CANNOT be

used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction for any matter addressed herein.