# Exhibit D

| | |
|---|---|
| **From:** | Cox, John W. |
| **To:** | raj@legalforcelaw.com |
| **Cc:** | Gavenman, Jeff; Sal Picariello (Fortis LLP); Schaller, Jake; Jeremy Schulman; Kornilova, Anna; Baker, Lauren; Sang Dang (Fortis LLP); Legal Admin (Fortis LLP) |
| **Subject:** | RE: [EXTERNAL] Dr. Adams – Clarification and Deposition Location |
| **Date:** | Tuesday, February 24, 2026 7:40:28 AM |
| **Attachments:** | image001.png |

Raj,

Thank you for your emails, including confirmation of the availability of Dr. Zairi and Ms. Adams and that you have agreed to accept service for Dr. Zairi.  We interpret your emails re Ms. Adams to indicate that you have also accepted service on her behalf; if that is incorrect or I missed such a confirmation, please let me know.

We have reached out to Dr. Beran and should be able to provide in the next few days his availability for deposition.

Please note that we will correspond with you regarding scheduling; we will not communicate directly with your experts.  Accordingly, we find it necessary to state that you may not communicate directly (including by cc via email) with Dr. Beran.

Last, we disagree with your characterization of Ms. Adams and note that our position has not changed:  Defendant should withdraw her declaration.  We understand your position, however, so will proceed with her deposition and pursue all remedies available.

Regards,

John

---

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** Monday, February 23, 2026 6:43 PM
**To:** Cox, John W. <John.Cox@btlaw.com>
**Cc:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>; Schaller, Jake <jake.schaller@hugheshubbard.com>; Jeremy Schulman <jschulman@schulmanbh.com>; Kornilova, Anna <anna.kornilova@hugheshubbard.com>; Baker, Lauren <Lauren.Baker@btlaw.com>; Sang Dang (Fortis LLP) <sdang@fortislaw.com>; Legal Admin (Fortis LLP) <legaladmin@fortislaw.com>
**Subject:** [EXTERNAL] Dr. Adams – Clarification and Deposition Location

John,

We have reviewed the assertions raised in your February 24 correspondence.

Dr. Adams confirms that there are no court opinions adjudicating her qualifications or finding her incompetent as an expert. The matters referenced appear to relate to a dismissed restraining order action and a divorce proceeding, neither of which involved any judicial determination regarding her academic credentials or professional qualifications.

For clarity, Dr. Adams' academic credentials are publicly verifiable:

- University of Cambridge PhD (Biochemistry), thesis submission 2014:

    https://www.repository.cam.ac.uk/items/ec489692-b090-4f25-8865-cf571e71be35

- ORCID profile reflecting degree information:

    https://orcid.org/0000-0003-4307-7086

Based on the information presently available, Defendant has no basis to withdraw her declaration.

As previously stated, if Plaintiffs wish to explore any issues concerning qualifications or credibility, those matters can be addressed at deposition and, if appropriate, through motion practice in the ordinary course.

Dr. Adams' deposition may proceed at the following location:

Trademarkia Venture Partners / PatentVC

3000 Sand Hill Road

Suite 245

Menlo Park, CA

Please coordinate proposed dates consistent with the availability windows previously discussed.  Let us know dates and times and we will coordinate with Dr. Adams.


Raj


On Tue, Feb 24, 2026 at 6:07 AM Raj Abhyanker <raj@legalforcelaw.com> wrote:

> John,
>
> Defendant will accept service of Dr. Ziari's deposition notice and will defend his deposition. I have reached out to confirm his availability and will revert shortly with confirmed dates during the weeks of March 12 or March 19.
>
> Please provide Dr. Beran's availability so we can coordinate scheduling efficiently.

With respect to Dr. Adams, Defendant has no present basis to withdraw her declaration. If Plaintiffs believe there are issues bearing on her qualifications or credibility, those matters can be addressed through deposition and, if appropriate, motion practice in the ordinary course. Defendant reserves all rights.

