# Exhibit E

 **Gmail**                                    **Raj Abhyanker <raj@legalforcelaw.com>**

## Re: Follow-Up Regarding Background Allegations Raised by Opposing Counsel

**Sara Adams** <sara@agnosci.com>                                              Tue, Feb 24 at 10:05 AM
To: <raj@legalforcelaw.com>

Hi Raj,

There are no such court cases regarding my qualifications. I was in a divorce case and there was a restraining order case where I was plaintiff which was dismissed for jurisdiction. The restraining order case was a consequence of being stalked and harassed by a woman I do not know, who engaged in extensive racial abuse, along with an assortment of tropes that owing to my race I must be a fraud.  This woman harassed me for a year, sending me photos of monkeys and repeatedly contacting my sister and her children.

Despite the case being dismissed for jurisdiction, opposing counsel on this case published all of the filings online. You will note that when you search this court case in SF Superior Court that it is not accessible by the general public. This is because restraining order actions are not electronically available online as per California Rules of Court. Despite this, opposing counsel continues to maintain these files online, in an effort to support his clients harassment campaign. There was no judicial determination on anything filed in this action.

Please see the following link to my ORCID ID and the date given for my PhD from the University of Cambridge, which is publicly available here:
https://www.repository.cam.ac.uk/items/ec489692-b090-4f25-8865-cf571e71be35

Please note it states very clearly that the awarding degree is a PhD, from the University of Cambridge and the date the thesis was submitted was 2014.

https://orcid.org/0000-0003-4307-7086

The degrees I hold are BA Natural Sciences Tripos - University of Cambridge and PhD In Biochemistry - University of Cambridge.

I wish to reiterate that there is no judicial determination of my qualifications, there was a dismissed harassment action and my divorce, neither action concerns my qualifications. And nor should my personal life be used to muddy my professional qualifications - which was the intent of the woman who stalked  me, and apparently that of her unethical counsel.

My PhD qualification is clearly listed on the University of Cambridge website, along with a complete copy of my thesis. I am more than happy to get a written reference from one of my Cambridge professors to confirm these qualifications. It is concerning that opposing counsel wishes to refer to a dismissed CHRO, which was never adjudicated on, and where the publication of such filings violates California Rules of Court!  Likewise, my divorce judgment dates to March 2018, and even confirms that I was a student at the University of Cambridge and at the time of my divorce I had passed the vivia. I believe when it concerns educational achievements and qualifications one defers to the awarding institution and not specious unadjudicated claims made by the respondent's counsel in a CHRO. I believe opposing counsel from the CHRO was also involved in materially misrepresenting aspects of my family law case. I was not involved in the filings that were put together in the CHRO, however none of the matters were ever subject to legal challenge or adjudication.

Please forgive my brashness, I find it quite disconcerting that one need provide anymore evidence other than what can be clearly publicly found on the University of Cambridge website, and the ORCID website, where all inputs were directly delivered from the University of Cambridge website.

Please let me know if you need further detail.

Best,

Sara

On Mon, Feb 23, 2026 at 2:16 PM Raj Abhyanker <raj@legalforcelaw.com> wrote:

> Dear Dr. Adams,
>
> I hope you are well.
>
> Opposing counsel has recently asserted that there are past court opinions that purportedly question your qualifications and/or credibility, and they have referenced concerns regarding your academic credentials. They have not provided any citations or specifics.
>
> To ensure that we are fully informed and prepared, could you please let me know:
>
> 1. Whether you are aware of any court opinions that discuss your qualifications, credibility, or admissibility as an expert;
>
> 2. If so, the case names and jurisdictions involved; and
>
> 3. Whether there is any clarification or context you believe would be helpful for us to understand in advance.
>
> In addition, please confirm the academic degrees you hold and the institutions from which they were awarded, so that our records are complete and accurate.
>
> Our goal is simply to ensure we have a clear and accurate understanding of the record before any deposition or motion practice proceeds.
>
> Thank you, and I appreciate your prompt attention to this.
>
> Also, can you let me know dates in March when you are available for a deposition?   Plaintiffs have requested to take your deposition in connection with the declaration you submitted in the Neurocentria v. Mando matter. We are coordinating scheduling and would like to propose dates during the weeks of March 12 or March 19.
>
> Could you please let me know your general availability during those two weeks, including any dates that are not workable for you?
>
> We expect the deposition to last no more than one day and will of course prepare with you in advance. Please also confirm that you are available to have me represent and defend you for purposes of the deposition in this matter.
>
> Thank you, and I will follow up shortly once we have dates aligned.
>
> Best regards,
>
> Raj

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete it from your system. Unauthorized use, disclosure, or copying of this email or its contents is strictly prohibited. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization affiliated with the account holder.