# Exhibit F



February 24, 2026

**Academic Registry**
**University of Cambridge**
**The Old Schools**
**Trinity Lane**
**Cambridge CB2 1TN**
**United Kingdom**

Email: student.registry@admin.cam.ac.uk

**Re: Verification of Doctor of Philosophy Degree – Dr. Sara (Sarrita) Adams**

Dear Sir or Madam:

I write in connection with ongoing federal litigation in the United States in which Dr. Sara (Sarrita) Adams has been disclosed as an expert witness.

Dr. Adams has represented that she was awarded a Doctor of Philosophy (PhD) degree in Biochemistry from the University of Cambridge, with thesis submission in or about 2014. Publicly available sources appear to confirm the existence of her doctoral thesis within the University's repository.

For purposes of ensuring complete accuracy in court filings and representations, we respectfully request written confirmation of the following:

1. Whether Dr. Sara (Sarrita) Adams was awarded a PhD degree by the University of Cambridge;
2. The subject or department in which the degree was awarded;
3. The year in which the degree was conferred; and
4. Confirmation that the degree was duly granted by the University.

If there is a formal verification procedure or fee required for such confirmation, please advise and we will promptly comply.

We appreciate your assistance in ensuring accurate representation of academic credentials in judicial proceedings.

Please feel free to contact me directly should you require additional information.

Respectfully,
Raj V. Abhyanker
Attorney at Law
+1 (408) 398-3126



1580 W. El Camino Real, Ste 13   T: 650.965.8731   questions@legalforcelaw.com
Mountain View, CA 94040   F: 650.989.2131   legalforcelaw.com