# Exhibit M

Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:    (650) 965-8731
Facsimile:    (650) 989-2131

Attorneys for Defendant,
Mando International, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, and THREOTECH LLC, a Nevada limited liability company,<br><br>      Plaintiffs,<br><br>  v.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION LABS, a Texas limited liability company<br><br>      Defendant. | Case No. 2:25-cv-05871-FLA-JPR<br><br>**DECLARATION OF [EXPERT NAME]**<br><br>Hon. Judge Fernando L. Aenlle-Rocha |

I, **[Name], Ph.D.**, declare as follows:

### I. QUALIFICATIONS

1. I am over the age of eighteen and competent to testify.

2. I hold a Ph.D. in **Nutritional Biochemistry** from **[University]** and have more than **[X] years** of professional and academic experience in mineral metabolism, dietary supplements, and biochemical pathways governing magnesium absorption, transport, and utilization in the human

1

DECLARATION OF [EXPERT WITNESS]
Case No. 2:25-cv-05871-FLA-JPR

body.

3.  I have served as a **professor, researcher, consultant, and author** on peer-reviewed publications involving magnesium chemistry, bioavailability, nutrient–ligand binding, and in vivo transformations of organic acid complexes.

4.  I have been retained by counsel for Defendant to provide expert analysis regarding:
(a) the biochemical properties of magnesium salts and complexes;
(b) the scientific validity of structure/function claims commonly used in the dietary supplement industry;
(c) whether magnesium L-threonate is a naturally occurring substance;
(d) whether mixtures of magnesium with threonate precursors or threonate-releasing compounds can form magnesium L-threonate in vivo; and
(e) whether Plaintiffs' assumptions regarding dosage, mechanism, and bioavailability are scientifically correct.

5.  My opinions are based on my review of the scientific literature, publications by the National Institutes of Health, authoritative nutrition texts, publicly available regulatory guidance, and my own research experience.

**II. SUMMARY OF OPINIONS**

6.  It is my professional opinion, to a reasonable degree of scientific certainty, that **magnesium L-threonate is a naturally occurring substance formed within the human body** as part of normal intermediary metabolism of ascorbic acid (vitamin C) and organic acid breakdown.

7.  It is also my opinion that **magnesium ions (Mg²⁺)** and **L-threonic acid** or related

2
DECLARATION OF [EXPERT WITNESS]
Case No. 2:25-cv-05871-FLA-JPR

threonate-releasing compounds can, and do, **combine in vivo to form magnesium L-threonate** under physiological pH conditions. This is consistent with known principles of coordination chemistry and magnesium–ligand binding behavior.

8.  In my opinion, it is *scientifically inaccurate* to assert, as Plaintiffs do, that only commercially branded magnesium L-threonate supplied as a pre-bonded compound outside the body can exert biological or cognitive effects.

9.  It is also my opinion that **there is no scientific basis to conclude that only one proprietary formulation (e.g., "Magtein®") can produce increases in brain magnesium levels or support cognitive function**, particularly given that magnesium is an essential mineral whose biological effects depend on ionized magnesium levels, not brand identity.

10. Furthermore, the labeling statements at issue—such as "supports relaxation," "supports cognitive health," "supports energy production," "supports muscle and bone health," and similar structure/function claims—are **consistent with scientifically accepted roles of magnesium in human physiology** and are common within the dietary supplement industry. These statements are not clinical promises, nor do they imply equivalence to any particular clinical study or proprietary dosage regimen.

**III. MAGNESIUM L-THREONATE IS A NATURALLY OCCURRING SUBSTANCE**

11. **L-threonic acid**, also known as **threonate**, is a metabolic degradation product of **ascorbic acid (vitamin C)**. It is well documented in scientific literature that threonate appears in human plasma, cerebrospinal fluid, and urine as a byproduct of oxidative catabolism of vitamin C.

12. Because magnesium is one of the most abundant cations in the body, and because threonate is a known organic acid ligand capable of chelating magnesium at physiological pH

3

DECLARATION OF [EXPERT WITNESS]
Case No. 2:25-cv-05871-FLA-JPR

ranges, **magnesium L-threonate complexes form naturally in human tissues**.

13. The human body continuously forms **magnesium–organic acid complexes**, including magnesium citrate, magnesium malate, magnesium lactate, and magnesium threonate, depending on the availability of these ligands and the relative binding affinities.

14. It is therefore **scientifically correct** to state that magnesium L-threonate is naturally present within the human body, even in the absence of supplementation.

