# Exhibit C

Legal Force RAPC Worldwide Mail - RE: [EXTERNAL] Detailed Summary of Sanctions meet April 3, 2026 Meet and Confer – Neuro…

 **LegalForce**

## RE: [EXTERNAL] Detailed Summary of Sanctions meet April 3, 2026 Meet and Confer – Neurocentria v. Mando (2:25-cv-05871)

**Cox, John W.** <John.Cox@btlaw.com>                                                                                 Mon, Apr 6, 2026 at 8:07 AM
To: Raj Abhyanker <raj@legalforcelaw.com>
Cc: "Gavenman, Jeff" <jeffrey.gavenman@hugheshubbard.com>, "Schaller, Jake" <jake.schaller@hugheshubbard.com>, "Kornilova, Anna" <anna.kornilova@hugheshubbard.com>, "Baker, Lauren" <Lauren.Baker@btlaw.com>, "Sang Dang (Fortis LLP)" <sdang@fortislaw.com>, "Schulman, Jeremy" <jeremy.schulman@hugheshubbard.com>, "Sal Picariello (Fortis LLP)" <spicariello@fortislaw.com>

Raj,

Your summary is self-serving, incomplete, and inaccurate, and it includes false statements. Indeed, your statements related to my conduct during the call are false and offensive and reflect your continued tactic of projecting your improper tactics onto Plaintiffs and us as Plaintiffs' counsel. We reserve the right to include your letter as an exhibit to our sanctions motion(s) and/or respond to any use, characterization, or reference to it in our reply in support of our sanctions motion(s).

We also reserve the right to pursue remedies related to you recording the call without our consent.

Regards,

John

---

**From:** Cox, John W.
**Sent:** Friday, April 3, 2026 4:05 PM
**To:** raj@legalforcelaw.com
**Cc:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Schaller, Jake <jake.schaller@hugheshubbard.com>; Kornilova, Anna <anna.kornilova@hugheshubbard.com>; Baker, Lauren <Lauren.Baker@btlaw.com>; Sang Dang (Fortis LLP) <sdang@fortislaw.com>; Schulman, Jeremy <jeremy.schulman@hugheshubbard.com>; Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>
**Subject:** RE: [EXTERNAL] Detailed Summary of Sanctions meet April 3, 2026 Meet and Confer – Neurocentria v. Mando (2:25-cv-05871)

Raj,

You have included what appear to be purported quotations in your "Detailed Summary" – did you record our call? If so, please produce the recording today. You did not ask for consent and we did not provide it. And, we have stated in the past, that you do not have our consent to record any meet and confers for this case.

We reserve the right to respond to any specific portions of the "Detailed Summary" in due course, attach it to our motion(s) for sanctions, and seek other relief as necessary.

Regards,

John

Case 2:25-cv-05871-FLA-MAR   Document 166-4   Filed 04/16/26   Page 3 of 4   Page ID #:6620

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** Friday, April 3, 2026 2:54 PM
**To:** Cox, John W. <John.Cox@btlaw.com>; Sang Dang (Fortis LLP) <sdang@fortislaw.com>; Schulman, Jeremy <jeremy.schulman@hugheshubbard.com>; Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>
**Cc:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Schaller, Jake <jake.schaller@hugheshubbard.com>; Kornilova, Anna <anna.kornilova@hugheshubbard.com>; Baker, Lauren <Lauren.Baker@btlaw.com>
**Subject:** [EXTERNAL] Detailed Summary of Sanctions meet April 3, 2026 Meet and Confer – Neurocentria v. Mando (2:25-cv-05871)

Counsel:

Please find attached herewith a Detailed Summary of Sanctions meet April 3, 2026 Meet and Confer – Neurocentria v. Mando (2:25-cv-05871) between 10 AM PST and 10:30AM PST.

Raj

--



**Raj Abhyanker**
Partner

call:      1-650-390-6461
email:     raj@legalforcelaw.com
Linkedin: https://www.linkedin.com/in/thepatentattorney/

Connect: https://meetings.hubspot.com/raj-abhyanker

LegalForce RAPC Worldwide
Professional Law Corporation
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040 United States

www.legalforcelaw.com

About **LegalForce RAPC Worldwide** - LegalForce RAPC Worldwide is a leading general practice law firm specializing in serving the diverse needs of individuals, businesses, and institutions worldwide.   The firm created the Trademarkia.com website.

This electronic transmission contains information which is confidential and/or privileged. The information is intended for use only by the individual or entity named above. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient), you are hereby notified that any use, dissemination, distribution, or copying of this communication is prohibited. If you have received this information in error, please notify me by electronic mail and delete all copies of the transmission. Thank you.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.