# Exhibit F

    **S Adams <sarrita@scienceontrial.com>**

## In absence Graduation Booking form 2025-26

**Caius Graduations** <noreply@qemailserver.com>                    Fri, Apr 3 at 4:32 PM
Reply-To: Caius Graduations <graduation@cai.cam.ac.uk>
To: <Sarrita@scienceontrial.com>

Dear Sarrita Adams,

Thank you for booking for Gonville & Caius Graduation in absence.

Your Degree certificate and transcript will be posted to the mailing address on your CamSIS record. Please ensure that this address is updated for that purpose.

If you have any questions please don't hesistate to contact us at graduation@cai.cam.ac.uk.

Best wishes,
The Education and Tutorial Office

---

**Recipient Data:**
**Time Finished:** 2026-04-03 17:32:14 MDT
**IP:** 174.221.112.197
**ResponseID:** R_7YrWtK9ycbNCBIV
**Link to View Results:** ████████
**URL to View Results:**
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

---

**Response Summary:**

Title:
  Ms

First Name(s):
  Sarrita

Surname:
  Adams

Preferred full name for degree certificate (if applicable):
  Sarrita Anastasia Adams

Address for your transcripts to be sent to after graduationAddress Line 1:
  ████████████

Town/City:
  ██████

County/Region/State:
California

Postal/zip code:
94

Country:
USA

Can we use this address for all future correspondence?
Yes

Telephone number:
+1 ▮▮▮▮▮▮▮▮▮

Email address:
Sarrita@▮▮▮▮▮▮▮▮▮▮▮

Select preferred Congregation date
2nd May 2026

Degree(s) to be conferred: e.g. MPhil in Modern British History
PhD in Biochemistry

Method of proceeding: Please note if you have chosen to graduate on 30th January then you must choose 'in absence'
In absence