Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorneys for Defendant,
Mando International, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> V. <br><br> MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION LABS, a Texas limited liability company <br><br> Defendant and Counterclaimant NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company, and AIDP, INC., a California corporation. <br><br> Counter-Defendants. | Case No. CV-25-cv-05871-FLA-JPR <br><br> Hon. Judge Fernando L. Aenlle-Rocha <br><br> NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT <br><br> **Hearing:** Friday at 1:30 p.m., May 22, 2026 <br><br> First Street U.S. Courthouse, Los Angeles <br><br> Courtroom 6B, 6th Floor <br> Hon. Fernando L. Aenlle-Rocha |

MOTION AND NOTICE OF MOTION TO
DISMISS FIRST AMENDED COMPLAINT
CASE NO.: CV-25-cv-05871-FLA-JPR

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1.   PLEASE TAKE NOTICE that on May 22, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6B of the above-entitled Court, located at the First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, California, before the Honorable Fernando L. Aenlle-Rocha, Defendant Mando International, LLC d/b/a Kappa Nutrition Labs ("Defendant" or "Kappa") will and hereby does move this Court for an order dismissing Plaintiffs' First Amended Complaint ("FAC") in its entirety.

This Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) on the grounds that:

1.   The Court lacks personal jurisdiction over Defendant as to certain Plaintiffs and claims;

2.   Plaintiffs lack Article III standing to assert the claims alleged in the FAC;

3.   Plaintiffs fail to state a claim upon which relief can be granted;

4.   The asserted patent claims are invalid under 35 U.S.C. § 101;

5.   The trademark, false advertising, unfair competition, and contract claims fail as a matter of law; and

6.   The FAC contains irreconcilable contradictions regarding ownership and rights that defeat all claims.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, any matters of which the Court may take judicial notice, and such further argument as may be presented at the hearing.

Dated: April 24, 2026                    Respectfully submitted,
                                         LEGALFORCE RAPC WORLDWIDE P.C.


                                         /s/ Raj V. Abhyanker_____
                                         Raj V. Abhyanker
                                         Attorney for Defendant and Counterclaimant:
                                         Mando International, LLC

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 11-6.1**

1.  The undersigned counsel certifies that this Motion to Dismiss Plaintiffs' First Amended Complaint complies with the type-volume limitation of Local Rule 11-6.1.

2. This memorandum contains 265 words, excluding the caption, tables, signature block, and certificates of service.

Dated: April 24, 2026              Respectfully submitted,
                                   LEGALFORCE RAPC WORLDWIDE P.C.


                                   /s/ Raj V. Abhyanker_____
                                   Raj V. Abhyanker
                                   Attorney for Defendant and Counterclaimant:
                                   Mando International, LLC