Sang Dang, Esq. (SBN 214558)
  sdang@fortislaw.com
Salvatore Picariello, Esq. (SBN 190442)
  spicariello@fortislaw.com
FORTIS LLP
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: 714-839-3800
Facsimile: 714-795-2994

John W. Cox
  (Admitted *Pro Hac Vice*)
  John.Cox@btlaw.com
Lauren U. Baker
  (Admitted *Pro Hac Vice*)
  Lauren.Baker@btlaw.com
BARNES & THORNBURG LLP
3340 Peachtree Road NE, Suite 2900
Atlanta, GA 30326
Telephone: 404-264-4036
Facsimile: 404-264-4033

Jeffrey Gavenman
  (Admitted *Pro Hac Vice*)
  jeffrey.gavenman@hugheshubbard.com
Jeremy Schulman
  (Admitted *Pro Hac Vice*)
  jeremy.schulman@hugheshubbard.com
James Schaller
  (Admitted *Pro Hac Vice*)
  jake.schaller@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I STREET, N.W., 6th Floor
Washington, D.C. 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646

Attorneys for Plaintiffs/Counterclaim Defendants NEUROCENTRIA, INC. and THREOTECH LLC and Third-Party Defendant AIDP, Inc.[1]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC. and THREOTECH LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>    v.<br><br>AIDP, INC.,<br><br>    Third-Party Defendant. | Case No. 2:25-cv-05871-FLA-MAR<br><br>**DECLARATION OF JOHN W. COX IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SANCTIONS**<br><br>Hearing: May 15, 2026<br>Time: 1:30 pm<br>Courtroom: 6B, 6th Floor<br>Judge: Hon. Fernando L. Aenlle-Rocha |

[1] Counsel appear on behalf of AIDP, Inc. on a limited basis solely to contest this Court's jurisdiction over AIDP, Inc.

**DECLARATION OF JOHN W. COX**

I, John W. Cox, declare as follows:

1.     I am an attorney appearing *pro hac vice* in this case with Sang Dang as local counsel. *See* ECF 74. I am a Partner in the law firm of Barnes & Thornburg LLP, and counsel of record for Plaintiffs Neurocentria, Inc. and ThreoTech LLC (collectively, "Plaintiffs") in the above-referenced matter.

2.     I make this Declaration in support of Plaintiffs' Rely Memorandum in Support of its Motion for Sanctions ("Motion") against Defendant Mando International, LLC d/b/a Kappa Nutrition ("Kappa") and its counsel of record, Raj Abhyanker ("Abhyanker," collectively, "Respondents"). I have personal knowledge of the facts stated herein and if called as a witness, will be able to testify competently to such facts.

3.     Attached as **Exhibit A** to Plaintiffs' Reply is a true and correct copy of a December 22, 2025 email from Abhyanker to Plaintiffs' counsel providing a draft joint stipulation to extend the deadline for the submission of preliminary claim constructions and extrinsic evidence pursuant to Section 3(b) of the Patent Standing Order (ECF 33).

4.     Attached as **Exhibit B** to Plaintiffs' Reply is a true and correct copy of a December 22, 2025 email from Abhyanker to Plaintiffs' counsel purporting to summarize the parties' December 22, 2025 meet and confer to discuss, among other things, an extension of the deadline in Section 3(b) of the Patent Standing Order to serve preliminary claim constructions and extrinsic evidence.

5.     In or around February 2026, Plaintiffs' counsel uncovered evidence regarding one of Respondents' disclosed claim construction experts, Ms. Sarrita (Sara) Adams, that cast doubt on—or, at a minimum, raised reasonable questions about—whether Ms. Adams had, in fact, received her Ph.D from the University of Cambridge. As one example, the second result from a Google search of Ms. Adams' name (specifically, a search of the key words "sara (sarrita) adams expert") indicated that concerns had previously been raised regarding Ms. Adams' credentials, including

- 1 -

whether she had a Ph.D. Indeed, the second hit from this Google search references Ms. Adams' credentials and includes a link to a page with the headline "Sarrita Adams has publicly admitted she does not hold the title phD." *See* https://www.reddit.com/r/scienceontrial/comments/1725j7d/sarrita_adams_has_publicly_admitted_she_does_not/ (last accessed May 1, 2026).

6. Upon further investigation, Plaintiffs' counsel also identified numerous personal litigations involving Ms. Adams, including court rulings finding that she was incompetent and appointing a guardian *ad litem* (*see, e.g.*, *Billings v. Adams*, No. A162112 (1st App. Div. Cal. Ct. App. 2023). Plaintiffs' counsel raised their concerns with Ms. Adams' credentials on February 23, 2026, and requested that Abhyanker withdraw Respondents' reliance on Ms. Adams' declaration. *See* ECF 161-5 at 4.

