# Exhibit A

| From: | Raj Abhyanker <raj@legalforcelaw.com> |
|---|---|
| Sent: | Monday, December 22, 2025 3:44 PM |
| To: | Cox, John W. |
| Cc: | Baker, Lauren; Jeffrey Gavenman; : Jeremy Schulman; Jake Schaller; Anna Kornilova; Sang Dang (Fortis LLP) |
| Subject: | [EXTERNAL] CV-25-cv-05871 – Request to Stipulate to January 16, 2026 Preliminary Claim Construction Deadline (Pursuant to Dkt. 33) |
| Attachments: | STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY CLAIM CONSTRUCTION DEADLINES (Pursuant to Dkt. 33).docx; STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY CLAIM CONSTRUCTION DEADLINES (Pursuant to Dkt. 33) - Google Docs.pdf |

**Caution: This email originated from outside the Firm.**

 **This message needs your attention**

• Some Recipients have never replied to this person.

Barnes & Thornburg LLP

Dear Lauren, John, and Jeff,

Following up on our discussions, I have taken time to put together a first draft of a stipulation reflecting what I am willing to agree to factually and procedurally.

At the outset, I do not believe that any alleged few-day delay is material, particularly in view of the fact that Barnes & Thornburg only recently filed requests to appear in this matter, are the only patent litigation counsel for Plaintiffs, and have not yet been formally admitted in the case. Against that backdrop, I am writing regarding the deadline for the exchange of Preliminary Claim Construction Disclosures under the Court's Patent Standing Order (Dkt. 33).

In view of the upcoming holidays and New Year, as well as previously planned travel during the first week of January, I am requesting that we stipulate to extend the current **December 29, 2025** deadline to **January 16, 2026**. This two-week extension will allow the parties to proceed in an orderly manner without prejudice to anyone and without the need for motion practice.

Attached is a **Proposed Stipulation and [Proposed] Order Regarding Preliminary Claim Construction Deadlines (Pursuant to Dkt. 33)** reflecting this extension. The stipulation is narrowly tailored, applies only to the preliminary claim construction deadline for the remaining patent, and leaves all other deadlines and rights unchanged.

This is the extension I am able to agree to. If this is acceptable, please let me know and we can promptly execute and file the stipulation.

Thank you, and I appreciate your consideration.

**Raj Abhyanker**
Partner



call:      1-650-390-6461
email:     raj@legalforcelaw.com
Linkedin: https://www.linkedin.com/in/thepatentattorney/


Connect: https://meetings.hubspot.com/raj-abhyanker






LegalForce RAPC Worldwide
Professional Law Corporation
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040 United States

www.legalforcelaw.com

About **LegalForce RAPC Worldwide** - LegalForce RAPC Worldwide is a leading general practice law firm specializing in serving the diverse needs of individuals, businesses, and institutions worldwide.   The firm created the Trademarkia.com website.

This electronic transmission contains information which is confidential and/or privileged. The information is intended for use only by the individual or entity named above. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient), you are hereby notified that any use, dissemination, distribution, or copying of this communication is prohibited. If you have received this information in error, please notify me by electronic mail and delete all copies of the transmission. Thank you.

RAJ V. ABHYANKER,
California SBN 233,284
Email: raj@legalforcelaw.com

**LEGALFORCE RAPC
WORLDWIDE, P.C.**
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731

Attorney for Defendant
MANDO INTERNATIONAL LLC.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, and THREOTECH LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>V.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION, a Texas limited liability company,<br><br>Defendant. | Case No. CV-25-cv-05871-FLA-JPR<br><br>Hon. Judge Fernando L. Aenlle-Rocha<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>REGARDING PRELIMINARY CLAIM CONSTRUCTION DEADLINES<br><br>(Pursuant to Dkt. 33) |

1
Stipulation and [Proposed] Order

## RECITALS

1.    **WHEREAS**, on September 29, 2025, the Court entered its Patent Standing Order and Rules Governing This Action (Dkt. 33) (the "Patent Rules");

2.    **WHEREAS**, Patent Rule 3(b) requires the parties to exchange Preliminary Claim Constructions and supporting intrinsic and extrinsic evidence according to the schedule set by the Court;

3.    **WHEREAS**, Patent Rule 1(a) permits modification of the deadlines set forth in the Patent Rules upon agreement of the parties and a showing of good cause;

