# Exhibit D

| | |
|---|---|
| **From:** | Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com> |
| **Sent:** | Monday, March 9, 2026 9:39 AM |
| **To:** | raj@legalforcelaw.com; Litigation Support |
| **Cc:** | Schulman, Jeremy; Schaller, Jake; Kornilova, Anna; Cox, John W.; Baker, Lauren; Sal Picariello (Fortis LLP); Sang Dang (Fortis LLP) |
| **Subject:** | [EXTERNAL] RE: Neurocentria v. Mando, Case No. 2:25-cv-05871-FLA-JPR — Defendant's Supplemental Identification of Intrinsic Evidence (Patent Rule 3(b)) |
| **Attachments:** | Neurocentria, Inc et al v. Mando International, LLC (Case No. 2:25-cv-05871-FLA-JPR) - Plaintiffs' Infringement Disclosure |

Raj,

Your complete failure to properly move this case forward and repeated attempts to burden us and our client for that failure is not appreciated.  Plaintiffs produced the file history of the '061 Patent (NT0001908-NT0002248) **five months** ago (*see* correspondence from Sang Dang to you on 10/10/25, linking to document production accompanying Plaintiffs Initial Infringement Contentions).  That link remains accessible to you.  Even a cursory review of discovery or correspondence in this case between 10/10/25 and Saturday morning when you sent the email below would have made that clear.  Moreover, your current demand for any file histories other than for the '061 Patent in your email below is a blatant attempt to unnecessarily add cost to our client on the eve of Opening Claim Construction briefing.  (*See* Dkt. 33 at § 2(b)(iii).)  To be clear, there is no requirement to produce "file histories for the parent application (Application No. 12/054,384, issued as U.S. Patent No. 8,142,803) or the later continuation application (Application No. 14/132,980)" as you attempted to demand two days before Opening Claim Construction briefing.  You must stop harassing us, particularly as a result of your failure to properly litigate this case.

You also must stop your insistence on trying Defendant's validity case during claim construction.  Despite your self-serving assurances that the Defendant's briefing and solicitation of evidence from Dr. Ziari and Ms. Adams will be limited to the construction of magnesium threonate, Defendant's submission in the Joint Claim Construction Statement and your correspondence—most recently, the email below—makes clear you have no intent of doing so.  We again maintain all rights for Plaintiff to seek relief from the Court to keep claim construction limited to claim construction.  We also will include your exceedingly untimely attempt to disclose—on the Saturday before the Opening Claim Construction briefing deadline on Monday—additional "intrinsic" evidence in our pursuit of sanctions against both you and Kappa.  You cannot blatantly disregard court orders or the Federal and Local Rules without consequence to you and Defendant.  You insist on burdening Plaintiffs for no reason other than your own self-interest.  It must stop.

Regards,
Jeff

**Jeff Gavenman** | Partner

**Hughes Hubbard & Reed LLP**

1

1775 I Street, N.W., 6th floor | Washington | DC 20006-2401
Office +1 (202) 721-4686 | Cell +1 (240) 962-4618
jeffrey.gavenman@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Raj Abhyanker <raj@legalforcelaw.com>
**Sent:** Saturday, March 7, 2026 5:34 AM
**To:** Gavenman, Jeff <jeffrey.gavenman@hugheshubbard.com>; Litigation Support <litigation@trademarkia.com>
**Cc:** Schulman, Jeremy <jeremy.schulman@hugheshubbard.com>; Schaller, Jake <jake.schaller@hugheshubbard.com>; Kornilova, Anna <anna.kornilova@hugheshubbard.com>; Cox, John W. <John.Cox@btlaw.com>; Baker, Lauren <Lauren.Baker@btlaw.com>; Sal Picariello (Fortis LLP) <spicariello@fortislaw.com>; Sang Dang (Fortis LLP) <sdang@fortislaw.com>
**Subject:** Neurocentria v. Mando, Case No. 2:25-cv-05871-FLA-JPR — Defendant's Supplemental Identification of Intrinsic Evidence (Patent Rule 3(b))

**CAUTION: This email was sent by someone outside of the Firm.**

Counsel:

Please find attached Defendant Mando International, LLC's Supplemental Identification of Intrinsic Evidence pursuant to Patent Rule 3(b) of the Court's Patent Standing Order.

The attached letter identifies the prosecution history references from the '061 Patent and its parent and continuation applications on which Defendant intends to rely in support of its proposed construction of "magnesium threonate." As noted in the letter, Plaintiffs have not produced the complete file histories required under Patent Rule 2(b)(iii), and Defendant requests prompt compliance with that obligation.

This supplemental identification is being served via email pursuant to the exchange provisions of Patent Rule 3(b). Please confirm receipt at your earliest convenience.

Regards,

Raj

--

**Raj Abhyanker**
Partner



call:      1-650-390-6461
email:    raj@legalforcelaw.com
Linkedin: https://www.linkedin.com/in/thepatentattorney/

Connect: https://meetings.hubspot.com/raj-abhyanker



LegalForce RAPC Worldwide
Professional Law Corporation
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040 United States

www.legalforcelaw.com

About **LegalForce RAPC Worldwide** - LegalForce RAPC Worldwide is a leading general practice law firm special
the diverse needs of individuals, businesses, and institutions worldwide.   The firm created the Trademarkia.com

This electronic transmission contains information which is confidential and/or privileged. The information is intended for use only by th
entity named above. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the int
you are hereby notified that any use, dissemination, distribution, or copying of this communication is prohibited. If you have received t
error, please notify me by electronic mail and delete all copies of the transmission. Thank you.

| | |
|---|---|
| **From:** | Sang Dang (Fortis LLP) <sdang@fortislaw.com> |
| **Sent:** | Friday, October 10, 2025 5:19 PM |
| **To:** | 'raj@legalforcelaw.com'; 'Queena Zhang'; 'Jasmine B. Gratton'; 'Michael Markos' |
| **Cc:** | 'Litigation Support'; 'Shaeffer, John J.'; 'Grant, Jeff H.'; Sal Picariello (Fortis LLP) |
| **Subject:** | Neurocentria, Inc et al v. Mando International, LLC (Case No. 2:25-cv-05871-FLA-JPR) - Plaintiffs' Infringement Disclosure |
| **Attachments:** | 2025.10.10  Plaintiffs' Infringement Disclosures.pdf |

Counsel:

Please see enclosed Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions Pursuant to Patent Rule 2a.

Furthermore, pursuant to Patent Rule 2b, we have made available the document production accompanying Plaintiffs' Disclosure (bearing Bates labels NT0000001 – NT0002362) at the following DropBox link: https://www.dropbox.com/scl/fo/pzat2u2wqazfa3ww5xd18/AHwCqWvEXDwBCtJPleSjPQ0?rlkey=ot0k7uzw88x7pu6px7jx538p7&dl=0.

For your convenience, we also made available a copy of Plaintiffs' Disclosure at the DropBox link above.

Please let us know if there are any issues with accessing the DropBox link.  Thank you.

Regards,
**Sang N. Dang, Esq.**
**FORTIS LLP**
650 Town Center Drive, Suite 600
Costa Mesa, CA  92626
714-418-5811 (Direct)
714-658-8934 (Cell)
sdang@fortislaw.com (Email)
www.fortislaw.com (Web Site)


**FORTIS LLP**

**DISCLAIMER:**  This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you MAY NOT review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) IS NOT intended or written to be used, and CANNOT be used, for the purpose of (i) avoiding penalties under the Internal Revenue.

**FORTIS LLP**
Sang Dang, Esq. (SBN 214558)
Salvatore Picariello, Esq. (SBN 190442)
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: 714-839-3800
Facsimile: 714-795-2994
Email: sdang@fortislaw.com
        spicariello@fortislaw.com

**FOX ROTHSCHILD LLP**
John Schaeffer (SBN 138331)
Jeff H. Grant (SBN 218974)
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 90067
Telephone: 310-598-4150
Facsimile: 310-556-9828
Email: jshaeffer@foxrothschild.com
        jgrant@foxrothschild.com

Attorneys for Plaintiffs
NEUROCENTRIA, INC. and THREOTECH LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, and THREOTECH LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION, a Texas limited liability company,<br><br>Defendant. | Case No. 2:25-cv-05871-FLA-JPR<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>**PLAINTIFFS' DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS PURSUANT TO SECTION 2a OF THE PATENT STANDING ORDER AND RULES (DKT. 33)** |

Pursuant to Section 2a of the Court's Patent Standing Order dated September 29, 2025 (Dkt. 33) and the Court's Scheduling and Trial Order dated September 24, 2025 (Dkt. 32), Plaintiffs Neurocentria, Inc. and ThreoTech LLC ("Plaintiffs") provide the following Disclosure of Asserted Claims and Infringement Contentions to Defendant Mando International, LLC, d/b/a Kappa Nutrition ("Mando" or "Kappa Nutrition").

Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions are attached as Exhibits 1 through 5 as follows:

- Exhibit 1 – Asserted Claims and Infringement Contentions for USPN 8,637,061;
- Exhibit 2 - Asserted Claims and Infringement Contentions for USPN 8,142,803;
- Exhibit 3 - Asserted Claims and Infringement Contentions for USPN 8,178,132;
- Exhibit 4 - Asserted Claims and Infringement Contentions for USPN 8,178,118; and
- Exhibit 5 - Asserted Claims and Infringement Contentions for USPN 8,163,301.

Furthermore, Exhibits 6 – 8 include material and information cited in the claim charts provided in Exhibits 1 – 5 as follows:

- Exhibit 6 – Mando's listing and advertisements on Amazon for its Magnesium 3 In 1 L-Threonate Advanced Complex product;
- Exhibit 7 – Mando's listing and advertisements on www.kappanutrition.com;
- Exhibit 8 – Mando's listing and advertisements on Amazon for its Magnesium L-Threonate Plant-Based product;
- Exhibit 9 – A Certificate of Analysis of Mando's Magnesium 3 In 1 L-Threonate Advanced Complex product;
- Exhibit 10 – An article entitled "Magnesium L-Threonate Benefits" published

- 1 -

PLAINTIFFS' DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

in August 2021;

- Exhibit 11 – An article entitled "What Is Magnesium Threonate? Benefits, Dosage, and Risks" published on November 25, 2023; and

- Exhibit 12 – An article entitled "This is What Happens to Your Body When You Take Magnesium L-Threonate" published on November 5, 2024.

Based on available information, Plaintiffs believe that Mando started to manufacture, use, sale, or offer to sale of infringing products in or about late January 2025, and has continued to manufacture, use, sale, or offer to sale of infringing products to date.

On August 29, 2022, Mando entered into a Trademark License Agreement (the "TMLA"), which gave Mando the right to use certain ThreoTech's trademarks in connection with Mando's sale of products containing Plaintiffs' patented Magnesium Threonate/Magnesium L-Threonate compound (known as the Magtein product). The TMLA requires Mando to purchase the Magtein ingredient from ThreoTech. As a licensee, Mando was well aware of Plaintiffs' patents. Due to Mando's failure to adhere to and abide by certain terms of the TMLA, on July 15, 2024, ThreoTech provided Mando with notice, pursuant to the terms of the TMLA, that ThreoTech was terminating the TMLA. ThreoTech also provided Mando with written notice of its obligations under the TMLA on November 4, 2024, as well as on January 10, 2025. Under the circumstances, Mando's infringement of Plaintiffs' patents is willful.

Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions are based on the information reasonably available to Plaintiffs at this time. Plaintiffs note that Plaintiffs' discovery and investigation of Mando's products are continuing. As such, Plaintiffs reserve the right to seek to modify, amend, or supplement Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions as discovery and investigation continue.

- 2 -

Dated: October 10, 2025                    FORTIS LLP


                                By:  /s/ *Sang Dang*
                                Attorneys for Plaintiffs
                                NEUROCENTRIA, INC. and THREOTECH LLC

- 3 -

# EXHIBIT 1

# (Asserted Claims and Infringement Contentions for USPN 8,637,061)

## Exhibit 1 – Asserted Claims and Infringement Contentions for USPN 8,637,061 (the "'061 Patent")

### I.    Related U.S. Application Data

The '061 Patent issued from U.S. Patent Application Serial No. 13/042,648 which was filed on February 22, 2012 as a Continuation of U.S. Application Serial No. 12/054,384 filed on March 28, 2008 (now USPN 8,142,803), which claims the benefit of U.S. Provisional Application 60/896,458 filed on March 22, 2007, U.S. Provisional Application 60/994,902 filed on September 20, 2007, and U.S. Provisional Application 61/066,592 filed February 20, 2008.

### II.    Claim Chart

The following claim chart shows that the manufacture, use, sale, or offer to sale of Mando International LLC's (Mando) products directly infringes, contributorily infringes, or induces a third party to infringe at least claims 1, 3-7, 13-14, 17, 18, and 19 of the '061 Patent.

| Claim Language of the '061 Patent | Mando International LLC's (Mando) Products |
|---|---|
| **Claim 1** | |
| 1. A dosage form formulated for oral administration to a subject comprising magnesium threonate, wherein the dosage form comprises at least 10 mg magnesium threonate, and wherein the dosage form is a solid, semi-solid, semi-liquid, or a gel. | Mando's products are capsules, which are either a solid or a semi-solid, formulated for oral administration as recited in Claim 1. *See* Exhibits 6, 7, and 8. <br><br> In advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 12. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 12. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound as recited in Claim 1. <br><br> A lab test performed on Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product shows that there are approximately 80.43 mg of L-Threonic Acid per 2 capsules (or approximately 40.21 mg of L-Threonic Acid per capsule), and |

| | approximately 280.1 mg of Magnesium per 2 capsules (or approximately 140 mg of Magnesium per capsule). *See* Exhibit 9.<br><br>It is commonly and publicly known that the L-Threonate ingredient could take up approximately 91% to 92% of the Magnesium L-Threonate compound. *See* Exhibits 10, 11, and 12.<br><br>Therefore, 40.21 mg of L-Threonic Acid in each capsule of Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product are sufficient to form approximately 43.70 mg (40.21 mg divided by 0.92) to 44.18 mg (40.21 mg divided by 0.91) of Magnesium L-Threonate, which satisfies the "at least 10 mg" limitation recited in Claim 1. |
|---|---|
| **Claim 3** | |
| 3. The dosage form of claim 1, comprising about 10 mg to about 800 mg magnesium threonate. | *See* Claim 1 above. |
| **Claim 4** | |
| 4. The dosage form of claim 1, wherein the dosage form comprises about 30 mg to about 1.5 g of elemental magnesium. | *See* Claim 1 above.<br><br>The product labels of Mando's products indicate that each serving of 2 capsules includes 280 mg of magnesium, and each serving of 3 capsules includes 420 mg of magnesium. In other words, each capsule includes 140 mg of magnesium, which satisfies the "comprises about 30 mg to about 1.5 g of elemental magnesium" limitation recited in Claim 4. *See* Exhibits 6, 7, and 8. |
| **Claim 5** | |
| 5. The dosage form of claim 1, wherein the dosage form comprises about 50 mg to about 800 mg elemental magnesium. | *See* Claim 1 above.<br><br>The product labels of Mando's products indicate that each serving of 2 capsules includes 280 mg of magnesium, and each serving of 3 capsules includes 420 mg of magnesium. In other words, each capsule includes 140 mg of magnesium, which |

| | |
|---|---|
| | satisfies the "comprises about 50 mg to about 800 mg elemental magnesium" limitation recited in Claim 5. *See* Exhibits 6, 7, and 8. |
| **Claim 6** | |
| 6. The dosage form of claim 1, wherein the dosage form is a solid. | *See* Claim 1 above.<br><br>Mando International LLC's products are capsules, which are either a solid or a semi-solid. *See* Exhibits 6, 7, and 8. |
| **Claim 7** | |
| 7. The dosage form of claim 1, wherein the dosage form is a gel, semi-liquid or semi-solid. | *See* Claim 1 above.<br><br>Mando International LLC's products are capsules, which are either a solid or a semi-solid. *See* Exhibits 6, 7, and 8. |
| **Claim 13** | |
| 13. The dosage form of claim 1 that is a capsule. | *See* Claim 1 above.<br><br>Mando's products are capsules. *See* Exhibits 6, 7, and 8. |
| **Claim 14** | |
| 14. A method of providing magnesium supplementation to a subject, comprising: orally administering to the subject the dosage form of claim 1. | *See* Claim 1 above.<br><br>Mando's products are supplements that come in a form of capsules for oral administration. *See* Exhibits 6, 7, and 8.<br><br>In addition, Mando prescribes daily dosages to its customers, including 2 capsules for women, and 3 capsules for men and pregnant women. *See* Exhibits 6, 7, and 8. |
| **Claim 17** | |
| 17. The method of claim 14, wherein the dosage form is administered for at least about 15 days. | *See* Claims 1 and 14 above.<br><br>Mando's products come in configurations of 60, 90, 120, 150, or 300 capsules, which are sufficient for at least 15 days at a prescribed dosage of 2 or 3 capsules per day. *See* Exhibits 6, 7, and 8. |
| **Claim 18** | |

| 18. The method of claim 14, wherein the dosage form is administered for at least about 4 months. | *See* Claims 1 and 14 above.<br><br>Mando's products come in a configuration of 300 capsules, which is sufficient for at least 4 months at a prescribed dosage of 2 capsules per day. *See* Exhibits 6, 7, and 8. |
|---|---|
| **Claim 19** | |
| 19. The dosage form of claim 1, wherein the dosage form is a dietary supplement. | *See* Claim 1 above.<br><br>Mando International LLC's products are dietary supplements. *See* Exhibits 6, 7, and 8. |

### III.    Literal Infringement/Doctrine of Equivalents

Plaintiffs contend that the Mando's products meet each limitation of at least claims 1, 3-7, 13-14, 17, 18, and 19 of the '061 Patent either literally or under the doctrine of equivalents.