Raj

On Tue, Feb 24, 2026 at 5:18 AM Cox, John W. <John.Cox@btlaw.com> wrote:

Raj,

We object to your attempt to burden Plaintiffs with service of experts on which you and your client have both relied, including via declarations ISO Defendant's claim construction briefing.  We maintain our reservation of all rights and remedies, including to move for sanctions, should Defendant proceed with its construction of terms other that magnesium threonate and a construction other than plain and ordinary meaning for magnesium threonate, including through the reliance of Dr. Ziari.  Unlike Defendant, our positions have not changed, including that (i) the Court may rule on claim construction in view of the intrinsic evidence, (ii) reliance on extrinsic evidence would be unnecessary and improper in this case, and (iii) Defendant's change in claim construction positions (*e.g.,* untimely addition of terms—including terms not found in any asserted claims—and constructions) has been improper and prejudicial.

Nonetheless, we are interested in working out schedules for the deposition of Dr. Ziari and, if necessary, Dr. Beran.  As stated in the correspondence in which we disclosed Dr. Beran, we expect him to testify as a rebuttal witness.  Therefore, if Defendant still intends to rely on Dr. Ziari, please propose some general availability for his deposition and, if Defendant still intends to depose Dr. Beran, please provide the general timing that may work for you (in view of Dr. Ziari's availability and subject to Dr. Beran's availability) and we will attempt to accommodate that timing.

Regarding Ms. Adams, we are concerned with Defendant's reliance on her to date, including in support of Defendant's claim construction positions.  It has come to our attention that she has a past that is fatal to her credibility, including that she does not have a PhD and has been the subject to court opinions ruling her incompetent.  As an initial matter, we are troubled that Defendant and you either failed to exercise care in

investigating her background or did so and relied on her anyway.  Regardless, Plaintiffs request—no later than COB, Friday, February 27—that (a) Defendant withdraw her declaration in support of Defendant's claim construction positions and (b) confirm that Defendant will not rely on her in any way going forward.  Whether Defendant complies with these requests or not, Plaintiffs reserve their right to seek sanctions on Defendant and you for reliance on Ms. Adams in this case and requiring Plaintiffs to account for that reliance.

Regards,

John

---

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** Wednesday, February 18, 2026 5:49 PM
**To:** Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>
**Cc:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Schaller, Jake <jake.schaller@hugheshubbard.com>; Jeremy Schulman <jschulman@schulmanbh.com>; Kornilova, Anna <anna.kornilova@hugheshubbard.com>; Baker, Lauren <Lauren.Baker@btlaw.com>; Cox, John W. <John.Cox@btlaw.com>; Sang Dang (Fortis LLP) <sdang@fortislaw.com>; Legal Admin (Fortis LLP) <legaladmin@fortislaw.com>
**Subject:** [EXTERNAL] Re: Notice of Depositions - Dr. Ziari and Dr. Adams - Neurocentria v. Mando, Case No. 2:25-cv-05871-FLA-JPR

Sal,

Thank you for your email.

To clarify, I represent the Defendant in this matter. Dr. Ziari and Dr. Adams are independent experts who were retained in connection with this litigation, but I have not been separately retained to represent them in their individual capacities.  I represent only the Defendant in this matter for now.   Accordingly, I am not authorized to accept service of deposition notices on their behalf.

That said, we will coordinate their depositions and work with you to schedule mutually convenient dates. Formal service on my office is not required for us to proceed with scheduling.

With respect to my January 19, 2026 email, the statement that the experts "may be contacted only through counsel for Defendants" was intended to ensure coordination of communications through counsel in this litigation context, not to suggest that I represent them personally or have been authorized by them to accept service on their behalf.

Please provide your proposed dates during the weeks of March 2 and March 9, and I will confirm availability.  I am in Australia until March 1 after this evening, and I have

informed Mr. Gavenman of the same.

Regards,
Raj Abhyanker

On Wed, Feb 18, 2026 at 1:54 PM Sal Picariello (Fortis LLP)
<spicariello@fortislaw.com> wrote:

Raj,

We would like to proceed with scheduling the depositions of Defendant's disclosed
experts, Dr. Naveed Ziari and Dr. Sara (Sarrita) Adams, in connection with the
declarations they submitted to support Defendant's claim construction positions. In
your January 19, 2026 email disclosing the two experts, you stated that "[e]ach
expert may be contacted only through counsel for Defendants, LegalForce RAPC
Worldwide, P.C. (Raj Abhyanker)." Based on your most recent emails, it seems you
are retracting that statement and refusing to accept service of the deposition
notices on their behalf.