15. Nothing in biochemistry requires that magnesium L-threonate must be ingested in pre-bonded form to exist or function biologically.

### IV. IN VIVO FORMATION OF MAGNESIUM L-THREONATE FROM MIXTURES

16. When a dietary supplement provides **magnesium in ionic or dissociable form** and separately provides **L-threonic acid**, **threonate precursors**, or compounds metabolized into threonate, the human digestive and circulatory environment provides numerous opportunities for these components to **bind and form magnesium L-threonate in vivo**.

17. From a chemical standpoint, magnesium forms complexes with a wide range of organic acids in aqueous environments. Threonate is a **known chelating ligand** with demonstrated affinity for magnesium.

18. Combining magnesium salts with L-threonic acid—or with ingredient blends that generate threonate through metabolic breakdown—is entirely consistent with established biochemical pathways that lead to the formation of **magnesium–threonate complexes** within the gastrointestinal tract and systemic circulation.

DECLARATION OF [EXPERT WITNESS]
Case No. 2:25-cv-05871-FLA-JPR

19. Therefore, even if magnesium and threonate are not pre-bonded outside the body, **their in vivo combination results in the creation of magnesium L-threonate**, which is chemically indistinguishable from the pre-formed compound.

20. Assertions in the complaint that magnesium L-threonate *must* be ingested in pre-complexed form are **not supported by accepted biochemical literature**, which recognizes that ligand exchange and complex formation occur naturally and continuously in vivo.

**V.  THE  DOSE-RESTRICTION  THEORY  IN  THE  COMPLAINT  IS SCIENTIFICALLY UNSUPPORTED**

21. Plaintiffs assume that only the specific dosage used in a proprietary clinical study (approximately 1 to 2 grams per day of magnesium L-threonate) is capable of supporting cognitive function. This assumption is **scientifically unsound**.

22. Clinical effects of magnesium derive primarily from **magnesium ion availability**, modulation of NMDA receptors, stabilization of neuronal membranes, and other well-characterized pathways.

23. There is no scientific basis for the claim that cognitive support can occur *only* at a specific proprietary dose or that lower doses have "no effect." Many minerals and micronutrients exhibit **nonlinear and threshold-based effects**, and published scientific literature includes a range of doses that influence cognitive and neurological outcomes.

24. Moreover, **structure/function claims** in dietary supplements do not require evidence of clinical trials at the precise form or dose advertised. They require a reasonable scientific basis—which exists for magnesium and its role in neurological, muscular, energy, and relaxation processes.

DECLARATION OF [EXPERT WITNESS]
Case No. 2:25-cv-05871-FLA-JPR

## VI.  INDUSTRY-STANDARD  AND  FDA-COMPLIANT  STRUCTURE/FUNCTION CLAIMS

25. The claims challenged by Plaintiffs—"supports relaxation," "supports cognitive health," "supports sleep," "supports bone health," "supports muscle function," "supports energy production," etc.—are **permitted structure/function claims under 21 U.S.C. § 343(r)(6)** and FDA guidance.

26. These claims are consistent with the well-documented role of magnesium as a cofactor in over 300 enzymatic reactions, including those involved in neurotransmitter regulation, ATP synthesis, ion channel stability, and neuromuscular transmission.

27. Nothing in the challenged labels or advertisements implies equivalence to any particular clinical trial or proprietary method, nor do they assert that the product uses a licensed or patented form of magnesium.

## VII. CONCLUSION

28. Based on my training, research, and review of the scientific evidence, it is my expert opinion that:

- ○ **Magnesium L-threonate occurs naturally in the human body.**

- ○ **Magnesium and L-threonic acid can and do form magnesium L-threonate in vivo**, even when not pre-bonded before ingestion.

6

DECLARATION OF [EXPERT WITNESS]
Case No. 2:25-cv-05871-FLA-JPR

- Plaintiffs' claim that only proprietary, pre-bonded magnesium L-threonate is biologically meaningful is **scientifically incorrect**.

- The structure/function claims challenged in the Complaint are **consistent with accepted scientific understanding of magnesium's roles** and are not false or misleading.

- There is **no scientific basis** for Plaintiffs' assertion that cognitive benefits require the exact proprietary form or dosage referenced in their marketing materials.

29. I reserve the right to supplement or amend these opinions if additional data, documents, or expert reports become available.

30. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

31. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: DATE, 2025                              Respectfully submitted,


                                               /s/_____
                                               NAME

7
DECLARATION OF [EXPERT WITNESS]
Case No. 2:25-cv-05871-FLA-JPR