7. As previously stated, the parties held a meet and confer to discuss the subject of Plaintiffs' Motion on April 3, 2026. On April 2, 2026, I emailed Abhyanker a detailed outline of Respondents' conduct during the claim construction process that Plaintiffs believed was sanctionable and that would be the subject of this Motion. A copy of my April 2 email was included as Exhibit A to Respondents' opposition to Plaintiffs' Motion (ECF 166-2). The outline I sent Abhyanker on April 2 was in addition to an email I sent to Abhyanker on March 31, 2026 which stated that Plaintiffs intended to move for sanctions for Respondents' "abuse of the claim construction process" pursuant to, *inter alia*, 28 U.S.C. § 1927 as well as the Court's Patent Standing Order and the Court's inherent discretion.

8. My March 31 and April 2 emails were further to multiple instances, over the course of the preceding two months, in which Plaintiffs' counsel (including myself) had told Abhyanker that Respondents' claim construction tactics—in particular Respondents' changing claim construction positions and reliance on Ms. Adams' declaration—were improper and amounted to sanctionable conduct. For example, on March 2, 2026—following Respondents' disclosure of their third proposed construction

- 2 -

DECLARATION OF JOHN W. COX I/S/O REPLY I/S/O MOTION FOR SANCTIONS

for magnesium threonate—counsel for Plaintiffs noted that Respondents were "deliberately trying to unnecessarily burden our client and the Court in violation of the Federal Rules, Local Rules, and Scheduling Order, including by relying on expert testimony on matters unrelated to claim construction in your claim construction briefing" and would include such conduct in "our [Plaintiffs'] pursuit of sanctions against you [Respondents]." *See* **Exhibit C**, which is a true and correct copy of a March 2, 2026 email from counsel for Plaintiffs to Abhyanker. Counsel for Plaintiffs reiterated their intent to seek sanctions for Abhyanker's' claim construction tactics in email correspondence on March 9, 2026; specifically, Plaintiffs' intent to "include your [Abhyanker's] exceedingly untimely attempt to disclose—on the Saturday before the Opening Claim Construction briefing deadline on Monday—additional 'intrinsic' evidence in our pursuit of sanctions against both you and Kappa." *See* **Exhibit D**, which is a true and correct copy of a March 9, 2026 email from counsel for Plaintiffs to Abhyanker. Respondents were already on notice (and had been on notice since at least January 23, 2026 (*see* ECF 95 at 4-5)) that Plaintiffs intended to seek sanctions against Respondents for their shifting claim construction positions.

9.      These discussions all culminated in the April 3 meet and confer. During that meet and confer, I further explained to and identified for Abhyanker Respondents' conduct during the claim construction proceedings that Plaintiffs believed was sanctionable. *See, e.g.*, ECF 161-1, ¶ 3. Respondents' purported summary of the parties' April 3 meet and confer is included as Exhibit B to Respondents' opposition to Plaintiffs' Motion (ECF 166-3). As that document shows, during the meet and confer the parties discussed, *inter alia*, Respondents' filing of the Clarifying Declaration and Abhyanker's declaration in support, as well as Plaintiffs' belief that the statements in Ms. Adams' declaration that she holds a Ph.D. were false. *See* ECF 166-3 at 4-5. Abhyanker disagreed with Plaintiffs' position and invited Plaintiffs to submit the instant Motion. *See, e.g.*, ECF 161-1, ¶ 3. Thus, the parties did not reach agreement regarding the subject of

- 3 -

DECLARATION OF JOHN W. COX I/S/O REPLY I/S/O MOTION FOR SANCTIONS

Plaintiffs' Motion during the meet and confer, and Plaintiffs' counsel informed Abhyanker that they intended to file this Motion for sanctions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 1, 2026 in Atlanta, Georgia.

Dated: May 1, 2026                    By:    */s/ John W. Cox*
                                             John W. Cox

- 4 -

DECLARATION OF JOHN W. COX I/S/O REPLY I/S/O MOTION FOR SANCTIONS

## CERTIFICATE OF SERVICE

I, Salvatore Picariello, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626. On May 1, 2026, I served the following document(s):

## DECLARATION OF JOHN W. COX IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SANCTIONS

on the parties stated on attached service list

| Defendant Mando International, LLC d/b/a Kappa Nutritional Labs<br><br>Raj V. Abhyanker<br>raj@legalforcelaw.com | |
|---|---|

☒ **BY COURT'S CM/ECF SYSTEM.** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed on the Service List.

**BY E-MAIL.** By sending via e-mail, to the parties for service of the foregoing documents to the persons listed on this Service List.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2026, at Costa Mesa, California.

/S/ SALVATORE PICARIELLO
Salvatore Picariello

CERTIFICATE OF SERVICE

- 1 -