4.    **WHEREAS**, Plaintiffs' proposed First Amended Complaint narrows the asserted patents to U.S. Patent No. 8,637,061, which remains the sole patent subject to claim construction;

5.    **WHEREAS**, the parties wish to proceed efficiently with preliminary claim construction under the Patent Rules and to accommodate the intervening holidays and recent procedural developments;

## STIPULATION

6.    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Neurocentria, Inc. and ThreoTech LLC and Defendant Mando International, LLC d/b/a Kappa Nutrition ("Defendant"), through their respective counsel of record, as follows:

7.    Pursuant to Patent Rule 1(a) and Patent Rule 3(b) of the Court's Order at Dkt. 33, the deadline for the exchange of Preliminary Claim Construction Disclosures, including proposed constructions and supporting intrinsic and extrinsic evidence, as to U.S. Patent No. 8,637,061, is extended by two (2) weeks.

8.    Accordingly, the deadline previously set for December 29, 2025, is extended to January 16, 2026.

Stipulation and [Proposed] Order

9.      This stipulation is entered without prejudice to any party's claims, defenses, counterclaims, or substantive positions, and does not constitute a waiver of any rights under the Patent Rules, the Federal Rules of Civil Procedure, or otherwise.

10.     All other deadlines and provisions set forth in Dkt. 33 remain unchanged unless modified by further stipulation of the parties or order of the Court.

Stipulation and [Proposed] Order

Dated: December 22, 2025                    LEGALFORCE RAPC WORLDWIDE

Stipulation and [Proposed] Order

P.C.

Stipulation and [Proposed] Order

Stipulation and [Proposed] Order

Stipulation and [Proposed] Order

_____/s/ Raj Abhyanker_____

8

Stipulation and [Proposed] Order

Raj Abhyanker

Stipulation and [Proposed] Order

Attorney for Plaintiff:

Stipulation and [Proposed] Order

Mando International, LLC

Stipulation and [Proposed] Order

Stipulation and [Proposed] Order

Stipulation and [Proposed] Order

Stipulation and [Proposed] Order

Dated: December 22, 2025                    LEGALFORCE RAPC WORLDWIDE

Stipulation and [Proposed] Order

Stipulation and [Proposed] Order

Stipulation and [Proposed] Order

_/s/_ _____

Stipulation and [Proposed] Order

Jeffrey S. Gavenman

20

Stipulation and [Proposed] Order

Attorney for Plaintiff:

Stipulation and [Proposed] Order

Mando International, LLC
Stipulation and [Proposed] Order

Case 2:25-cv-05871-FLA-MAR    Document 172-2    Filed 05/01/26    Page 26 of 34   Page ID #:7378

Stipulation and [Proposed] Order

Stipulation and [Proposed] Order

## SERVICE LIST

***Attorneys for Comercializadora VNA, S.A. De C.V***

Jeffrey S. Gavenman
Schulman Bhattacharya, LLC
6116 Executive Blvd., Suite 425
North Bethesda, MD 20852
240-356-8550
Fax: 240-356-8558
Email: jgavenman@schulmanbh.com
LEAD ATTORNEY
PRO HAC VICE

James J. Schaller
Schulman Bhattacharya, LLC
6116 Executive Blvd., Suite 425
North Bethesda, MD 20852
240-356-8550
Fax: 240-356-8558
Email: jschaller@schulmanbh.com
LEAD ATTORNEY
PRO HAC VICE

Sang N Dang
Fortis LLP
650 Town Center Drive, Suite 1530
Costa Mesa, CA 92626
714-839-3800
Fax: 714-795-2995
Email: sdang@fortislaw.com

Jeremy Schulman
Schulman Bhattacharya, LLC
6116 Executive Blvd., Suite 425
North Bethesda, MD 20852
240-356-8550
Fax: 240-356-8558
Email: jschulman@schulmanbh.com

Stipulation and [Proposed] Order

PRO HAC VICE
ATTORNEY TO BE NOTICED

Salvatore Picariello
Fortis LLP
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
714-418-5837
Email: spicariello@fortislaw.com

John W. Cox
Barnes & Thornburg LLP
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326
Email: john.cox@btlaw.com

Lauren U. Baker
Barnes & Thornburg LLP
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326
Email: lauren.baker@btlaw.com