# EXHIBIT 2

# (Asserted Claims and Infringement Contentions for USPN 8,142,803)

## Exhibit 2 – Asserted Claims and Infringement Contentions for USPN 8,142,803 (the "'803 Patent")

### I.    Related U.S. Application Data

The '803 Patent issued from U.S. Patent Application Serial No. 12/054,384 which was filed on March 24, 2008, and which claims the benefit of U.S. Provisional Application 60/896,458 filed on March 22, 2007, U.S. Provisional Application 60/994,902 filed on September 20, 2007, and U.S. Provisional Application 61/066,592 filed February 20, 2008.

### II.    Claim Chart

The following claim chart shows that the manufacture, use, sale, or offer to sale of Mando International LLC's (Mando) products directly infringes, contributorily infringes, or induces a third party to infringe at least claims 1, 5, 7, 9, 10, 11, and 13 of the '803 Patent.

| Claim Language of the '803 Patent | Mando International LLC's Products |
|---|---|
| **Claim 1** | |
| 1. A method of ameliorating the effects of a neurological disorder, the method comprising administering to a subject in need for supplementing a magnesium-containing compound (MCC) in an amount that is effective to ameliorate the effects of said neurological disorder, wherein the MCC comprises magnesium threonate. | As discussed below, Mando prescribes dosages of its Magnesium 3 In 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product for the purposes of "administering to a subject in need for supplementing a magnesium-containing compound (MCC) in an amount that is effective to ameliorate the effects of said neurological disorder" recited in Claim 1.<br><br>In advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound, which satisfies the limitation "wherein the MCC comprises magnesium threonate" recited in Claim 1.<br><br>*Mando's Magnesium 3 In 1 L-Threonate Advanced Complex Product* |

As shown on the product's label, Mando prescribes the following dosages: "Adults, as a dietary supplement, take (2) capsules (Women) and (3) capsules (Men) daily or as directed by a healthcare professional." On its label, Mando further states: "The daily Recommended Dietary Allowance (RDA) for elemental magnesium are: 320mg women (2 capsules approx.), 420mg men (3 capsules), pregnant women is 400mg (3 capsules approx.)." *See* Exhibits 6 and 7. Mando is effectively prescribing dosages to its customers.

On the product's label, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Supports Brain Health". Mando also represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting …, calmness, …, cognitive function, …, and relaxation. Despite its importance, many people don't get enough of this essential mineral for optimal health." *See* Exhibits 6 and 7.

In addition, in Mando's Amazon listing (*see* Exhibit 6), Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product provides the following health benefits:

- "Supports Memory and Cognitive Function: Studies have demonstrated Magnesium enhances recall, supports age-related memory health, and facilitates the development of new neural pathways."

- "Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels."

*Mando's Magnesium L-Threonate Plant-Based Product*
As shown on the product's label, Mando prescribes the following dosages: "As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional." On its label, Mando further states: "RDA for elemental Magnesium, 320mg for women, 420mg for men, 400 mg for

| | |
|---|---|
| | pregnant women." *See* Exhibit 8. Here, Mando is effectively prescribing dosages to its customers.<br><br>Furthermore, as shown on the product's label, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product supports: "Relaxation & Sleep", and "Memory, Clarity & Cognitive Health". Mando also represents to its customers that its Magnesium L-Threonate Plant-Based product "Helps maintain memory, mental clarity, and cognitive performance. Supports a balanced mood and healthy stress response, …. Magnesium is essential for over 300 enzymatic functions vital to health and well-being."<br><br>In addition, in its Amazon listing (*see* Exhibit 8), Mando represents to its customers that its Magnesium L-Threonate Plant-Based product provides the following health benefits:<br><br>- "Supports Brain Function & Mental Clarity. Helps maintain healthy magnesium levels in the brain to support memory, focus, and cognitive performance."<br><br>Furthermore, in advertisements on Amazon, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product is "highly bioavailable, and delivering plant-based magnesium that supports brain health and function", and promotes "MAGNESIUM L-THREONATE PLANT-BASED 3 IN 1 Daily Brain Health, Backed by Kappa Nutrition Labs" *See* Exhibit 8. |
| **Claim 5** | |
| 5. The method of claim 1, wherein said neurological disorder is depression. | *See* Claim 1 above. |
| **Claim 7** | |
| 7. The method of claim 1, wherein said MCC is administered for a period of greater than 4 months. | *See* Claim 1 above. |

| | Mando's products come in a configuration of 300 capsules, which are sufficient for a period of greater than 4 months at a prescribed dosage of 2 capsules per day. *See* Exhibits 6, 7, and 8. |
|---|---|
| **Claim 9** | |
| 9. A method of ameliorating the effects of a neurological disorder, comprising: | |
| administering to a subject in need of therapeutic treatment of a neurological disorder or prophylactic treatment of a magnesium deficiency-caused neurological disorder, magnesium threonate in an amount effective for therapeutic or prophylactic treatment of said neurological disorder for at least about 15 days. | As discussed below, Mando prescribes dosages of its Magnesium 3 In 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product for the purposes of "administering to a subject in need of therapeutic treatment of a neurological disorder or prophylactic treatment of a magnesium deficiency-caused neurological disorder, magnesium threonate in an amount effective for therapeutic or prophylactic treatment of said neurological disorder" recited in Claim 9.<br><br>In advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound.<br><br>Also, Mando's products come in configurations of 60, 90, 120, 150, or 300 capsules, which are sufficient for at least 15 days at a prescribed dosage of 2 or 3 capsules per day. *See* Exhibits 6, 7, and 8.<br><br>*Mando's Magnesium 3 In 1 L-Threonate Advanced Complex Product*<br>As shown on the product's label, Mando prescribes the following dosages: "Adults, as a dietary supplement, take (2) capsules (Women) and (3) capsules (Men) daily or as directed by a healthcare professional." On its label, Mando further states: "The daily Recommended Dietary Allowance (RDA) for elemental magnesium are: |

320mg women (2 capsules approx.), 420mg men (3 capsules), pregnant women is 400mg (3 capsules approx.)." *See* Exhibits 6 and 7. Mando is effectively prescribing dosages to its customers.

On the product's label, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Supports Brain Health". Mando also represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting …, calmness, …, cognitive function, …, and relaxation. Despite its importance, many people don't get enough of this essential mineral for optimal health." *See* Exhibits 6 and 7.

In addition, in Mando's Amazon listing (*see* Exhibit 6) , Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product provides the following health benefits:

- "Supports Memory and Cognitive Function: Studies have demonstrated Magnesium enhances recall, supports age-related memory health, and facilitates the development of new neural pathways."

- "Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels."

*Mando's Magnesium L-Threonate Plant-Based Product*
As shown on the product's label, Mando prescribes the following dosages: "As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional." On its label, Mando further states: "RDA for elemental Magnesium, 320mg for women, 420mg for men, 400 mg for pregnant women." *See* Exhibit 8. Here, Mando is effectively prescribing dosages to its customers.

| | |
|---|---|
| | Also, as shown on the product's label, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product supports: "Relaxation & Sleep", and "Memory, Clarity & Cognitive Health". Mando also represents to its customers that its Magnesium L-Threonate Plant-Based product "Helps maintain memory, mental clarity, and cognitive performance. Supports a balanced mood and healthy stress response, …. Magnesium is essential for over 300 enzymatic functions vital to health and well-being." <br><br> In addition, in its Amazon listing (*see* Exhibit 8), Mando represents to its customers that its Magnesium L-Threonate Plant-Based product provides the following health benefits: <br><br> - "Supports Brain Function & Mental Clarity. Helps maintain healthy magnesium levels in the brain to support memory, focus, and cognitive performance." <br><br> Furthermore, in advertisements on Amazon, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product is "highly bioavailable, and delivering plant-based magnesium that supports brain health and function", and promotes "MAGNESIUM L-THREONATE PLANT-BASED 3 IN 1 Daily Brain Health, Backed by Kappa Nutrition Labs" *See* Exhibit 8. |
| **Claim 10** | |
| 10. The method of claim 9, wherein the magnesium threonate is administered in an amount effective for therapeutic or prophylactic treatment of said neurological disorder for at least about 1 month. | *See* Claim 9 above. <br><br> Mando's products come in configurations of 60, 90, 120, 150, or 300 capsules, which are sufficient for at least 1 month at a prescribed dosage of 2 or 3 capsules per day. *See* Exhibits 6, 7, and 8. |
| **Claim 11** | |
| 11. The method of claim 9, wherein the magnesium threonate is administered in an amount effective for therapeutic or | *See* Claim 9 above. |

| | |
|---|---|
| prophylactic treatment of said neurological disorder for at least about 4 months. | Mando's products come in a configuration of 300 capsules, which are sufficient for at least 4 months at a prescribed dosage of 2 capsules per day. *See* Exhibits 6, 7, and 8. |
| **Claim 13** | |
| 13. The method of claim 9, wherein said neurological disorder is depression. | *See* Claim 9 above. |

III.    **Literal Infringement/Doctrine of Equivalents**

Plaintiffs contend that the Mando's products meet each limitation of at least claims 1, 5, 7, 9, 10, 11, and 13 of the '803 Patent either literally or under the doctrine of equivalents.

# EXHIBIT 3

# (Asserted Claims and Infringement Contentions for USPN 8,178,132)

**Exhibit 3 – Asserted Claims and Infringement Contentions for USPN 8,178,132 (the "'132 Patent")**

## I.       Related U.S. Application Data

The '132 Patent issued from U.S. Patent Application Serial No. 12/054,371 which was filed on March 24, 2008, and which claims the benefit of U.S. Provisional Application 60/896,458 filed on March 22, 2007, U.S. Provisional Application 60/994,902 filed on September 20, 2007, and U.S. Provisional Application 61/066,592 filed February 20, 2008.

## II.      Claim Chart

The following claim chart shows that the manufacture, use, sale, or offer to sale of Mando International LLC's (Mando) products directly infringes, contributorily infringes, or induces a third party to infringe at least claims 1, 8, 13, 15, and 16 of the '132 Patent.

| Claim Language of the '132 Patent | Mando International LLC's Products |
|---|---|
| **Claim 1** | |
| 1. A food composition comprising a food carrier and magnesium threonate. | In advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound as recited in Claim 1.<br><br>Furthermore, Mando's products include capsules made from Hydroxypropyl Methylcellulose (HPMC), which is a food additive and a food carrier. *See* Exhibits 6, 7, and 8. |
| **Claim 8** | |
| 8. A food composition comprising: | |
| a. an effective amount of magnesium threonate for modulating cognitive | As discussed below, Mando prescribes dosages of its Magnesium 3 In 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based |

| | |
|---|---|
| function or a neurological disorder in a subject in need thereof; and | product in "an effective amount of magnesium threonate for modulating cognitive function or a neurological disorder in a subject in need thereof" recited in Claim 8.<br><br>In advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound.<br><br>*Mando's Magnesium 3 In 1 L-Threonate Advanced Complex Product*<br>As shown on the product's label, Mando prescribes the following dosages: "Adults, as a dietary supplement, take (2) capsules (Women) and (3) capsules (Men) daily or as directed by a healthcare professional." On its label, Mando further states: "The daily Recommended Dietary Allowance (RDA) for elemental magnesium are: 320mg women (2 capsules approx.), 420mg men (3 capsules), pregnant women is 400mg (3 capsules approx.)." *See* Exhibits 6 and 7. Mando is effectively prescribing dosages to its customers.<br><br>On the product's label, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Supports Brain Health". Mando also represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting …, calmness, …, cognitive function, …, and relaxation. Despite its importance, many people don't get enough of this essential mineral for optimal health." *See* Exhibits 6 and 7.<br><br>In addition, in Mando's Amazon listing (*see* Exhibit 10), Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product provides the following health benefits: |

- "Supports Memory and Cognitive Function: Studies have demonstrated Magnesium enhances recall, supports age-related memory health, and facilitates the development of new neural pathways."

- "Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels."

*Mando's Magnesium L-Threonate Plant-Based Product*
As shown on the product's label, Mando prescribes the following dosages: "As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional." On its label, Mando further states: "RDA for elemental Magnesium, 320mg for women, 420mg for men, 400 mg for pregnant women." *See* Exhibit 8. Here, Mando is effectively prescribing dosages to its customers.

Furthermore, as shown on the product's label, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product supports: "Relaxation & Sleep", and "Memory, Clarity & Cognitive Health". Mando also represents to its customers that its Magnesium L-Threonate Plant-Based product "Helps maintain memory, mental clarity, and cognitive performance. Supports a balanced mood and healthy stress response, …. Magnesium is essential for over 300 enzymatic functions vital to health and well-being."

In addition, in its Amazon listing (*see* Exhibit 8), Mando represents to its customers that its Magnesium L-Threonate Plant-Based product provides the following health benefits:

- "Supports Brain Function & Mental Clarity. Helps maintain healthy magnesium levels in the brain to support memory, focus, and cognitive performance."

Furthermore, in advertisements on Amazon, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product is "highly bioavailable, and

- 3 -

| | |
|---|---|
| | delivering plant-based magnesium that supports brain health and function", and promotes "MAGNESIUM L-THREONATE PLANT-BASED 3 IN 1 Daily Brain Health, Backed by Kappa Nutrition Labs" *See* Exhibit 8. |
| b. a food carrier. | Mando's products include capsules made from Hydroxypropyl Methylcellulose (HPMC), which is a food additive and a food carrier. *See* Exhibits 6, 7, and 8. |
| **Claim 13** | |
| 13. The food composition of claim 8, wherein the magnesium threonate is present in an amount effective to enhance short-term memory or long-term memory. | *See* Claim 8 above. |
| **Claim 15** | |
| 15. The food composition of claim 8, wherein the magnesium threonate is present in an amount effective to ameliorate depression. | *See* Claim 8 above. |

| Claim 16 | |
|---|---|
| 16. A food supplement comprising magnesium threonate and a food additive agent. | Mando's products include capsules made from Hydroxypropyl Methylcellulose (HPMC), which is a food additive. *See* Exhibits 6, 7, and 8. |

### III.    Literal Infringement/Doctrine of Equivalents

Plaintiffs contend that the Mando's products meet each limitation of at least claims 1, 8, 13, 15, and 16 of the '132 Patent either literally or under the doctrine of equivalents.

# EXHIBIT 4

# (Asserted Claims and Infringement Contentions for USPN 8,178,118)

## Exhibit 4 – Asserted Claims and Infringement Contentions for USPN 8,178,118 (the "'118 Patent")

**I.     Related U.S. Application Data**

The '118 Patent issued from U.S. Patent Application Serial No. 12/054,367 which was filed on March 24, 2008, and which claims the benefit of U.S. Provisional Application 60/896,458 filed on March 22, 2007, U.S. Provisional Application 60/994,902 filed on September 20, 2007, and U.S. Provisional Application 61/066,592 filed February 20, 2008.

**II.     Claim Chart**

The following claim chart shows that the manufacture, use, sale, or offer to sale of Mando International LLC's (Mando) products directly infringes, contributorily infringes, or induces a third party to infringe at least claims 1, 5, 6, 7, 11, 13, 14, 15, and 17 of the '118 Patent.

| Claim Language of the '118 Patent | Mando International LLC's Products |
|---|---|
| **Claim 1** | |
| 1. A method of enhancing cognitive function comprising administering to a subject a magnesium-containing compound (MCC) in an amount that is effective to enhance cognitive function, wherein the MCC comprises magnesium threonate. | As discussed below, Mando prescribes dosages of its Magnesium 3 In 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product for the purposes of "administering to a subject a magnesium-containing compound (MCC) in an amount that is effective to enhance cognitive function" recited in Claim 1. <br><br> In advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound, which satisfies the limitation "wherein the MCC comprises magnesium threonate" recited in Claim 1. <br><br> *Mando's Magnesium 3 In 1 L-Threonate Advanced Complex Product* |

As shown on the product's label, Mando prescribes the following dosages: "Adults, as a dietary supplement, take (2) capsules (Women) and (3) capsules (Men) daily or as directed by a healthcare professional." On its label, Mando further states: "The daily Recommended Dietary Allowance (RDA) for elemental magnesium are: 320mg women (2 capsules approx.), 420mg men (3 capsules), pregnant women is 400mg (3 capsules approx.)." *See* Exhibits 6 and 7. Mando is effectively prescribing dosages to its customers.