So that we may proceed efficiently, please confirm that you are refusing to accept
service of the deposition notices on behalf of Defendant's disclosed experts. If that
is the case, please provide Dr. Adams' mailing address so that we may serve her
directly. If, instead, you will agree to accept service of the deposition notices (as
stated in your January 19 email), please provide the experts' availability to sit for a
deposition the week of February 23 or March 2.

Regards,

Salvatore Picariello
Partner
Fortis LLP
650 Town Center Drive Suite 600 | Costa Mesa, CA 92626
Direct: 714.418.5837 | Main: 714.839.3800 | Fax: 714.795.2995



**DISCLAIMER:** This e-mail message is intended only for the personal use of the recipient(s)
named above. This message may be an attorney-client communication and as such privileged
and confidential. If you are not an intended recipient, you MAY NOT review, copy or
distribute this message. If you have received this communication in error, please notify us
immediately by e-mail and delete the original message.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) IS NOT intended or written to be used, and CANNOT be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction for any matter addressed herein.

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** Friday, February 13, 2026 6:26 PM
**To:** Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>
**Cc:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Schaller, Jake <jake.schaller@hugheshubbard.com>; Jeremy Schulman <jschulman@schulmanbh.com>; Kornilova, Anna <anna.kornilova@hugheshubbard.com>; Baker, Lauren <Lauren.Baker@btlaw.com>; Cox, John W. <John.Cox@btlaw.com>; Sang Dang (Fortis LLP) <sdang@fortislaw.com>; Legal Admin (Fortis LLP) <legaladmin@fortislaw.com>
**Subject:** Re: Notice of Depositions - Dr. Ziari and Dr. Adams - Neurocentria v. Mando, Case No. 2:25-cv-05871-FLA-JPR

Sal,

We don't know that yet, once you serve them, we will ask if they want us to represent them, and we will agree to compensate them for their time at their hourly rate if served.

Raj

On Fri, Feb 13, 2026 at 5:40 PM Sal Picariello (Fortis LLP) <spicariello@fortislaw.com> wrote:

> Raj,
>
> These are your experts. Do you intend to represent and defend them at their depositions?
>
> If so, please let us know if you will agree to accept service on their behalf.
>
> Thank you.
>
> Sal
>
> **From:** Raj Abhyanker <raj@legalforcelaw.com>
> **Sent:** Friday, February 13, 2026 4:59 PM
> **To:** Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>
> **Cc:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Schaller, Jake

<[jake.schaller@hugheshubbard.com](mailto:jake.schaller@hugheshubbard.com)>; Jeremy Schulman <[jschulman@schulmanbh.com](mailto:jschulman@schulmanbh.com)>; Kornilova, Anna <[anna.kornilova@hugheshubbard.com](mailto:anna.kornilova@hugheshubbard.com)>; Baker, Lauren <[Lauren.Baker@btlaw.com](mailto:Lauren.Baker@btlaw.com)>; Cox, John W. <[John.Cox@btlaw.com](mailto:John.Cox@btlaw.com)>; Sang Dang (Fortis LLP) <[sdang@fortislaw.com](mailto:sdang@fortislaw.com)>; Legal Admin (Fortis LLP) <[legaladmin@fortislaw.com](mailto:legaladmin@fortislaw.com)>
**Subject:** Re: Notice of Depositions - Dr. Ziari and Dr. Adams - Neurocentria v. Mando, Case No. 2:25-cv-05871-FLA-JPR

Sal,

These individuals are third parties.  Have you served them?   Send proof of service.

Raj

On Fri, Feb 13, 2026 at 4:52 PM Sal Picariello (Fortis LLP) <[spicariello@fortislaw.com](mailto:spicariello@fortislaw.com)> wrote:

> Raj,
>
> Attached are the Notices of Deposition for Dr. Sara Adams and Dr. Naveed Ziari.
>
> We are amenable to rescheduling the depositions for a date and location that is mutually convenient for the parties and the witnesses.
>
> Regards,
>
> Salvatore Picariello
> Partner
> Fortis LLP
> 650 Town Center Drive Suite 600  |  Costa Mesa, CA  92626
> Direct: 714.418.5837  |  Main: 714.839.3800  |  Fax: 714.795.2995



> **DISCLAIMER:** This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you MAY NOT review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-

mail and delete the original message.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) IS NOT intended or written to be used, and CANNOT be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction for any matter addressed herein.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.