Stipulation and [Proposed] Order

RAJ V. ABHYANKER,
California SBN 233,284
Email: raj@legalforcelaw.com

**LEGALFORCE RAPC**
**WORLDWIDE, P.C.**
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731

Attorney for Defendant
MANDO INTERNATIONAL LLC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, and THREOTECH LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> V. <br><br> MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION, a Texas limited liability company, <br><br> Defendant. | Case No. CV-25-cv-05871-FLA-JPR <br><br> Hon. Judge Fernando L. Aenlle-Rocha <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> REGARDING PRELIMINARY CLAIM CONSTRUCTION DEADLINES <br><br> (Pursuant to Dkt. 33) |

1
Stipulation and [Proposed] Order

**RECITALS**

1.  **WHEREAS**, on September 29, 2025, the Court entered its Patent Standing Order and Rules Governing This Action (Dkt. 33) (the "Patent Rules");

2.  **WHEREAS**, Patent Rule 3(b) requires the parties to exchange Preliminary Claim Constructions and supporting intrinsic and extrinsic evidence according to the schedule set by the Court;

3.  **WHEREAS**, Patent Rule 1(a) permits modification of the deadlines set forth in the Patent Rules upon agreement of the parties and a showing of good cause;

4.  **WHEREAS**, Plaintiffs' proposed First Amended Complaint narrows the asserted patents to U.S. Patent No. 8,637,061, which remains the sole patent subject to claim construction;

5.  **WHEREAS**, the parties wish to proceed efficiently with preliminary claim construction under the Patent Rules and to accommodate the intervening holidays and recent procedural developments;

**STIPULATION**

6.  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Neurocentria, Inc. and ThreoTech LLC and Defendant Mando International, LLC d/b/a Kappa Nutrition ("Defendant"), through their respective counsel of record, as follows:

7.  Pursuant to Patent Rule 1(a) and Patent Rule 3(b) of the Court's Order at Dkt. 33, the deadline for the exchange of Preliminary Claim Construction Disclosures, including proposed constructions and supporting intrinsic and

extrinsic evidence, as to U.S. Patent No. 8,637,061, is extended by two (2) weeks.

8. Accordingly, the deadline previously set for December 29, 2025, is extended to January 16, 2026.

9. This stipulation is entered without prejudice to any party's claims, defenses, counterclaims, or substantive positions, and does not constitute a waiver of any rights under the Patent Rules, the Federal Rules of Civil Procedure, or otherwise.

10. All other deadlines and provisions set forth in Dkt. 33 remain unchanged unless modified by further stipulation of the parties or order of the Court.

Dated: December 22, 2025                LEGALFORCE RAPC WORLDWIDE P.C.


                                        ____/s/ Raj Abhyanker_____
                                        Raj Abhyanker
                                        Attorney for Plaintiff:
                                        Mando International, LLC


Dated: December 22, 2025                LEGALFORCE RAPC WORLDWIDE P.C.


                                        _____/s/_____
                                        Jeffrey S. Gavenman
                                        Attorney for Plaintiff:
                                        Mando International, LLC

3

Stipulation and [Proposed] Order

## SERVICE LIST

**Attorneys for Comercializadora VNA, S.A. De C.V**

Jeffrey S. Gavenman
Schulman Bhattacharya, LLC
6116 Executive Blvd., Suite 425
North Bethesda, MD 20852
240-356-8550
Fax: 240-356-8558
Email: jgavenman@schulmanbh.com
LEAD ATTORNEY
PRO HAC VICE

James J. Schaller
Schulman Bhattacharya, LLC
6116 Executive Blvd., Suite 425
North Bethesda, MD 20852
240-356-8550
Fax: 240-356-8558
Email: jschaller@schulmanbh.com
LEAD ATTORNEY
PRO HAC VICE

Sang N Dang
Fortis LLP
650 Town Center Drive, Suite 1530
Costa Mesa, CA 92626
714-839-3800
Fax: 714-795-2995
Email: sdang@fortislaw.com

Jeremy Schulman
Schulman Bhattacharya, LLC
6116 Executive Blvd., Suite 425
North Bethesda, MD 20852
240-356-8550
Fax: 240-356-8558

4
Stipulation and [Proposed] Order

Email: jschulman@schulmanbh.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

Salvatore Picariello
Fortis LLP
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
714-418-5837
Email: spicariello@fortislaw.com

John W. Cox
Barnes & Thornburg LLP
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326
Email: john.cox@btlaw.com

Lauren U. Baker
Barnes & Thornburg LLP
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326
Email: lauren.baker@btlaw.com

Stipulation and [Proposed] Order