On the product's label, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Supports Brain Health". Mando also represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting …, calmness, …, cognitive function, …, and relaxation. Despite its importance, many people don't get enough of this essential mineral for optimal health." *See* Exhibits 6 and 7.

In addition, in Mando's Amazon listing (*see* Exhibit 8), Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product provides the following health benefits:

- "Supports Memory and Cognitive Function: Studies have demonstrated Magnesium enhances recall, supports age-related memory health, and facilitates the development of new neural pathways."

- "Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels."

*Mando's Magnesium L-Threonate Plant-Based Product*
As shown on the product's label, Mando prescribes the following dosages: "As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional." On its label, Mando further states: "RDA for elemental Magnesium, 320mg for women, 420mg for men, 400 mg for

| | |
|---|---|
| | pregnant women." *See* Exhibit 8. Here, Mando is effectively prescribing dosages to its customers.<br><br>Furthermore, as shown on the product's label, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product supports: "Relaxation & Sleep", and "Memory, Clarity & Cognitive Health". Mando also represents to its customers that its Magnesium L-Threonate Plant-Based product "Helps maintain memory, mental clarity, and cognitive performance. Supports a balanced mood and healthy stress response, …. Magnesium is essential for over 300 enzymatic functions vital to health and well-being."<br><br>In addition, in its Amazon listing (*see* Exhibit 8), Mando represents to its customers that its Magnesium L-Threonate Plant-Based product provides the following health benefits:<br><br>- "Supports Brain Function & Mental Clarity. Helps maintain healthy magnesium levels in the brain to support memory, focus, and cognitive performance."<br><br>Furthermore, in advertisements on Amazon, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product is "highly bioavailable, and delivering plant-based magnesium that supports brain health and function", and promotes "MAGNESIUM L-THREONATE PLANT-BASED 3 IN 1 Daily Brain Health, Backed by Kappa Nutrition Labs" *See* Exhibit 8. |
| **Claim 5** | |
| 5. The method of claim 1, wherein said cognitive function is short-term memory or long-term memory. | *See* Claim 1 above. |
| **Claim 6** | |
| 6. The method of claim 1, wherein said magnesium-containing compound is | *See* Claim 1 above. |

| administered for a period of greater than 1 month. | Mando's products come in configurations of 90, 120, 150, or 300 capsules, which are sufficient for more than 1 month at a prescribed dosage of 2 or 3 capsules per day. *See* Exhibits 6, 7, and 8. |
|---|---|
| **Claim 7** | |
| 7. A method of maintaining cognitive function comprising administering to a subject a magnesium-containing compound (MCC) in an amount that is effective to maintain cognitive function, wherein the MCC comprises magnesium threonate. | As discussed below, Mando prescribes dosages of its Magnesium 3 In 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product for the purposes of "administering to a subject a magnesium-containing compound (MCC) in an amount that is effective to maintain cognitive function" recited in Claim 7.<br><br>Furthermore, in advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound, which satisfies the limitation "wherein the MCC comprises magnesium threonate" recited in Claim 1.<br><br>*Mando's Magnesium 3 In 1 L-Threonate Advanced Complex Product*<br>As shown on the product's label, Mando prescribes the following dosages: "Adults, as a dietary supplement, take (2) capsules (Women) and (3) capsules (Men) daily or as directed by a healthcare professional." On its label, Mando further states: "The daily Recommended Dietary Allowance (RDA) for elemental magnesium are: 320mg women (2 capsules approx.), 420mg men (3 capsules), pregnant women is 400mg (3 capsules approx.)." *See* Exhibits 6 and 7. Mando is effectively prescribing dosages to its customers.<br><br>On the product's label, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Supports Brain Health". Mando also represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting …, |

calmness, …, cognitive function, …, and relaxation. Despite its importance, many people don't get enough of this essential mineral for optimal health." *See* Exhibits 6 and 7.

In addition, in Mando's Amazon listing (*see* Exhibit 6), Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product provides the following health benefits:

- "Supports Memory and Cognitive Function: Studies have demonstrated Magnesium enhances recall, supports age-related memory health, and facilitates the development of new neural pathways."

- "Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels."

*Mando's Magnesium L-Threonate Plant-Based Product*
As shown on the product's label, Mando prescribes the following dosages: "As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional." On its label, Mando further states: "RDA for elemental Magnesium, 320mg for women, 420mg for men, 400 mg for pregnant women." *See* Exhibit 8. Here, Mando is effectively prescribing dosages to its customers.

Furthermore, as shown on the product's label, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product supports: "Relaxation & Sleep", and "Memory, Clarity & Cognitive Health". Mando also represents to its customers that its Magnesium L-Threonate Plant-Based product "Helps maintain memory, mental clarity, and cognitive performance. Supports a balanced mood and healthy stress response, …. Magnesium is essential for over 300 enzymatic functions vital to health and well-being."

In addition, in its Amazon listing (*see* Exhibit 8), Mando represents to its customers

| | |
|---|---|
| | that its Magnesium L-Threonate Plant-Based product provides the following health benefits:<br><br>- "Supports Brain Function & Mental Clarity. Helps maintain healthy magnesium levels in the brain to support memory, focus, and cognitive performance."<br><br>Furthermore, in advertisements on Amazon, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product is "highly bioavailable, and delivering plant-based magnesium that supports brain health and function", and promotes "MAGNESIUM L-THREONATE PLANT-BASED 3 IN 1 Daily Brain Health, Backed by Kappa Nutrition Labs" *See* Exhibit 8. |
| **Claim 11** | |
| 11. The method of claim 7, wherein said magnesium-containing compound is administered for a period of greater than 4 months. | *See* Claim 7 above.<br><br>Mando's products come in a configuration of 300 capsules, which is sufficient for a period of greater than 4 months at a prescribed dosage of 2 capsules per day. *See* Exhibits 6, 7, and 8. |
| **Claim 13** | |
| 13. A method of therapeutic treatment of cognitive dysfunction or prophylactic treatment of magnesium deficiency-caused cognitive dysfunction, comprising administering to a subject in need of therapeutic or prophylactic treatment of cognitive dysfunction magnesium threonate in an amount that is effective for therapeutic or prophylactic treatment of said cognitive dysfunction. | As discussed below, Mando prescribes dosages of its Magnesium 3 In 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product for the purposes of "administering to a subject in need of therapeutic or prophylactic treatment of cognitive dysfunction magnesium threonate in an amount that is effective for therapeutic or prophylactic treatment of said cognitive dysfunction." recited in Claim 13.<br><br>Furthermore, in advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product |

| | and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound. |
|---|---|
| | *Mando's Magnesium 3 In 1 L-Threonate Advanced Complex Product*<br>As shown on the product's label, Mando prescribes the following dosages: "Adults, as a dietary supplement, take (2) capsules (Women) and (3) capsules (Men) daily or as directed by a healthcare professional." On its label, Mando further states: "The daily Recommended Dietary Allowance (RDA) for elemental magnesium are: 320mg women (2 capsules approx.), 420mg men (3 capsules), pregnant women is 400mg (3 capsules approx.)." *See* Exhibits 6 and 7. Mando is effectively prescribing dosages to its customers.<br><br>On the product's label, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Supports Brain Health". Mando also represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting …, calmness, …, cognitive function, …, and relaxation. Despite its importance, many people don't get enough of this essential mineral for optimal health." *See* Exhibits 6 and 7.<br><br>In addition, in Mando's Amazon listing (*see* Exhibit 6), Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product provides the following health benefits:<br><br>- "Supports Memory and Cognitive Function: Studies have demonstrated Magnesium enhances recall, supports age-related memory health, and facilitates the development of new neural pathways."<br><br>- "Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels."<br><br>*Mando's Magnesium L-Threonate Plant-Based Product* |

| | |
|---|---|
| | As shown on the product's label, Mando prescribes the following dosages: "As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional." On its label, Mando further states: "RDA for elemental Magnesium, 320mg for women, 420mg for men, 400 mg for pregnant women." *See* Exhibit 8. Here, Mando is effectively prescribing dosages to its customers.<br><br>Furthermore, as shown on the product's label, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product supports: "Relaxation & Sleep", and "Memory, Clarity & Cognitive Health". Mando also represents to its customers that its Magnesium L-Threonate Plant-Based product "Helps maintain memory, mental clarity, and cognitive performance. Supports a balanced mood and healthy stress response, …. Magnesium is essential for over 300 enzymatic functions vital to health and well-being."<br><br>In addition, in its Amazon listing (*see* Exhibit 8), Mando represents to its customers that its Magnesium L-Threonate Plant-Based product provides the following health benefits:<br><br>- "Supports Brain Function & Mental Clarity. Helps maintain healthy magnesium levels in the brain to support memory, focus, and cognitive performance."<br><br>Furthermore, in advertisements on Amazon, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product is "highly bioavailable, and delivering plant-based magnesium that supports brain health and function", and promotes "MAGNESIUM L-THREONATE PLANT-BASED 3 IN 1 Daily Brain Health, Backed by Kappa Nutrition Labs" *See* Exhibit 8. |
| **Claim 14** | |
| 14. The method of claim 13, wherein magnesium threonate is administered for at least about 1 month. | *See* Claim 13 above. |

|  | Mando's products come in configurations of 60, 90, 120, 150, or 300 capsules, which are sufficient for at least 1 month at a prescribed dosage of 2 or 3 capsules per day. *See* Exhibits 6, 7, and 8. |
| **Claim 15** |  |
| 15. The method of claim 13, wherein magnesium threonate is administered for at least about 4 months. | *See* Claim 13 above.<br><br>Mando's products come in a configuration of 300 capsules, which is sufficient for at least 4 months at a prescribed dosage of 2 capsules per day. *See* Exhibits 6, 7, and 8. |

### III.    Literal Infringement/Doctrine of Equivalents

Plaintiffs contend that the Mando's products meet each limitation of at least claims 1, 5, 6, 7, 11, 13, 14, 15, and 17 of the '118 Patent either literally or under the doctrine of equivalents.

# EXHIBIT 5

# (Asserted Claims and Infringement Contentions for USPN 8,163,301)

**Exhibit 5 – Asserted Claims and Infringement Contentions for USPN 8,163,301 (the "'301 Patent")**

## I.    Related U.S. Application Data

The '301 Patent issued from U.S. Patent Application Serial No. 12/054,374 which was filed on March 24, 2008, and which claims the benefit of U.S. Provisional Application 60/896,458 filed on March 22, 2007, U.S. Provisional Application 60/994,902 filed on September 20, 2007, and U.S. Provisional Application 61/066,592 filed February 20, 2008.

## II.    Claim Chart

The following claim chart shows that the manufacture, use, sale, or offer to sale of Mando International LLC's (Mando) products directly infringes, contributorily infringes, or induces a third party to infringe at least claims 1, 5, 6, 7, 8, and 10 of the '301 Patent.

| Claim Language of the '118 Patent | Mando International LLC's Products |
|---|---|
| **Claim 1** | |
| 1. A method of ameliorating an effect of a metabolic disorder comprising administering to a subject in need for supplementing a magnesium-containing compound in an amount that is effective to ameliorate said effect of the metabolic disorder, wherein the magnesium-containing compound comprises magnesium threonate. | As discussed below, Mando prescribes dosages of its Magnesium 3 In 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product for the purposes of "administering to a subject in need for supplementing a magnesium-containing compound in an amount that is effective to ameliorate said effect of the metabolic disorder" recited in Claim 1.<br><br>In advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound, which satisfies the limitation "wherein the magnesium-containing compound comprises magnesium threonate" recited in Claim 1.<br><br>*Mando's Magnesium 3 In 1 L-Threonate Advanced Complex Product* |

As shown on the product's label, Mando prescribes the following dosages: "Adults, as a dietary supplement, take (2) capsules (Women) and (3) capsules (Men) daily or as directed by a healthcare professional." On its label, Mando further states: "The daily Recommended Dietary Allowance (RDA) for elemental magnesium are: 320mg women (2 capsules approx.), 420mg men (3 capsules), pregnant women is 400mg (3 capsules approx.)." *See* Exhibits 6 and 7. Mando is effectively prescribing dosages to its customers.

On the product's label, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Helps Muscle Cramps", "Helps Nervous System", "Supports Energy Creation", and "Supports Bone Formation", which arise from metabolic processes. Kappa Nutrition also represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting muscle and nerve function, calmness, better sleep, exercise recovery, energy, bone and joint strength, …, heart health, and relaxation", which arise from metabolic processes. *See* Exhibits 6 and 7.

In addition, in Mando's Amazon listing (*see* Exhibit 6), Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product provides the following health benefits:

- "Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels", which arise from a metabolic process.

*Mando's Magnesium L-Threonate Plant-Based Product*
As shown on the product's label, Mando prescribes the following dosages: "As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional." On its label, Mando further states: "RDA for elemental Magnesium, 320mg for women, 420mg for men, 400 mg for pregnant women." *See* Exhibit 8. Here, Mando is effectively prescribing dosages to its customers.

| | |
|---|---|
| | Furthermore, as shown on the product's label, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product supports: "Relaxation & Sleep" and "Muscle, Bone & Energy", which arise from metabolic processes. Mando also represents to its customers that its Magnesium L-Threonate Plant-Based product "Supports a balanced mood and healthy stress response", which arise from metabolic processes. Mando further represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product  "Helps Muscle Cramps", "Helps Nervous System", "Supports Energy Creation", and "Supports Bone Formation", which arise from metabolic processes. In addition, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting muscle and nerve function, calmness, better sleep, exercise recovery, energy, bone and joint strength, …, heart health, and relaxation", which arise from metabolic processes. Mando also states that "Magnesium is essential for over 300 enzymatic functions vital to health and well-being." *See* Exhibit 8. |
| **Claim 5** | |
| 5. The method of claim 1, wherein said magnesium-containing compound is administered for a period of greater than about 1 month. | *See* Claim 1 above.<br><br>Mando's products come in configurations of 90, 120, 150, or 300 capsules, which are sufficient for a period of greater than 1 month at a prescribed dosage of 2 or 3 capsules per day. *See* Exhibits 6, 7, and 8. |
| **Claim 6** | |
| 6. A method of therapeutic or prophylactic treatment of a magnesium deficiency-caused metabolic disorder, the method comprising: | |
| administering to a subject in need of a therapeutic or prophylactic treatment of said metabolic disorder, magnesium threonate in an amount that is effective for | As discussed below, Mando prescribes dosages of its Magnesium 3 In 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product for the purposes of "administering to a subject in need of a therapeutic or prophylactic treatment of said metabolic disorder, magnesium threonate in an |

- 3 -

| | |
|---|---|
| the therapeutic or prophylactic treatment of the metabolic disorder for at least about 15 days. | amount that is effective for the therapeutic or prophylactic treatment of the metabolic disorder" recited in Claim 6.<br><br>In advertisements on Amazon, Mando represents that its Magnesium L-Threonate Plant Based product contains "Magnesium L-Threonate (Plant-Based)". *See* Exhibit 8. Furthermore, Mando represents that its Magnesium 3 in 1 L-Threonate Advanced Complex Product and its Magnesium L-Threonate Plant-Based product are formulated using the "same trusted formula". *See* Exhibit 8. Therefore, Mando's Magnesium 3 in 1 L-Threonate Advanced Complex product and Magnesium L-Threonate Plant-Based product presumably contain the Magnesium L-Threonate/Magnesium Threonate compound.<br><br>In addition, Mando's products come in configurations of 60, 90, 120, 150, or 300 capsules, which are sufficient for at least 15 days at a prescribed dosage of 2 or 3 capsules per day. *See* Exhibits 6, 7, and 8.<br><br>*Mando's Magnesium 3 In 1 L-Threonate Advanced Complex Product*<br>As shown on the product's label, Mando prescribes the following dosages: "Adults, as a dietary supplement, take (2) capsules (Women) and (3) capsules (Men) daily or as directed by a healthcare professional." On its label, Mando further states: "The daily Recommended Dietary Allowance (RDA) for elemental magnesium are: 320mg women (2 capsules approx.), 420mg men (3 capsules), pregnant women is 400mg (3 capsules approx.)." *See* Exhibits 6 and 7. Mando is effectively prescribing dosages to its customers.<br><br>On the product's label, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Helps Muscle Cramps", "Helps Nervous System", "Supports Energy Creation", and "Supports Bone Formation", which arise from metabolic processes. Kappa Nutrition also represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting muscle and nerve function, calmness, better sleep, exercise recovery, energy, bone and joint strength, …, heart health, and relaxation", which arise from metabolic processes. *See* Exhibits 6 and 7. |

In addition, in Mando's Amazon listing (see Exhibit 10), Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product provides the following health benefits:

- "Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels", which arise from a metabolic process.

*Mando's Magnesium L-Threonate Plant-Based Product*
As shown on the product's label, Mando prescribes the following dosages: "As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional." On its label, Mando further states: "RDA for elemental Magnesium, 320mg for women, 420mg for men, 400 mg for pregnant women." *See* Exhibit 8. Here, Mando is effectively prescribing dosages to its customers.

Furthermore, as shown on the product's label, Mando represents to its customers that its Magnesium L-Threonate Plant-Based product supports: "Relaxation & Sleep" and "Muscle, Bone & Energy", which arise from metabolic processes. Mando also represents to its customers that its Magnesium L-Threonate Plant-Based product "Supports a balanced mood and healthy stress response", which arise from metabolic processes. Mando further represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "Helps Muscle Cramps", "Helps Nervous System", "Supports Energy Creation", and "Supports Bone Formation", which arise from metabolic processes. In addition, Mando represents to its customers that its Magnesium L-Threonate 3 in 1 Advanced Complex product "supports over 300 biochemical reactions, promoting muscle and nerve function, calmness, better sleep, exercise recovery, energy, bone and joint strength, …, heart health, and relaxation", which arise from metabolic processes. Mando also states that "Magnesium is essential for over 300 enzymatic functions vital to health and well-being." *See* Exhibit 8.

| | |
|---|---|
| **Claim 7** | |
| 7. The method of claim 6, wherein magnesium threonate is administered for at least about 1 month. | *See* Claim 6 above.<br><br>Mando's products come in configurations of 60, 90, 120, 150, or 300 capsules, which are sufficient for at least 1 month at a prescribed dosage of 2 or 3 capsules per day. *See* Exhibits 6, 7, and 8. |
| **Claim 8** | |
| 8. The method of claim 6, wherein magnesium threonate is administered for at least about 4 months. | *See* Claim 6 above.<br><br>Mando's products come in a configuration of 300 capsules, which is sufficient for at least 4 months at a prescribed dosage of 2 capsules per day. *See* Exhibits 6, 7, and 8. |

## III.    <u>Literal Infringement/Doctrine of Equivalents</u>

Plaintiffs contend that the Mando's products meet each limitation of at least claims 1, 5, 6, 7, 8, and 10 of the '301 Patent either literally or under the doctrine of equivalents.

# EXHIBIT 6

## (Mando's Listing and Ads on Amazon for Magnesium 3 In 1 L-Threonate Advanced Complex Product)

Deliver to Sang
**Fountain ... 92708**

Health, Household & Baby Care ▾

Search Amazon

EN ▾

Hello, Sang
Account & Lists ▾

Returns
& Orders

1

Subtotal
**$29.99**
FREE delivery
Overnight.

Go to Cart

All　　Rufus　　Amazon Haul　　Same-Day Delivery　　Medical Care ▾　Saks　　Prime Video　　Buy Again　　Amazon Basics　　Keep Shopping For　　Groceries ▾

**Memorial Day Sale**

Health & Personal Care　　Household Supplies　　Vitamins & Diet Supplements　　Baby & Child Care　　Health Care　　Sports Nutrition　　Sexual Wellness　　Health & Wellness　　Medical Supplies & Equipment　　FSA Eligible Items

$29.99

Eligible for
FREE Same-Day,
Overnight or
Tomorrow
delivery

1

Health & Household › Vitamins, Minerals & Supplements › Minerals › Magnesium

Click to see full view

🔴 **Ask Rufus**

| Does it cause any digestive issues? | Is its absorption better than other forms? |

| Are there any side effects from longterm use? | Ask something else |

## (150 Capsules), 2,253mg Per Serving, Providing 420mg Elemental Magnesium, L-Threonate, Bisglycinate Chelate, Malate, from Kappa Nutrition.

Visit the KAPPA NUTRITION Store

4.6　　　　(4,508)　|　Search this page

Amazon's Choice

**6K+ bought** in past month

**−11%** $**28**⁴⁹ ($0.19 / Count)

List Price: $31.99 ⓘ

**Thank you for being a Prime member. Get $150 off: Pay $0.00** $28.49 upon approval for Prime Visa.

Size: **150 Count (Pack of 1)**

| 90 Count (Pack of 1) | 120 Count (Pack of 1) | 150 Count (Pack of 1) |
|---|---|---|
| $20.99 ($0.23 / Count) $21.99 | $23.74 ($0.20 / Count) $26.99 | $28.49 ($0.19 / Count) $31.99 |
| FREE Delivery **Tomorrow** | FREE Delivery **Overnight 4 AM - 8 AM** | FREE Delivery **Overnight 4 AM - 8 AM** |

| **Brand** | KAPPA NUTRITION |
|---|---|
| **Item Form** | Capsule |
| **Primary Supplement Type** | Magnesium |
| **Unit Count** | 150.0 Count |
| **Flavor** | No Flavor |

### About this item

- Magbrain MAGNESIUM 3 IN 1 L-THREONATE ADVANCED COMPLEX has Magnesium Bisglycinate Chelate, a well-tolerated, fully reacted form of magnesium. It is Kosher-Parvé, clinically tested and lab-validated from Albion's.
- MAGNESIUM ADVANCED COMPLEX: Acts as a mineral chelating agent, significantly improving Magnesium's absorption and bioavailability. Supports Memory and Cognitive Function: Studies have demonstrated that Magnesium enhances recall, supports age-related memory health, and facilitates the development of new neural pathways.
- Supports Sleep Quality: Magnesium is a natural muscle relaxant that helps calm the brain before bedtime. It may promote better sleep by activating the parasympathetic nervous system and regulating melatonin and GABA levels. Energy and Muscle Support: Formulated with Malate for its energy-enhancing properties, this product supports the Krebs cycle, the body's ATP and energy production system, to help maintain energy and muscle function.
- Healthy Energy Levels: Magnesium plays a crucial role in cellular energy production, supporting physical performance, exercise recovery, and cramp prevention. This helps you maximize both daily activities and workouts. Bone Density & Strength: As essential as calcium for bone health, magnesium contributes to maintaining strong and healthy bones. Regular magnesium intake is linked to improved bone density, particularly in the hip and spine.
- Made in the USA and Tested for Purity and Safety: Magnesium 3-in-1 L-Threonate Advanced Complex are vegan-friendly capsules containing 420 mg of pure elemental magnesium, designed to support healthy magnesium levels effectively.

### Additional Details



**Small Business**
This product is from a small business brand. Su…
Learn more

Report an issue with this product or seller

### Consider a similar item

Organic Magnesium | Whole Food Magnesium - Plant-Based, Organic Sea Vegetable Complex - 250 mg Magnesium Per Serving | Water

---

Subscribe & Save 🛒

$**28**⁴⁹ ($0.19 / Count)

Save 5% now and up to 10% on repeat deliveries.
- No fees
- Cancel anytime

Learn more

FREE delivery **Overnight 4 AM - 8 AM**. Order within 5 hrs 47 mins

**In Stock**

Quantity: 1

Subscribe & Save 🛒

Deliver every: 2 months (Most common)

| Ships from | Amazon |
|---|---|
| Sold by | KAPPA NUTRITION LABS |
| Returns | Non-returnable due to Food safety reasons |
| Subscription | No fees. Skip or cancel anytime. |

**One-time purchase:**
$**29**⁹⁹ ($0.20 / Count)
**Overnight**

**FREE delivery Overnight 4 AM - 8 AM**

Ships from: Amazon
Sold by: KAPPA NUTRITION LABS

Add to List



Extracted | Gentle on Stomach | Energy, Sleep, Muscle, Heart - 60 Capsules
**60 Count (Pack of 1)**
(608)
$26.99 ($0.45/Count)
🌿 1 sustainability feature

**Same pharmacist window. Minus the window.**
Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

Subtotal
**$29.99**
FREE delivery Overnight.

Go to Cart



**$29.99**

Eligible for FREE Same-Day, Overnight or Tomorrow delivery

1

## Customers also bought

Based on products customers bought together

 +  +

Total price: $79.83

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** (150 Capsules), 2,253mg Per Serving, Providing 420mg Elemental Magnesium, …
4.6      4,508
-6% $29⁹⁹ ($0.20/Count)
List: $31.99

Sponsored
Magnesium L Threonate, Magtein™, 120 Capsules, 2000mg - Sleep and Cognitive Support –…
4.6      15,917
$29⁹⁵ ($0.25/Count)

Sponsored
Vitamin B Complex for Men & Women - Made in USA - B-Complex: B1, B2, B3, B5, B6, B7…
4.6      1,822
$19⁸⁹ ($0.33/Count)

## Products related to this item Sponsored ⓘ

     

Magnesium L Threonate, Magtein™, Brain Supplement for Memory, Focus, Sleep and Cogn...
3,490
$29⁹⁵ ($0.30 / Count)

Natural Flow 4X Magnesium Supplement, Magnesium Glycinate, Taurate, Malate,…
1,921
$26⁹⁵ ($0.22 / Count)

Intelligent Labs MagEnhance Magtein Magnesium Complex Supplement L…
6,896
$29⁹⁹ ($0.33 / Count)

Magnesium L-Threonate Complex with Apigenin and L-theanine, 90 Capsules, Patented M...
222
$29⁹⁷ ($0.33 / Count)

BIOptimizers Magnesium Breakthrough Supplement 4.0-7 Forms of Mg: Glycinate,…
11,118
Amazon's Choice
$22⁰⁰ ($0.73 / Count)

BioEmblem Triple Magnesium Complex | 300mg of Magnesium Glycinate, Malate, &…
25,394
$27⁹⁹ ($0.31 / Count)

ForestLeaf Magnesium Complex 500mg - Magnesium 500mg Capsules - Magnesium…
1,110
$19⁹⁵ ($0.17 / Count)

## Product Description

MAGNESIUM 3 IN 1 L-THREONATE ADVANCED COMPLEX supports over 300 biochemical reactions, promoting muscle and nerve function, calmness, better sleep, exercise recovery, energy, bone and joint strength, cognitive function, heart health, and relaxation. Despite its importance, many people don't get enough of this essential mineral for optimal health. OUR COMMITMENT TO EXCEPTIONAL QUALITY is to create the perfect balance and superior supplements through the latest technologies and the purest nutrients nature has to offer us. Our compromise is to improve the health of those who trust our superior quality to enhance their lives.

## Product details

**Package Dimensions** : 5.24 x 2.36 x 2.32 inches; 5.6 ounces

**Date First Available** : November 7, 2023

**Manufacturer** : Kappa Nutrition

**ASIN** : B0CM2NMVJG

**Country of Origin** : USA

**Best Sellers Rank:** #1,909 in Health & Household (See Top 100 in Health & Household)
#39 in Magnesium Mineral Supplements

**Customer Reviews:**
4.6      (4,508)

## Compare with similar items

**This Item**              **Recommendations**

               

(150 Capsules), 2,253mg Per Serving, Providing 420mg Elemental Magnesium, L-Threonate, Bisglycinate Chelate, Malate,…

Add to cart

(120 Capsules), 2,253mg Per Serving, Providing 420mg Elemental Magnesium, L-Threonate, Bisglycinate Chelate, Malate,…

Add to cart

Magnesium Bisglycinate Chelate 240 Vegi Caps 200mg Elemental per Serving

Add to cart

Pure Micronutrients Magnesium Glycinate Supplement (Chelated) 200mg Per Serve, 180 Count

Add to cart

Amazon.com: (150 Capsules), 2,253mg Per Serving, Providing 420mg...

https://www.amazon.com/dp/B0CM2NMVJG?th=1

Case 2:25-cv-05871-FLA-MAR     Document 172-5     Filed 05/01/26     Page 54 of 135
Page ID #:7461



| Price | -6% $29⁹⁹ List: $31.99 | -7% $24⁹⁹ List: $26.99 | $20⁹⁹ | $24⁹⁷ | Subtotal $29.99 FREE delivery Overnight. |
|---|---|---|---|---|---|
| Price Per Unit | $0.20 / Count | $0.21 / Count | $0.09 / Count | $0.14 / Count | Go to Cart |
| Delivery | Overnight by 8:00 AM | Overnight by 8:00 AM | FREE One-Day | FREE Delivery |  |
| Customer Ratings | 4.6   4,508 | 4.6   4,508 | 4.0   299 | 4.6   2,543 | $29.99 Eligible for FREE Same-Day, Overnight or Tomorrow delivery |
| Sold By | KAPPA NUTRITION LABS | KAPPA NUTRITION LABS | Morning pep | Pure Micronutrients | |
| Keyword Type | magnesium-mineral-supplements | magnesium-mineral-supplements | magnesium-mineral-supplements | magnesium-mineral-supplements | 1 |
| Flavor | No Flavor | No Flavor | Unflavored | Glycinate Capsules | |
| Dosage Form | Capsules | Capsules | Capsules | Capsules | |
| Serving Suggestion | 2 capsules | 253 mg per erving | — | 2 capsules | |
| Product Benefit | Brain, Memory, Energy, Cramps, Sleep | Brain, Memory, Energy, Cramps, Sleep | Cardiovascular Health | Sleep Support, Muscle Cramps, PMS, Headaches & Migraines, Nervous System Support, Bone Density | |

## Videos

### Videos for this product



 0:07
Customer Review: Bottle arrived damaged with broken seal
Danielle

 1:10
Do You Want the Magnesium Combo or Not?
Siena Songbird

 0:33
Love this new magnesium supplement
Saving Benjamins

 0:41
I love this new magnesium, it is different than the others.
Saving Benjamins

Upload your video

## Important information

### Safety Information

Keep out of reach of children. Do not use if safety seal is damaged or missing. Store in a cool, dry place.

### Ingredients

Magnesium (As Magnesium Bisglycinate Chelate Buffered – Magnesium Bisglycinate Chelate,Magnesium Oxide (Albion®) + Di-Magnesium Malate (Albion® + Magnesium L-Threonate (Magtein®)

### Directions

Recommended dosage: Take 1 to 2 capsules daily with a meal or as directed by a healthcare professional. How to take: Swallow the capsules with water or your preferred beverage. For best results: Take the supplement consistently each day. You may start with a lower dosage to assess tolerance and gradually increase if needed. Storage: Store in a cool, dry place, away from direct sunlight, and out of reach of children. Consult your doctor: If you are pregnant, nursing, have any health conditions, or are taking other medications, consult your healthcare provider before using this product.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery Sponsored ⓘ





X Higher Up Magtein Magnesium L-Threonate, Memory & Cognitive Function Support, Mag... 34
$74⁹⁹ ($0.31 / Count)

KAL Magnesium Taurate 400mg Plus Vitamin B6, Chelated Magnesium Supplement, High Ab... 2,412
$24²⁹ ($0.20 / Count)

NAOMI Magnesium L-Threonate with 2,000mg Patented Magtein®, High Absorption Element... 49
$38⁹⁹ ($0.65 / Count)

Momentous Magtein Magnesium L-Threonate 145mg - Magnesium Threonate… 331
Amazon's Choice
-24% $37⁹⁵
($0.42 / Count)
List: $49.95

Magnesium L Threonate, Magtein™, Brain Supplement for Memory, Focus, Sleep and Cogn... 3,490
$29⁹⁵ ($0.30 / Count)

Livingood Daily Magnesium 300mg - High Bioavailability Magnesium Complex… 387
$37⁹⁵ ($0.63 / Count)

CYMBIOTIKA Magnesium L-Threonate – High-Absorption Magnesium for Brain Health, Memo... 655
-9% $126⁹⁹
($2.12 / Count)
List: $139.99

## Similar brands on Amazon

Sponsored






Momentous Magtein Magnesium L-Threonate 145mg - Magnesium...
4.4          331
$37.95 List: $49.95

MagTech Magnesium Supplement - 3 Forms of Magnesium: Magtein L-...
4.6          3,233
$36.95

Nutrivein Premium Magnesium L-Threonate Supplement (Magtein) 220...
4.5          860
$29.95

Subtotal
$29.99
FREE delivery Overnight.
Go to Cart

$29.99
Eligible for FREE Same-Day, Overnight or Tomorrow delivery

1

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it cause any digestive issues?     Is its absorption better than other forms?

Are there any side effects from longterm use?     Can it be taken with other vitamins?

Is it suitable for individuals with allergies?

## Customer reviews

4.6 out of 5

4,508 global ratings

5 star — 79%
4 star — 13%
3 star — 5%
2 star — 1%
1 star — 2%

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say ai

Customers report exceptional results from this magnesium supplement, noting it helps with relaxation, particularly calming a restless mind and reducing anxiety levels. The product improves sleep quality, with customers falling asleep faster and waking up very rested, while also boosting energy levels. The magnesium content receives mixed feedback, with some praising its good forms while others note it contains magnesium oxide, which is synthetic. Customers find the supplement easy to swallow and consider it good value for money.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Effectiveness    ✓ Ease of relaxation    ✓ Sleep quality    ✓ Value for money    ✓ Energy level

Magnesium content    Difficulty to swallow    Ingredients

### Reviews with images

See all photos ›

    

### Top reviews from the United States

JohnyLonnie

**Amazing results!**
Reviewed in the United States on February 28, 2025
Size: 120 Count (Pack of 1)     Verified Purchase

Higher energy levels, clearer mind, more energy and better sleep! Generous supply and fairly priced! Quick absorption with exceptional results!

5 people found this helpful

Helpful    Report

Abel

**Huge Difference With Overall Feeling - Energy, Muscle, Cognitive, Rest**
Reviewed in the United States on January 7, 2025
Size: 90 Count (Pack of 1)     Verified Purchase

I have been taking this for nearly 10 months. My first dose was taken during the night time and I literally felt a difference the next morning. I woke very alert and energetic. I struggled with mental fog for so many years. I have been able to articulate myself so much better in the mornings. I have better memory. I wake up very rested with a lot of energy. Initially, I felt it worked very well for my digestion, but eventually, that fizzled down. I am still regular, but this went back to normal after a month. This is a high recommend. I had no idea I was deficient in magnesium until I started taking this. For the record, I am 49 years of age and I feel younger.

38 people found this helpful

Helpful    Report

Alien Nomad

**Unlocking Better Health with Kappa Nutrition Magnesium Supplement! 🌿 💊**
Reviewed in the United States on July 18, 2024

Size: 120 Count (Pack of 1)        Verified Purchase
(My Favorite Magnesium Supplement: L-Threonate, Bisglycinate, and Malate)

I recently started using the Kappa Nutrition Magnesium Supplement, and it has quickly become a staple in my daily routine. Here's why I recommend this comprehensive magnesium blend:

Pros:

• Powerful Magnesium Blend: Each serving provides 2,253mg, including 420mg of elemental magnesium, sourced from L-Threonate, Bisglycinate Chelate, and Malate. This diverse blend ensures optimal absorption and benefits.
• Enhanced Absorption: The different forms of magnesium, such as chelated and malate, enhance bioavailability, ensuring your body can utilize it effectively.
• Supports Overall Health: Magnesium is crucial for various bodily functions, including muscle relaxation,

⌄ Read more

48 people found this helpful

Helpful        Report

Erika Ramaglia
**Works well!**
Reviewed in the United States on May 1, 2025
Size: 90 Count (Pack of 1)        Verified Purchase
It's been about 10 days now that I have been taking and I do notice a difference. I sleep better at night and during the day I am more focused.

One person found this helpful

Helpful        Report

Leslie
**Rested and focused**
Reviewed in the United States on May 3, 2025
Size: 150 Count (Pack of 1)        Verified Purchase
I have only been taking one at bedtime, it knocks me out. I'm sleeping great and waking up rested. Great product, recommend it to everyone.

3 people found this helpful

Helpful        Report

David A. Blender
**Easy and Fast Transaction**
Reviewed in the United States on May 2, 2025
Size: 90 Count (Pack of 1)        Verified Purchase
Recurring purchase. Great quality at reasonable prices.

Helpful        Report

Elizabeth Evelina Espinal Acosta
**Magnesium changed my life!**
Reviewed in the United States on May 4, 2025
Size: 90 Count (Pack of 1)        Verified Purchase
I feel better, I sleep better. Magnesium definitely changes my life. Didn't know I needed it, now, I can't life without it. And here has a excellent price.

One person found this helpful

Helpful        Report

Grandma of 6
**Good Magnesium**
Reviewed in the United States on May 12, 2025
Size: 150 Count (Pack of 1)        Verified Purchase
Best magnesium I've tried so far, sleep better, muscle cramps in legs gone. No upset stomach from it. And I do believe it has just calmed me down a little, not as anxious as I normally can be. Even dropped my tinnitus down a notch, it's still there but not as loud, good product

One person found this helpful

Helpful        Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

merline sularte
**great and effective**
Reviewed in the United Arab Emirates on June 14, 2024
Size: 120 Count (Pack of 1)        Verified Purchase
my doc suggested this supplement to support my health, really effective



Subtotal
**$29.99**
FREE delivery Overnight.

Go to Cart

**$29.99**

Eligible for FREE Same-Day, Overnight or Tomorrow delivery

1

Case 2:25-cv-05871-FLA-MAR　　Document 172-5　　Filed 05/01/26　　Page 57 of 135
Page ID #:7464

Report

Claudia Gonzalez

**Excellent**
Reviewed in Mexico on March 25, 2025
Size: 120 Count (Pack of 1)　　Verified Purchase
Excellent

Report

Rodolfo Verduzco

**Me hubiera gustado saber la cantidad específica que contiene individual**
Reviewed in Mexico on March 3, 2025
Size: 120 Count (Pack of 1)　　Verified Purchase
El primer día me sentí bastante bien, vamos a dejar pasar más tiempo para ver sus efectos.

Report

Translate review to English

Juan Jose Chavero

**Recomiendo**
Reviewed in Mexico on November 19, 2024
Size: 120 Count (Pack of 1)　　Verified Purchase
Desde la primera cápsula sentí los veneficios

Report

Translate review to English

MONTSERRAT

**Buen producto, no tiene sabor y se toma fácil.**
Reviewed in Mexico on March 21, 2023
Size: 120 Count (Pack of 1)　　Verified Purchase
No sabe a nada eso es bueno

Report

Translate review to English

See more reviews ›

Subtotal
$29.99
FREE delivery
Overnight.

Go to Cart

$29.99

Eligible for
FREE Same-Day,
Overnight or
Tomorrow
delivery

1

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

Get to Know Us　　　　Make Money with Us　　　　Amazon Payment Products　　　　Let Us Help You

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

Subtotal
**$29.99**
FREE delivery Overnight.

Go to Cart

**$29.99**

Eligible for FREE Same-Day, Overnight or Tomorrow delivery

1

English          United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



**MAGNESIUM 3 IN 1 L-THREONATE ADVANCED COMPLEX**

It is highly bioavailable and delivers sufficient Magnesium via the bloodstream to support adequate brain health. The brain represents only about 2% of the body weight in the average human adult. However, it consumes a disproportionate amount of energy—20 %—which is why Magnesium is so important in the body (Raichle, 2010).











**MAGNESIUM 3 IN 1 L-THREONATE ADVANCED COMPLEX** is essential for regulating over 300 enzymatic functions within the body.

# EXHIBIT 7

# (Mando's Listing and Ads on www.kappanutrition.com)

Case 2:25-cv-05871-FLA-MAR     Document 172-5     Filed 05/01/26     Page 66 of 135
Page ID #:7473





# KAPPA NUTRITION
### Helping Others Stay Healthy

Home   Products   Videos & Info   About   Wholesale   Blog   Contact   FAQ

Home / Magbrain™ L-Threonate Plant-Based Magnesium Biocomplex       Prev   Next

## Magbrain™ L-Threonate Plant-Based Magnesium Biocomplex

SKU: 0850053522215 / 150 Capsules

### $29.99

Quantity *

[ − ] 1 [ + ]

**Add to Cart**

Buy Now

Magbrain™ is a next-generation L-Threonate Plant-Based Magnesium Biocomplex designed to support both mind and body with clean, label, high-potency performance. Unlike synthetic formulas sourced overseas, Magbrain™ is proudly made in Texas, USA. Using premium, L-Threonate Plant-Based Magnesium Biocomplex, delivering up to (420 mg of elemental magnesium per 3-capsule serving) or (280 mg per 2-capsule serving).

Magnesium is essential for over 300 biochemical reactions in the body, and this advanced formula helps support:
- Cognitive function, memory, and focus
- Calmness, nervous system balance, and restful sleep
- Muscle performance, energy, and recovery
- Heart health and circulation
- Bone strength and density

Each batch is third-party tested for purity, heavy metals, and label accuracy, and produced in a GMP-certified facility in Texas, USA. Magbrain™ offers a clean, effective alternative to synthetic L-Threonate supplements, without cheap fillers or misleading synthetic salts from overseas sources.

## Benefits

- High-Potency Magnesium from USA, Texas Made. Unlike many supplements made with synthetic L-Threonate from overseas, our formula features Magbrain™, an L-Threonate Plant-Based Magnesium Biocomplex delivering up to (420 mg of elemental Magnesium per 3-capsule serving) or (280 mg per 2-capsule serving). Proudly crafted in Texas and third-party tested for quality.
- Brain Function, Focus & Mental Clarity. Supports memory, cognitive performance, and mental clarity by helping maintain optimal Magnesium levels in the brain, where it matters most. Powered by L-Threonate Plant-Based Magnesium Biocomplex.
- Sleep & Relaxation Support. Helps regulate GABA and melatonin activity to promote deep, restorative sleep and full-body relaxation. Ideal for managing stress and resetting the nervous system naturally.
- Muscle, Energy & Physical Performance. Magnesium plays a critical role in ATP energy production, neuromuscular function, and recovery. Helps reduce fatigue, enhance muscle strength, and support daily physical performance.
- Bone Strength & Clean-Label Assurance. Supports bone density alongside calcium and vitamin D. Made with clean ingredients in a GMP-certified facility, and rigorously tested for purity, heavy metals, and label accuracy, with no synthetic salts from overseas sources.

## Ingredients

Magbrain™ L-Threonate Plant-Based Magnesium Biocomplex (providing 280 mg elemental magnesium per 2-capsule serving and 420 mg per 3-capsule serving), Vegetable Cellulose (capsule).

Let's Chat!

Case 2:25-cv-05871-FLA-MAR    Document 172-5    Filed 05/01/26    Page 67 of 135
Page ID #:7474





**MAGNESIUM 3 IN 1 L-THREONATE ADVANCED COMPLEX**
It is highly bioavailable and delivers sufficient Magnesium via the bloodstream to support adequate brain health. The brain represents only about 2% of the body weight in the average human adult. However, it consumes a disproportionate amount of energy—20 %—which is why Magnesium is so important in the body (Raichle, 2010).





**MAGNESIUM 3 IN 1 L-THREONATE ADVANCED COMPLEX**
Delivers unparalleled sleep quality unlike any other.







**MAGNESIUM 3 IN 1 L-THREONATE ADVANCED COMPLEX** is essential for regulating over 300 enzymatic functions within the body.

# EXHIBIT 8

## (Mando's Listing and Ads on Amazon for Magnesium L-Threonate Plant-Based Product)



Sponsored

## Customers also bought

Based on products customers bought together

  +    +

Total price: $63.17

**Add all 3 to Cart**

These items are shipped from and sold by different sellers.
Show details

**This item:** Kappa Nutrition Magbrain™ Magnesium L-Threonate Plant-Based, 420mg…
4.6    5,148
$29⁹⁹ ($0.20/count)

Sponsored
Doctor's Best High Absorption Magnesium Glycinate Lysinate Supplement - 100% Chelated f…
4.5    72,913
$18¹⁹ ($0.08/count)

Sponsored
Bronson Vitamin K2 (MK7) with D3 Supplement Non-GMO Formula 5000 IU Vitamin D3 & …
4.7    35,288
-25% $14⁹⁹ ($0.12/count)
List: $19.99

## Products related to this item Sponsored ⓘ

Page 1 of 58

            

MAGPLUS+ Magnesium L-Threonate w. Apigenin & L Theanine, 1500mg 7-Ingredient Sleep …
513
Limited time deal
-10% $25¹⁹
($0.42 / count)
List: $27.99

Kappa Nutrition Magnesium 4-in-1, 280mg Elemental Magnesium…
295
$22⁹⁹ ($0.19 / count)

Magnesium Magtein L-Threonate, Glycinate & Taurate – 200mg Chelated Magnesium…
3,358
Amazon's Choice
-8% $36⁹⁵
($0.41 / count)
List: $39.95

Magnesium L-Threonate Capsules, Original Patented Magtein™ Form of Magnesium…
190
$29⁹⁵ ($29.95 / count)

Magnesium L-Threonate Complex with Apigenin and L-theanine, 90 Capsules, Patented M…
288
-6% $29⁹⁷
($0.33 / count)
List: $31.97

Magnesium 3 in 1 Bisglycinate Complex, from GOODNESS ENCAPSULATED.
80
$15⁹⁹ ($0.18 / count)

KAPPA NUTRITION Elderberry / 12 in 1 Advanced Complex (90 Capsules).
56
Amazon's Choice
-20% $19⁹⁹
($0.22 / count)
List: $24.99

## Product Description

Magbrain is a Magnesium L-Threonate Plant-Based supplement designed to support mind and body wellness. Proudly crafted in Texas, USA, and third-party tested for quality, each serving delivers 420 mg of elemental magnesium (3 capsules) or 280 mg (2 capsules). Magnesium is essential for more than 300 biochemical reactions in the body and supports healthy brain, muscle, heart, and bone function. This advanced formulation uses Magnesium L-Threonate Plant-Based for clean-label, high-potency performance. Supports: Memory, focus & cognitive performance* Relaxation, calmness & healthy sleep cycles* Muscle strength, energy & recovery* Bone density & cardiovascular health* Third-party tested for purity, heavy metals, and label accuracy, and produced in a cGMP facility.

## Product details

**Package Dimensions** : 5.24 x 2.36 x 2.32 inches; 5.6 ounces

**Date First Available** : November 7, 2023

**Manufacturer** : Kappa Nutrition

**ASIN** : B0CM2NMVJG

**Best Sellers Rank:** #1,612 in Health & Household (See Top 100 in Health & Household)
#39 in Magnesium Mineral Supplements

**Customer Reviews:**
4.6    (5,148)

## Product Videos



## Important information

### Safety Information

Keep out of reach of children. Do not use if safety seal is damaged or missing. Store in a cool, dry place.

### Ingredients

Magnesium (as Magbrain™ [Magnesium L-Threonate (Plant-Based), Magnesium Bisglycinate Chelate & Malate]), Vegetable Cellulose (capsule).

### Directions

Recommended dosage: Take 1 to 2 capsules daily with a meal or as directed by a healthcare professional. How to take: Swallow the capsules with water or your preferred beverage. For best results: Take the supplement consistently each day. You may start with a lower dosage to assess tolerance and gradually increase if needed. Storage: Store in a cool, dry place, away from direct sunlight, and out of reach of children. Consult your doctor: If you are pregnant, nursing, have any health conditions, or are taking other medications, consult your healthcare provider before using this product.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Products related to this item <span>Sponsored ⓘ</span>

     

| | | | | | | |
|---|---|---|---|---|---|---|
| Magnesium Magtein L-Threonate, Glycinate & Taurate – 200mg Chelated Magnesium… | Qunol Brain Health Memory Plus with B6, Magnesium L-Threonate & Citicoline, Clinica... | Magnesium L-Threonate Complex with Apigenin and L-theanine, 90 Capsules, Patented M... | XYMOGEN OptiMag Neuro - Chelated Magnesium Powder - With Magnesium… | MAGPLUS+ Magnesium L-Threonate w. Apigenin & L Theanine, 1500mg 7-Ingredient Sleep ... | Kappa Nutrition Magnesium 4-in-1, 280mg Elemental Magnesium… | LIFE CAPX Magnesium L-Threonate Capsules, Original Patented Magtein™ Form of… |
| 3,358 | 280 | 288 | 39 | 513 | 295 | 190 |
| Amazon's Choice | $64²⁶ ($0.71 / count) | -6% $29⁹⁷ | $81⁰⁰ ($22.50 / ounce) | Limited time deal | $22⁹⁹ ($0.19 / count) | $29⁹⁵ ($29.95 / count) |
| -8% $36⁹⁵ | | ($0.33 / count) | | -10% $25¹⁹ | | |
| ($0.41 / count) | | List: $31.97 | | ($0.42 / count) | | |
| List: $39.95 | | | | List: $27.99 | | |

Sponsored

## Similar brands on Amazon

Sponsored






New Chapter Magnesium + Ashwagandha Supplement, 325 mg wi...
4.5  7,271
$23.97

BIOptimizers Magnesium Breakthrough Supplement 4.0-7 Forms of Mg:...
4.5  13,620
$22.00

Pure Encapsulations Magnesium (Glycinate) - Supplement to Support...
4.6  39,640
$44.60

PlantFu... Comple...
4.8
$20.37

### Looking for specific info?

Ask Rufus or search reviews and Q&A

What are the benefits of magnesium?   Does it help with sleep?   Is this magnesium vegan?   Can it be taken daily?

Does it support muscle function?

## Customer reviews

**4.6 out of 5**

5,148 global ratings

5 star — 80%
4 star — 13%
3 star — 4%
2 star — 1%
1 star — 2%

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find this magnesium supplement effective, reporting improved sleep quality, cognitive thinking, and mental focus throughout the day. Moreover, the product receives positive feedback for its quality, value for money, and health benefits. However, experiences with cramp relief are mixed - while some report relief from leg cramps at night, others experience nausea. Additionally, the magnesium content receives mixed reviews, with some praising its forms while others note it's not pure magnesium L-Threonate.

✦ Generated from the text of customer reviews

**Select to learn more**

✓ Sleep quality   ✓ Quality   ✓ Effectiveness   ✓ Value for money   ✓ Mental clarity
✓ Health benefits   Cramp relief   Magnesium content

### Reviews with images

See all photos ›



## Top reviews from the United States

Lyn

**Great product highly recommended!!!**
Reviewed in the United States on September 9, 2025
Size: 120 Count (Pack of 1)   Verified Purchase

I love this product and been taking it for almost a year now. It truly work wonders - I sleep a lot better (took care of my insomnia) and wake up feeling good with mental clarity, took care of my constipation problem. I'm 67 y.o female sort of feeling exhausted all the time and this product gave me daily dose of energy I needed. Satisfied customer here. This was recommended to me by a friend of which in turn I have recommended to other friends as well. It's truly a great find!

One person found this helpful

Helpful   Report

Sue89

**Best Calcium**
Reviewed in the United States on September 11, 2025
Size: 120 Count (Pack of 1)   Verified Purchase

This product is one of the best combination of magnesium, particularly magnesium threonate that crosses the blood brain barrier and really works to clear the glymphatic system as well as helping the brain mitochondria work much better. Overall affecting energy and less brain fog.

One person found this helpful

Helpful   Report

gr8ness

**Excellent Product**
Reviewed in the United States on September 3, 2025
Size: 90 Count (Pack of 1)   Verified Purchase

I sleep better. I feel rested when I wake up and I have so much more energy in the morning.

One person found this helpful

Helpful   Report



M. Skaggs

**I Take this an hour or two before bed. definitely promotes better sleep.**
Reviewed in the United States on September 8, 2025
Size: 150 Count (Pack of 1)     Verified Purchase

I Take this an hour or two before bed. definitely promotes better sleep.

Helpful          Report

Lauren

**Quality Poriduct**
Reviewed in the United States on August 15, 2025
Size: 150 Count (Pack of 1)     Verified Purchase

Suites the purpose. No conplaints

One person found this helpful

Helpful          Report

annpolan

**Sleep like a baby!!!**
Reviewed in the United States on July 26, 2025
Size: 150 Count (Pack of 1)     Verified Purchase

This stuff is the only thing I've found on ten years besides taking a benedryl (bad for you) that makes me sleep and have a deep sleep where you wake up w that tingly feeling. Incredible.

It does make my poops loose but I'd trade that for sleep every time and my doctor agrees lol

8 people found this helpful

Helpful          Report

Mike Miller

**Quality & Bargain**
Reviewed in the United States on September 4, 2025
Size: 150 Count (Pack of 1)     Verified Purchase

Perfect product and the best deal.

Helpful          Report

Moe

**Mag Brain activate 🟣💪**
Reviewed in the United States on September 15, 2025
Size: 150 Count (Pack of 1)     Verified Purchase

Works exactly as intended. An unrivaled sharp mental clarity & restful sleep

Helpful          Report

**See more reviews ›**

## Top reviews from other countries

Translate all reviews to English

merline sularte

**great and effective**
Reviewed in the United Arab Emirates on June 14, 2024
Size: 120 Count (Pack of 1)     Verified Purchase

my doc suggested this supplement to support my health, really effective

Report

Rodolfo Verduzco

**Me hubiera gustado saber la cantidad específica que contiene individual**
Reviewed in Mexico on March 3, 2025
Size: 120 Count (Pack of 1)     Verified Purchase

El primer día me sentí bastante bien, vamos a dejar pasar más tiempo para ver sus efectos.

Report

**Translate review to English**

Claudia Gonzalez

**Excellent**
Reviewed in Mexico on March 25, 2025
Size: 120 Count (Pack of 1)     Verified Purchase

Excellent

Report

Juan Jose Chavero

**Recomiendo**
Reviewed in Mexico on November 19, 2024
Size: 120 Count (Pack of 1)     Verified Purchase

Desde la primera cápsula sentí los veneficios

Report

Translate review to English

MONTSERRAT

**Buen producto, no tiene sabor y se toma fácil.**
Reviewed in Mexico on March 21, 2023
Size: 120 Count (Pack of 1)      **Verified Purchase**
No sabe a nada eso es bueno

Report

Translate review to English

See more reviews ›

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English          United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



# KAPPA NUTRITION®

## Helping Others Stay Healthy

### HIGH POTENCY • ADVANCED ABSORPTION

# MAGNESIUM L-THREONATE

## PLANT-BASED



### 3 IN 1 / L-THREONATE • BISGLYCINATE • MALATE



**Supports:**

✓ Relaxation & Sleep

✓ Muscle, Bone & Energy

✓ Memory, Clarity & Cognitive Health

✓ **Non-GMO • Vegan • Gluten-Free**

✓ **420 mg / 280 mg Elemental Mg per Serving**

Magbrain™





PREMIUM PRODUCT
100%
GUARANTEED
QUALITY

CLINICALLY
TESTED INGREDIENTS

DIETARY SUPPLEMENT
PROFESSIONAL GRADE

**150** CAPSULES
**75** SERVINGS

# NEW LOOK
## SAME TRUSTED FORMULA









# BEFORE

# NOW

POWERED BY:



**Powered by Magbrain™** / Our proprietary, Magnesium L-Threonate Plant-Based, proudly made in Texas, USA, forms the foundation of this advanced 3-in-1 formula. It's complemented by Magnesium Bisglycinate and Malate, creating a multi-source blend for complete mind and body support.

Helps maintain memory, mental clarity, and cognitive performance. Supports a balanced mood and healthy stress response, promotes restful sleep, and helps maintain healthy muscle function, strong bones, and optimal energy production. Magnesium is essential for over **300 enzymatic functions** vital to health and well-being.

Clean-label, Non-GMO, vegan, and gluten-free. Produced in a cGMP facility and tested for purity, heavy metals, and label accuracy.

These statements have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease.

WWW.KAPPANUTRITION.COM



0  850053 522215



# KAPPA NUTRITION
## Helping Others Stay Healthy

### HIGH POTENCY • ADVANCED ABSORPTION
# MAGNESIUM L-THREONATE
## PLANT-BASED

**3 IN 1 / L-THREONATE • BISGLYCINATE • MALATE**

**Supports:**
- ✓ Relaxation & Sleep
- ✓ Muscle, Bone & Energy
- ✓ Memory, Clarity & Cognitive Health
- ✓ Non-GMO • Vegan • Gluten-Free
- ✓ 420 mg / 280 mg Elemental Mg per Serving



Magbrain™


PREMIUM 100% GUARANTEED QUALITY

CLINICALLY TESTED INGREDIENTS

**150 CAPSULES**
**75 SERVINGS**

DIETARY SUPPLEMENT
PROFESSIONAL GRADE

## Supplements Facts

Serving Size: 2 Capsules / 3 Capsules
Servings Per Container: 75 (2-capsules) / 50 (3-capsules)

| Amount Per Serving | 2 Capsules | 3 Capsules | %DV (2) | %DV (3) |
|---|---|---|---|---|
| MAGNESIUM (as Magbrain™ [Magnesium L-Threonate (Plant-Based), Magnesium Bisglycinate Chelate & Malate]) | 280 mg | 420 mg | 67% | 100% |
| Magbrain™ Magnesium L-Threonate Plant-Based | 1.502 mg | 2,253 mg | — | — |

*Daily Value (DV) not established.

**OTHER INGREDIENTS:** Vegan Capsule (Plant Cellulose).

**SUGGESTED USE:** As a dietary supplement, adults take 2 capsules for women or 3 capsules for men daily, or as directed by a healthcare professional. Do not exceed the recommended dose.

**NUTRITIONAL REFERENCE:** RDA for elemental Magnesium, 320 mg for women, 420 mg for men, 400 mg for pregnant women.

Magbrain™ Magnesium L-Threonate Plant-Based formulation protected under trade secret law.

**KEEP OUT OF REACH OF CHILDREN. DO NOT USE IF SAFETY SEAL IS DAMAGED OR MISSING. STORE IN A COOL, DRY PLACE.**

Magbrain™ is a registered trademark of KAPPA NUTRITION LABS™ or its subsidiaries. **MANUFACTURED FOR:** KAPPA NUTRITION LABS™ Argyle, TX 76226

      



## MAGNESIUM L-THREONATE  PLANT-BASED 3 IN 1

It is highly bioavailable, delivering plant-based magnesium that supports brain health and function. Although the brain represents only about 2% of body weight, it consumes nearly 20% of the body's energy (Raichle, 2010), making Magnesium is an essential nutrient for overall wellness.





Experience unmatched sleep quality and wake each morning feeling rejuvenated, energized, and ready to take on the day.

MAGNESIUM L-THREONATE  PLANT-BASED 3 IN 1

Recognized and trusted worldwide



Support Relief from Cramps & Muscle Tension with
**MAGNESIUM L-THREONATE  PLANT-BASED 3 IN 1**



**MAGNESIUM L-THREONATE  PLANT-BASED 3 IN 1**

It is essential for regulating over 300 enzymatic functions within the body

# EXHIBIT 9


# (Certificate of Analysis of
# Mando's Magnesium 3 In 1 L-Threonate
# Advanced Complex Product)



**MS Bioanalytical, LLC**
2105 West Park Court
Champaign, IL 61821

Report Date: 04/11/2025

# Certificate of Analysis

**AIDP Inc**
**19535 E. Walnut Dr. South**
**City of Industry, CA 91748**

### Sample Information

| Product Name | Product Lot# | MSB Control# | Date Received | PO.# | Storage Condition |
|---|---|---|---|---|---|
| Magnesium 3 in 1 | 1174-90 | 04012025-001 | 04/01/2025 | NA | RM |

### Analytes and Results

| Analyte Name | Test Method | Estimated Level | Result |
|---|---|---|---|
| L-Threonic Acid | STM-5.35 (LC-MS/MS) | NA | 80.43 mg/2 caps |
| Magnesium | STM-1.28 (ICP-MS) | NA | 280.1 mg/2 caps |

*George Li*

Quality Manager
04/11/2025

Date Completed
04/11/2025

Note: These results apply only to the samples received and tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of MS Bioanalytical.

# EXHIBIT 10

## (2021 MgT Article)

Wellness Blog | Supplements | Magnesium L-Threonate Benefits



## Magnesium L-Threonate Benefits

Published: August 2021

By: **Jessica Monge, Health & Wellness Writer**
Scientifically Reviewed By: **Michael A. Smith, MD**

There's no question that magnesium does wonders for your health; it's the fourth most abundant mineral in your body and is essential for the proper function of nearly 80% of your metabolic reactions. Getting enough magnesium is critical to supporting healthy brain function—and beyond that, you need this essential mineral for bone health, muscle contractions, energy production, promoting already-healthy blood sugar levels… and more!



Still, inadequate levels of magnesium are very common: about 68% of adults don't get sufficient levels of this mineral from their diets. If you don't want to be part of this statistic, make sure you're eating the right foods and supplement as needed.

This is easier said than done, unfortunately. There are many **different forms of magnesium** available in supplement form. Two of the most popular ones, magnesium citrate and magnesium oxide, are well-known for their benefits to your bones, heart and more. But what about your brain?

The good news is that there *is* a form of magnesium that's a smart choice for your mind, specifically your memory: **magnesium L-threonate**. Here's everything you need to know about this brilliant nutrient.

GET $15 OFF



### Neuro-Mag® Magnesium L-Threonate

[ Add To Cart ]

### What is magnesium L-threonate good for?



A large body of research shows that raising magnesium levels in the brain through supplementation may support brain plasticity, the brain's ability to rewire itself as we learn and experience new things. That's where magnesium L-threonate comes in! Magnesium L-threonate is a great candidate for promoting healthy magnesium levels in the brain.

This innovative form of magnesium was developed at the Massachusetts Institute of Technology (MIT) and is taken orally to impact communication between neurons, which can impact memory, recall speed and cognitive health. That's because it has a unique ability to cross the blood-brain barrier, which can positively impact overall brain health and communication between neurons.

### What are the benefits of magnesium L-threonate?

If supporting brain performance is important to you, you may want to consider taking magnesium L-threonate. Research suggests it boosts three aspects of cognitive health:

1. **Improves short-and long-term memory**—A clinical study published in *Neuron* journal showed that increasing magnesium levels in the brain by using magnesium L-threonate could **improve learning and memory**.
2. **Supports normal stimulation of brain cells**—Your brain cells "talk" to one another via neurotransmitters,

**chemical messengers** that relay information to and from the brain, allowing you to make sense of the world around you. **Healthy levels of magnesium** help promote this neuron-to-neuron communication by maintaining the stimulation of brain cell receptors associated with brain development, memory, and learning. Maintaining normal stimulation of neurons is crucial for supporting mood, memory and healthy cognitive function.

3. **Formation of new brain cells and synapses**—Getting enough magnesium helps your brain maintain and form healthy brain cells and synapses. This keeps your brain function youthful.

### Magnesium L-threonate: powder vs capsule vs gummy



Now you know the brain-boosting powers of magnesium L-threonate, but what if you're not too keen on adding more capsules to your morning routine?

You can take magnesium l-threonate as a tasty gummy. Or, you can always opt to take **magnesium L-threonate in powder form**, which will give you the same benefits. How should you mix the powder? You have two options:

### The old-fashioned way

You can dissolve it in water or your favorite healthy drink.

### Smoothie goodness

If you're a smoothie lover, you can make it more nutrient-rich by adding a scoop of magnesium L-threonate to **your protein smoothie** and sprinkle some cinnamon for a dash of antioxidants.

### What is Neuro-Mag® Magnesium L-Threonate?



Neuro-Mag® is a magnesium L-threonate formula created by Life Extension. In a randomized placebo-controlled trial of 44 adults aged 50-70, the group receiving a daily dose of 1.5 to 2 grams of the same magnesium L-threonate formula used in **Neuro-Mag® showed markedly healthy cognitive and executive function** in just 12 weeks. It is available in capsule and powder form.



### Neuro-Mag® Magnesium L-Threonate

Add To Cart

### More facts about magnesium L-threonate



We asked Life Extension's Educational Specialist, Dr. Crystal M. Gossard, DCN, to give us more details on this brain-boosting nutrient.

### Why add magnesium L-threonate to your self-care routine?

Unlike other forms of magnesium, magnesium l-threonate has specific benefits for your brain.

Studies indicate that healthy brain magnesium levels have a beneficial effect on measurements of cognitive function, such as short and long-term memory. It can help you remember where you put things, such as your car keys, or improve your ability to plan the intricate details of moving or traveling.

### Does magnesium L-threonate have side effects?

A common side effect of taking magnesium is watery bowel movements; however, this generally occurs when magnesium is taken at doses over 1000 mg. What's great about magnesium L-threonate is that this form has less of a bowel movement effect than most forms of magnesium and the typical dose is much lower, at 144 mg.

### How long does magnesium L-threonate take to work?

In clinical research, some effects were seen as early as six weeks, with the best results seen after 12 weeks. But due to everyone's unique biochemistries and lifestyles, the time it takes to work will vary from person to person.

### How much magnesium L-threonate should you take?

It's recommended to take 2000 mg of magnesium L-threonate, which typically provides 144 mg of magnesium.

### What's the difference between L-threonate vs. theanine?

Theanine is a non-protein amino acid that's commonly found in tea and supports a healthy mood. On the other hand, magnesium L-threonate (or threonic acid) is a form of magnesium bonded to a breakdown product of vitamin C to make it more readily available to the body.

About the Author: Jessica Monge

**Health & Wellness Writer**

Jessica Monge has a bachelor's degree in biological sciences & neuroscience and a master's degree in comparative studies and related



languages from Florida Atlantic University. She worked as a tutor, freelance writer and editor before joining Life Extension, where she is currently a Digital Content Writer.

**Read more from this author**

in

## References

- Bjarnadottir, Adda. "10 Interesting Types of Magnesium (and What to Use Each For)." Healthline, November 2019, **https://www.healthline.com/nutrition/magnesium-types**
- Broder, Joanna. "Magnesium May Improve Memory." WebMD, January 2010, **https://www.webmd.com/brain/news/20100127/magnesium-may-improve-memory**
- Liu, Guosong et al. "Efficacy and Safety of MMFS-01, a Synapse Density Enhancer, for Treating Cognitive Impairment in Older Adults: A Randomized, Double-Blind, Placebo-Controlled Trial." *J Alzheimers Dis.*, October 2015, **https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4927823/**
- Wang, Deheng, et al. "Targeting the NMDA Receptor Subunit NR2B for Treating or Preventing Age-Related Memory Decline." PubMed.gov. Oct 2014. **https://pubmed.ncbi.nlm.nih.gov/25152202/**
- "Magnesium Rich Food" Cleveland Clinic, November 2020, **https://my.clevelandclinic.org/health/articles/15650-magnesium-rich-food**



## Always be in the know!

Access the latest deals, wellness news, expert health tips & more!

Enter email address

Subscribe

Brain Health Favorite



**Cognitex® Elite Pregnenolone**

Add To Cart

## Trending Now

❯ **17 Caffeine-Free Drinks for an Energized Lifestyle**

❯ **15 Longevity Foods: Healthy Aging Guide**

❯ **What Are the First Signs of Perimenopause? Surprising Facts**

## Related Articles

❯ **How to Find High Quality Curcumin**

❯ **10 Best Summer Supplements: Heat-Proof Your Health**

❯ **What Does Magnesium Do for Brain Health?**



# BRAIN HEALTH
QUIZ

What's your brain health goal—better memory? Sharper focus? Quicker thinking?

**Take the Quiz** ❯



# BRAIN HEALTH

A Beautiful Mind: Brain Health Tips

**Read More** ❯



**AUTOSHIP**
& SAVE



Guaranteed lowest prices & FREE shipping

**Learn More** ➤

**Read Next**



**When to Take DHEA: Morning vs. Night for Maximum Benefits**



**DHEA for Women: The Hormone Hack You Didn't Know You Needed**



**What No One Tells You About Essential Amino Acid Supplements**

About Us    Contact Us    Returns    Shipping    FAQs    Blog    Website Map

Affiliate Program    Become a Reseller    Careers    Accessibility    Terms and Conditions

Cookie Notice    Cookie Preferences    Privacy    ✓✗ Your Privacy Choices

Life Extension does not provide medical advice, diagnosis, or treatment. All Contents Copyright ©2025 Life Extension. All rights reserved.

†Ratings based on results of the 2025 ConsumerLab.com Survey of Supplement Users. Multivitamin rating based on results of the 2024 ConsumerLab.com Survey of Supplement Users. For more information, visit **www.consumerlab.com/survey**.

| |
|---|
| **These statements have not been evaluated by the Food and Drug Administration.** **These products are not intended to diagnose, treat, cure, or prevent any disease.** |

# EXHIBIT 11

# (2023 MgT Article)

Excellent



# vitalityPRO

# What Is Magnesium Threonate? Benefits, Dosage, And Risks

    

2,415 words, 13 minutes read time

Updated on November 25, 2023. Fact checked by Robert Underwood, Head of Research

Article Summary

Magnesium threonate is a supplemental form of the essential trace mineral magnesium. This form offers a variety of potential benefits for health and longevity. It also plays important roles in bone health and development, cellular energy production, muscular contraction, and the development and optimal function of the nervous system and brain.

Magnesium supplements come in a variety of different forms. Magnesium threonate (also known as magnesium L-threonate) is considered to be one of the most bio-available and readily absorbed forms of magnesium for human consumption. Research suggests that supplementing with magnesium threonate may enhance cognitive function, reduce the symptoms associated with anxiety and depression, accelerate muscle recovery, and benefit cardiovascular health.

In this guide, we will explore magnesium threonate's benefits and potential risks, magnesium L-threonate side effects, and the ideal magnesium threonate dosage schedules based on scientific data. We'll also delve deeper into magnesium threonate vs glycinate and other supplemental magnesium forms.



## What is Magnesium Threonate?

Magnesium threonate is a mineral salt consisting of magnesium bound to the amino acid L-threonic acid. It is often derived from corn and promoted as a dietary supplement. Magnesium L-threonate offers a unique ability to cross the blood-brain barrier in humans, thereby increasing magnesium levels in the brain. This is why the supplement may assist in reducing symptoms of anxiety and depression while improving brain function.

In the brain, magnesium threonate inhibits the stimulation of specific neurotransmitters by attaching to neural receptors that promote deeper relaxation.

Additionally, the supplement may also play a role in inhibiting the secretion of cortisol and other stress hormones, helping to regulate the nervous system and alleviate anxiety.

Some research indicates that magnesium threonate can increase neural plasticity, allowing the brain to form new neural pathways and enhance the processes of learning and memory retention. Additionally, it may increase brain levels of brain-derived neurotrophic factor (BDNF), a protein which assists in the formation of new brain cells and supports cognitive function and long term brain health.

# Benefits and Risks

## Magnesium L-Threonate Benefits

Serves as an electrolyte

Acts as an enzymatic co-factor in over 600 chemical reactions in the body

Facilitates ATP production

Supports cognitive health and ideal brain function

May alleviate depression, anxiety and symptoms of post traumatic stress disorder (PTSD)

May limit loss of cognitive function caused by Alzheimer's disease or Parkinson's disease

May assist in reducing pain

May limit androgen-driven balding and hair loss

May assist in optimising low magnesium levels, even in the brain, due to its ability to cross the blood-brain barrier

Risks

May cause side effects such as fatigue, headache, and a sensation of increased blood flow to the head, although side effects and unwanted reactions are uncommon

May not be suitable for patients with kidney disease or dysfunction, as well as those taking certain chronic medications

Pregnant and breastfeeding women and children should take caution when taking any supplements, and should always seek out medical advice before starting to supplement with magnesium threonate

## How Does It Work?

Magnesium threonate serves a number of critical purposes in the human body. Research indicates that one of the primary mechanisms of this form of magnesium involves its up-regulation of NR2B-containing NMDA receptors, as well as its ability to induce synaptic plasticity and encourage the generation of new neurons in the brain. Researchers suggest that these mechanisms account for magnesium L-threonate's benefits for immediate synaptic facilitation, long-term synaptic potentiation, memory, and learning.

Moreover, the supplement may assist in treating low levels of magnesium, particularly in the brain. Magnesium plays a role in facilitating communication between neurons by maintaining stimulation of the brain cell receptors associated with learning, memory, and brain development. This normalisation of neural function assists in supporting mood and overall cognitive function and may offer benefits for preventing or slowing age-related cognitive decline.

Magnesium threonate may be able to alleviate many conditions and disorders associated with (or exacerbated by) magnesium deficiency. A large body of scientific data suggests that low levels of magnesium could drive chronic inflammation and the development of age-related conditions like insulin resistance, cardiovascular disease,

and type II diabetes. Magnesium is also a GABA agonist, assisting in inhibiting overstimulation of the central nervous system and promoting feelings of calmness, relaxation, and mental and physical well-being.

# Potential Magnesium L-Threonate Benefits

What is magnesium L-threonate and what are its benefits for health and longevity? There is a growing body of evidence to suggest that the mineral form could offer notable benefits for sleep quality, cognitive function, depression, anxiety, and even hair loss conditions.

## Magnesium Threonate Benefits for Hair Loss

Many conditions of premature balding and hair loss are driven by the actions of DHT (dihydrotestosterone) on hair follicles. Some research suggests that magnesium L-threonate can attenuate the expression of DHT-induced DKK-1 (DHT-inducible dickkopf-1), a key factor involved in the process of androgen-linked hair loss and balding.

Researchers also noted in a co-culture system of outer hair sheath keratinocytes that DHT prevented the growth of ORS cells, which accelerated balding. They found that L-threonate significantly reversed this effect and noted that this form of magnesium may be an effective treatment for the prevention of balding.

## Mental Energy and Cognitive Function

Low magnesium levels can drive the development and acceleration of neurological disorders. A recent clinical study conducted in China used magnesium threonate to increase levels of magnesium in the cerebrospinal fluid of animal models with Parkinson's disease. They found that the mineral supplement reduced dopamine neuron loss and motor deficits while successfully increasing cerebrospinal fluid concentrations of magnesium and limiting MPTP-induced motor deficits in mice. While more human trials are needed, the results show a promising ability of magnesium threonate to slow diseases of cognitive decline such as Parkinson's disease.

Further research has noted magnesium L-threonate's benefits for Alzheimer's disease. This disease is linked with magnesium ion deficits and elevated levels of interleukin-1β in the brain. They found that magnesium threonate suppresses IL-1β in glial cells within signaling pathways, stimulating the activity of the extracellular signal-related protein kinase and peroxisome proliferator-activated receptor-gamma (PPARγ) pathways via increased phosphorylation.

The data suggests that magnesium threonate could reduce neuro-inflammation and suppress IL-1β expression to reduce the risk of developing Alzheimer's disease and subsequent cognitive decline.

## Depression and Anxiety

Clinical data indicates that magnesium threonate can reduce some symptoms associated with anxiety, depression, and post-traumatic stress disorder.

A study from 2011 assessed the effects of magnesium supplementation on fear conditioning and neural plasticity in specific brain regions and found that increasing magnesium levels in the brain improves neural plasticity in the hippocampus of rat models.

## Magnesium Threonate Sleep Benefits

The effects of magnesium supplementation on insomnia and other sleep disorders are well documented. Magnesium threonate, which is the only form which can effectively cross the blood-brain barrier, may assist in promoting both mental and physical relaxation for deeper, quality sleep.

Some studies have noted that taking a magnesium L-threonate supplement improves subjective measures of insomnia, including sleep time, sleep onset latency, sleep efficiency, and early morning waking. It may also improve

objective measures associated with healthy sleep-wake cycles, such as concentrations of serum melatonin, cortisol and renin, especially in senior adults.

## Pain Relief

Oral supplementation of magnesium L threonate has been linked with increased pain relief in patients with advanced cancer. One study assessed 83 patients from pain and oncology wards and found that the patients who were administered magnesium began to require lower doses of morphine for pain from day 30 of the trial.

The researchers noted that magnesium L-threonate was more effective than placebo at enhancing the analgesic properties of opioid painkillers while reducing required opioid dosages. Moreover, the magnesium was also found to notably relieve opioid-related constipation in the participants.

## Potential Risks and Side Effects

When assessing magnesium threonate side effects, it should be noted that the supplement is generally safe to consume and that few side effects have been reported. The most common, albeit rare, side effects of magnesium threonate supplementation include drowsiness, fatigue, headache, and increased sensations of blood flow to the head.

Additionally, people with certain health conditions, including kidney disease, should always consult with a medical professional before starting any magnesium supplements. Pregnant and breastfeeding women should also seek medical guidance

before supplementing, and children should only be given magnesium supplements under explicit direction from a qualified doctor or healthcare professional.

More research is also needed to fully understand the mechanisms of magnesium threonate in the human body, and current safety data is primarily based on adult supplements.

## Types of Forms of Supplements

Magnesium L-threonate is most commonly sold in capsule form, but magnesium threonate powders are also widely available.

This is one of many different forms of supplemental magnesium and is often considered to be one of the most bio-available alongside options like magnesium glycinate.

**Magnesium oxide.** Magnesium oxide supplements have relatively poor bioavailability and are primarily used to treat digestive symptoms such as constipation and indigestion.

**Magnesium citrate.** This form of magnesium is bound to citric acid and is widely available and easily absorbed by the body. It is used to treat low magnesium levels and as a gentle laxative for constipation.

**Magnesium aspartate.** Research suggests that magnesium aspartate may be effective in regulating blood sugar levels, reducing migraines, and alleviating some symptoms of depression and anxiety.

**Magnesium glycinate.** Magnesium glycinate has been found to improve sleep, address inflammation, and support heart health and blood glucose regulation. It may also assist in treating anxiety, stress, insomnia and depression. When it comes to magnesium threonate vs glycinate, the two supplements are both highly bioavailable and are both used to treat many similar conditions, but only L-threonate can cross the blood-brain barrier.

**Magnesium orotate.** This form is widely used to promote cardiovascular health and to support the heart's energy production processes.

**Magnesium chloride.** Magnesium chloride is used to correct low magnesium levels, relax tense muscles, and alleviate digestive complaints.

**Magnesium lactate.** Often used as a food additive, magnesium lactate is a gentle magnesium form that is typically used to treat digestive symptoms and relieve constipation.

**Magnesium malate.** This form offers high bioavailability, making it a viable option for correcting magnesium deficiencies, treating constipation, and even addressing chronic fatigue syndrome, although further research is needed.

**Magnesium taurate.** Magnesium taurate contains taurine, an amino acid which works together with the mineral to potentially regulate blood glucose levels, lower blood pressure, and support cardiovascular health and function.

It's important to bear in mind that more quality, long-term human research is needed to fully understand the benefits that magnesium supplements may offer for physical and mental health.

# Lifestyle

Magnesium is an essential mineral that is involved in hundreds of metabolic reactions in the body. It also plays roles in ATP production, protein synthesis, DNA synthesis, neurotransmitter function, cardiac function, muscle contraction, glucose and insulin regulation, and blood pressure homeostasis.

Low levels of magnesium are common in populations across the world and typically manifest due to limited magnesium absorption in the gut or excessive excretion via

urination. Hypomagnesemia is also more common in hospitalised patients and people undergoing elevated levels of stress, as well as people who do not obtain enough dietary magnesium by consuming a healthy diet.

Some conditions also increase the risk of developing magnesium deficiency. These include gastrointestinal issues, insulin resistance, type II diabetes, diuretic use, chemotherapy, and excessive alcohol consumption. Advanced age is also a risk factor, as magnesium absorption in the gut declines naturally with age, according to Healthline.

# Dietary and Natural Sources

The majority of a healthy individual's magnesium intake is derived from a healthy diet based primarily on whole, minimally processed foods. Magnesium is present in a variety of foods, including leafy green vegetables, almonds, cashew nuts, whole grains, avocados, salmon, pumpkin seeds, potatoes, and dark chocolate.

However, magnesium L-threonate is exclusively available in supplement form, and thus, there is no natural or dietary source of this specific mineral complex. Magnesium threonate must be purchased from a reputable supplier of third-party-tested supplements like Vitality Pro and can assist in meeting your daily magnesium requirements for optimal health.

Note: Although diet or lifestyle changes help to fortify the body with major vitamins and minerals, certain supplements are difficult to consume in therapeutic quantities.

In short, a magnesium threonate supplement is likely the best way to benefit from the mineral's therapeutic effects. However, more research and human trials are needed.

## Supplements and Dosage

How much magnesium L threonate should I take? There is currently no universally agreed-upon daily dose recommendation for magnesium L-threonate. An individual's magnesium requirements will vary according to age, gender, health status, and the presence of diagnosed deficiencies. The recommended dietary intake (RDI) for adult men and women is up to 420mg and 320mg per day, respectively.

Many suppliers of magnesium threonate supplements offer a dosage of around 1500mg to 2000mg. With that said, a 2000mg dose of magnesium threonate will typically only offer around 144mg of elemental magnesium, according to data from Medical News Today. Speak to your doctor or a qualified healthcare professional to determine the optimal dosage of magnesium L-threonate for your specific needs.

How long does it take for magnesium L-threonate to work? Some research, such as one study mentioned earlier in this guide on advanced cancer patients, noted beneficial effects from magnesium supplementation in as little as one month. However, you may need to take magnesium threonate consistently for at least two or three months to experience the full range of potential benefits, depending on your reasons for supplementation.

When it comes to when to take magnesium threonate, most researchers agree that it is equally effective when taken at any time of the day, as long as it is taken consistently over a period of time. Some people prefer to take magnesium threonate about one hour before bed to enhance their sleep quality and aid relaxation. Complementary supplements to assist with magnesium absorption include vitamin D3, and it is also advised to avoid taking zinc or calcium supplements together with magnesium, as these may hinder absorption.

## Conclusion

Magnesium L-threonate offers many potential health benefits. It may assist in supporting cognitive function, learning and memory, alleviate some symptoms of

depression, anxiety and stress, promote better sleep, and even aid in pain relief.

While initial data on magnesium threonate supplementation seems promising, further human research is needed to understand exactly how the supplement works to deliver the benefits and effects outlined in this article.

If you are considering trying magnesium threonate for yourself, consult with your healthcare provider first to ensure that you choose the right solution and dosage for your needs.

## FAQs

### What is magnesium L-threonate?

Magnesium L-threonate is a supplemental form of magnesium that consists of elemental magnesium and L-threonic acid.

### What are the benefits of magnesium threonate?

Research suggests that magnesium threonate may be beneficial for cognitive health and function, sleep quality, anxiety, depression, insomnia, hair loss, and pain.

### Is magnesium threonate good for anxiety?

Some research indicates that magnesium threonate can alleviate stress and anxiety due to its ability to cross the blood-brain barrier and increase magnesium levels in the brain.

### Can magnesium L-threonate help with sleep?

Initial research suggests that magnesium threonate can help to regulate the sleep-wake cycle and balance sleep-related hormones like melatonin, cortisol and renin.

Is magnesium threonate good for hair loss?

Data suggests that magnesium threonate could help to reduce the actions of DHT on hair follicles, helping to prevent and limit androgen-related hair loss and balding.

## Glossary of Technical Terms

**Androgens:** sex hormones, including testosterone, DHT and others.

**Bioavailability:** how easily a compound or substance is absorbed and utilised on a cellular level.

**Cortisol:** a human stress hormone.

**Hypomagnesemia:** a condition of clinically low magnesium levels in the body.

**Keratinocytes:** cells which make up the epidermal layer of the skin.

**Long-term synaptic potentiation:** the ability of synapses between neurons in the brain to adjust their strength and function.

**Melatonin:** a hormone known for regulating the sleep-wake cycle.

## Want to Learn More?

Subscribe to our regular newsletter

Your Name

Your Email

Subscribe

## Contents

What is Magnesium Threonate?

How does it work?

Dosages and supplements

Potential benefits

Risks & interactions



Kellen Dorsch, Medical Researcher

## Explore more

Order Magnesium Threonate

What Is Magnesium Glycinate?

Groundology

Grounding Technology

Our Longevity  Partners



OMN

Healt

Join the mailing list for exclusive offers & 10% off

Email address

## Support

+44 (0) 1202 082 280

Email: support@vitality-pro.com

**Longevity delivered worldwide.**

Click here for delivery information.




## Quick Links

Products A–Z

Product Testing

About

Blog

Podcast

Refer a Friend

## Information

Delivery Locations

Returns

FAQs

Subscribe & Save

Terms

Privacy

## Partners

Wholesale

Become An Affiliate

Affiliate Area

Practitioners

Hey AI, learn about us

© 2025 Vitality Pro. All rights reserved.

     

# EXHIBIT 12

# (2024 MgT Article)

MENU

# This is What Happens to Your Body When You Take Magnesium L-Threonate

By Amy Brownstein, MS, RDN │ Published on November 05, 2024

✅ Medically reviewed by Allison Herries, RDN



Credit: Goodboy Picture Company / Getty Images

## Table of Contents

Potential Health Benefits of Magnesium L–Threonate

How Much Magnesium Do I Need?

**Top Stories**  How Long Iron Stays in Your System    Does Coffee Count Towards Hydration?    Side I

**VIEW ALL** ⊕

Magnesium L-threonate 🔊 is a unique supplement derived from the L-threonate form of magnesium. [1] It's a relatively new form of supplemental magnesium discovered in 2010 that helps restore optimal magnesium levels in the body. [2][1] Magnesium is involved in more than 300 essential biochemical processes, making it critical for overall health. [3]

Unlike other magnesium supplements, magnesium L-threonate can cross the blood-brain barrier (BBB). This ability may enhance cognitive health more effectively and support other health outcomes, like sleep quality, stress, anxiety, and more. [4]

In the United States, the Food and Drug Administration (FDA) does not regulate supplements like prescription medications. This means some supplement products may not contain what the label says. When choosing a supplement, look for independently tested products and consult a healthcare provider, registered dietitian nutritionist (RDN or RD), or pharmacist.

## Potential Health Benefits of Magnesium L-Threonate

Magnesium is well-known for its vital role in overall health. Although research is still limited, emerging studies suggest that magnesium L-threonate may offer a range of health benefits, including the following:

**Alzheimer's disease and cognitive enhancement:** Magnesium L-threonate's effect on cognitive health may be due to its impact on sleep and reduce neurodegeneration 🔊 associated with Alzheimer's by enhancing the ability of neurons to form new connections (synaptic

**Anxiety and depression:** Magnesium may influence gamma-aminobutyric acid 🔊 (GABA) neurotransmitters, promoting relaxation and a sense of calm.[4] Magnesium deficiency is also often linked with increased anxiety levels. One study reported improved stress and anxiety levels with magnesium L-threonate compared to a placebo. Early research also suggests magnesium may help ease depression.[8] Further study is needed to confirm the results.

**Sleep quality:** Magnesium influences multiple aspects of sleep and plays a role in the hypothalamic-pituitary-adrenocortical (HPA) axis 🔊 , which governs stress and sleep.[9] It is an essential cofactor in the body's melatonin production, which helps you fall asleep. It also regulates GABA to encourage relaxation and calmness. One study observed better sleep quality and improved daytime alertness, coordination, and balance with 1,000 milligrams (mg) of magnesium L-threonate daily. Notably, it increased deep sleep, the most restorative and rejuvenating sleep period. [4]

**Attention-deficit hyperactivity disorder (ADHD):** Some research indicates individuals with ADHD have lower circulating magnesium levels. One study observed a 25% reduction in ADHD symptoms with magnesium L-threonate supplementation for 12 weeks. Despite these promising results, the study was small and indicated only mild symptom improvement. More research is necessary.[6]

**Constipation:** Many laxatives contain magnesium because of its beneficial effects on reducing constipation. Magnesium salts draw water into the colon, stimulating gut motility and making it easier to pass a bowel movement. According to one study of people undergoing cancer treatment, magnesium L-threonate eased opioid-induced constipation. [10]

**Pain management:** Magnesium L-threonate may help with pain management. One study found magnesium L-threonate supported pain management strategies among people undergoing cancer treatment. Taking magnesium L-threonate with other pain management medications reduced the dosage of opioid medications and slowed morphine tolerance. Minimal research exists on magnesium L-threonate for pain management, but it is promising.[10]

attacks. While less research has been done specifically with magnesium L-threonate, its ability to cross the blood-brain barrier and influence neurotransmitter function may make it a promising candidate for migraine prevention or treatment.

It is essential to note that most studies on magnesium L-threonate are still preclinical (animal-based) or small-scale human trials. So, while these results are promising, more research is needed to confirm them.

### How Does Magnesium L-Threonate Work?

Many of the potential health benefits of magnesium L-threonate may be related to its ability to cross the blood-brain barrier. L-threonate is a compound found in cerebrospinal fluid, which may explain its unique ability to cross the BBB. Once it reaches your brain, magnesium L-threonate may support synaptic plasticity, learning, memory, and neuronal function. [4]

## How Much Magnesium Do I Need?

Magnesium is an essential mineral that plays a crucial role in many bodily functions, including energy production, muscle function, nerve transmission, and bone health. [3] It is also involved in hundreds of biochemical reactions in your body, making it vital for maintaining overall health. [12]

The Recommended Dietary Allowance (RDA) is the average daily magnesium intake sufficient to meet the nutritional needs of nearly all healthy individuals. [3] Your exact amount varies depending on your age, sex, and life stage, as the following table suggests:

| Recommended Dietary Allowance (RDA) for Magnesium | |
| --- | --- |
| | RDA |

| People who are pregnant ages 31 to 50 | 360 mg |
| Males 19 to 30 | 400 mg |
| Females 19 to 30 | 310 mg |
| People who are pregnant ages 19 to 30 | 350 mg [12] |

## How Much Is Too Much Magnesium?

While magnesium toxicity is rare from food sources, it can occur with **excessive supplementation**, especially in people with kidney issues.

Symptoms of magnesium toxicity may include diarrhea, low blood pressure, irregular heartbeat, and breathing difficulties. [3]

The **tolerable upper intake level (UL)** for magnesium—**350 mg daily for all adults**—is the maximum amount of magnesium unlikely to cause any side effects. The UL generally applies to supplements or medication, as it is unlikely to be reached through food sources alone. [3]

Unless your healthcare provider has directed you to take more, staying within this 350 mg-a-day limit can help you avoid the risks of excessive magnesium intake.

## Magnesium L-Threonate Side Effects and Risks

Magnesium is relatively safe for most individuals. Still, there are some side effects and risks associated with its use.

**Who should avoid it:** Avoid magnesium L-threonate if you are **allergic** to it or its parts. Magnesium L-threonate may not be recommended for people with **kidney disease**. People who are **pregnant** or **breastfeeding** should consult a healthcare provider before taking magnesium L-threonate because little is known about its effects during these periods. [13]

medications, such as **antibiotics**, **diuretics**, **proton pump inhibitors** for acid reflux, and **bisphosphonates** 🔊  that treat osteoporosis. Magnesium may also compete with **zinc** and **calcium** supplements. To limit potential interactions, take magnesium L-threonate separately from zinc and calcium. [3]

While magnesium L-threonate is generally considered safe when used as directed, it's essential to consult your healthcare provider before starting supplementation. This is especially important for people with underlying health conditions or those taking medications, as it ensures proper dosage and avoids potential side effects.

## How to Take Magnesium L-Threonate

Some specific considerations can ensure you get the most from a magnesium L-threonate supplement, including:

**The best time to take it:** Taking magnesium L-threonate in the evening before bed is generally recommended if your goal is to improve sleep or support cognitive function. However, some studies administer the supplement twice daily, in the morning and evening. Ultimately, the best time to take magnesium L-threonate is the time that works best for you, as consistency is key. [2]

**Recommended dosage:** Research on magnesium L-threonate dosage has used 25 mg per kilogram (kg) per day. [7] For someone who weighs 135 pounds, this amounts to roughly 1,530 mg of magnesium L-threonate per day. Most of the magnesium L-threonate compound is L-threonate. A 3,000 mg magnesium L-threonate supplement translates to approximately 2,730 mg of L-threonate and 250 mg of magnesium—well below magnesium's 350 mg UL. [13]

**Dietary considerations:** Most people in the United States do not consume enough magnesium from food sources alone. Many individuals meet nutrient requirements via magnesium supplements. Specific nutrients like phytic 🔊  acid (phytate 🔊 ), fiber, and oxalates 🔊  may affect how

By considering your timing, dosage, and dietary factors that may impact absorption, you may be able to maximize the benefits of magnesium L-threonate for optimal cognitive and sleep support.

## A Note on Choosing Supplements

Supplement use should be individualized and vetted by a healthcare professional, such as aregistered dietitian nutritionist (RD or RDN), pharmacist, or healthcare provider. No supplement is intended to treat, cure, or prevent disease.

# Dietary Sources of Magnesium

Magnesium L-threonate is a supplement form of magnesium and is not available in food. However, you can also boost your overall magnesium intake through a variety of magnesium-rich foods, including the following.

**Spinach:** 157 mg per 1 cup of boiled spinach (50% of your daily value, DV) [15]

**Pumpkin seeds:** 156 mg per 1-ounce serving (50% DV) [16]

**Black beans:** 120 mg per 1 cup of cooked black beans (39% DV) [17]

**Almonds:** 79 mg per 1-ounce serving (25% DV) [18]

**Peanut butter:** 54 mg per 2 tablespoon serving (17% DV) [19]

**Rice:** 24 mg per 1 cup of cooked white rice (8% DV) [20]

Incorporating magnesium-rich foods like leafy greens, nuts, seeds, and whole grains into your diet can help ensure you meet your daily magnesium needs naturally.

# Which Type of Magnesium Is Right for You?

**Top Stories**   How Long Iron Stays in Your System     Does Coffee Count Towards Hydration?     Side I

The following table includes magnesium types and their typical uses. However, remember to check with your healthcare provider to ensure that magnesium is suitable for you.

| Magnesium Types Compared: Benefits and Differences | |
|---|---|
| Magnesium Supplement Form | Intended Use |
| Magnesium L-threonate | Crosses the blood–brain barrier, taken to support cognitive function and health.[4] |
| Magnesium citrate | Considered a laxative, treats constipation and increases the number of bowel movements.[21] |
| Magnesium oxide | An antacid to help with heartburn or indigestion. It can also work as a laxative for short-term, rapid bowel emptying common before medical procedures.[22] |
| Magnesium hydroxide | A saline laxative that treats constipation.[23] |
| Magnesium carbonate | Seldom taken because the body does not absorb it well.[24] |
| Magnesium sulfate | Works to empty the large intestine and bowel before medical procedures. It also has topical applications; Epsom salts contain magnesium sulfate.[25] |
| Magnesium chloride | Taken to raise circulating magnesium levels.[26] |
| Magnesium gluconate | Commonly prescribed for low blood magnesium.[27] |
| Magnesium glycinate | Helps resolve magnesium deficiency. It is also often taken for sleep, but more research is needed.[28] |
| Magnesium malate | A highly bioavailable form often taken to raise serum magnesium levels.[29] |

**Top Stories**  How Long Iron Stays in Your System    Does Coffee Count Towards Hydration?    Side I

# Summary

Magnesium L-threonate is a relatively new supplement form. Unlike other supplemental forms of magnesium, magnesium L-threonate can cross the blood-brain barrier, offering a slew of cognitive benefits.

Although research is limited, studies thus far show a potential benefit of magnesium L-threonate for anxiety and stress, ADHD, sleep, and cognitive function. If you're interested in trying magnesium L-threonate, consult your healthcare provider to ensure it will be safe and effective for you.

**Read More:**    PREVENTION & TREATMENT    SUPPLEMENTS

DIETARY SUPPLEMENTS

30 Sources ⊕

 **Headshot of Amy Brownstein, RDN**    By [Amy Brownstein, MS, RDN](#)
Amy Brownstein, MS, RDN, is a private practice dietitian and nutrition consultant based on the West Coast. She is passionate about translating nutrition science into digestible and actionable educational information and recommendations.



✐ **See Our Editorial Process**

✅ **Meet Our Medical Expert Board**

⚠ **Share Feedback**

**Top Stories**    How Long Iron Stays in Your System    Does Coffee Count Towards Hydration?    Side I

A young female on her bed holding her stomach

**SUPPLEMENTS**

## Can Magnesium Cause Diarrhea? A Registered Dietitian Nutritionist Explains

Medically reviewed by Elizabeth Barnes, RDN

Woman spilling out supplements from bottle in her hand.

**SUPPLEMENTS**

## What Happens When You Take Melatonin and Magnesium Together?

Medically reviewed by Paria Sanaty Zadeh, PharmD

A woman holds a pill

**SUPPLEMENTS**

## Is It Better to Take Supplements in the Morning or at Night?

Medically reviewed by Kristie Reed, PharmD

Woman holding vitamins at home

**SUPPLEMENTS**

## What Happens to Your Period Cramps When You Take Magnesium

Medically reviewed by Allison Herries, RDN

Cod liver oil capsules

Box of pills

**Top Stories**    How Long Iron Stays in Your System    Does Coffee Count Towards Hydration?    Side I

## Inflammation When You Take Cod Liver Oil Daily

Medically reviewed by Suzanne Fisher, RD

## Prebiotics Together?

Medically reviewed by Melissa Nieves, LND

person holding supplement bottle and capsules

SUPPLEMENTS

## How Much Magnesium L-Threonate Should You Take to Improve Your Brain Health?

Medically reviewed by Sohaib Imtiaz, MD

A person working on a laptop feeling tired

SUPPLEMENTS

## 9 Signs Your Body Is Low on Vitamin D

Medically reviewed by Gurdeep S. Sareen, PharmD

Woman holds glass of water and pill

SUPPLEMENTS

## What Happens to Your Cholesterol When You Take

Adult woman sitting down while holding pills in one hand and glass of water in other hand

SUPPLEMENTS

## Vaginal Health Supplements, Including

**Top Stories**   How Long Iron Stays in Your System     Does Coffee Count Towards Hydration?     Side I

Soft vitamin D capsules on a beige background.

SUPPLEMENTS

## Algae Oil vs Fish Oil: Which Omega-3 Source Is Better for Your Heart Health?

Medically reviewed by Maggie Moon, MS, RD

Blueberries, capsules, tincture, powder, and extract

SUPPLEMENTS

## What Is Blueberry Extract Good For?

Medically reviewed by Allison Herries, RDN

hand with supplements and water

SUPPLEMENTS

## What Happens to Your Bone Health When You Take Vitamin D and Calcium Together?

Medically reviewed by Patricia Mikula, PharmD

Catuaba capsules, powder, and tincture

SUPPLEMENTS

## 3 Potential Health Benefits of Catuaba

Medically reviewed by Melissa Nieves, LND

**Top Stories**  How Long Iron Stays in Your System    Does Coffee Count Towards Hydration?    Side I

**SUPPLEMENTS**

## What Is Castor Oil Good For? Examining 8 Potential Uses

Medically reviewed by Beth Thomas, PharmD

**SUPPLEMENTS**

## What Happens to Your Body When You Take Turmeric and Fish Oil Together

Medically reviewed by Leigh Weddle, PharmD

health

**Daily Health Tips to Your Inbox**

Email Address

Enter your email                    SIGN UP

**Follow Us**

**Health A-Z**

**Prevention & Treatment**

**Health Care**

# verywell health

**Top Stories**   How Long Iron Stays in Your System     Does Coffee Count Towards Hydration?     Side I

| | |
|---|---|
| Editorial Process | Privacy Policy |
| In the News | Advertise |
| Terms of Service | Careers |
| Contact | Your Privacy Choices ✓✕ |

Verywell Health's content is for informational and educational purposes only. Our website is not intended to be a substitute for professional medical advice, diagnosis, or treatment.

© 2025 People Inc. — All rights reserved

People Inc.

Verywell Health is part of the People Inc. publishing family.