Sang Dang, Esq. (SBN 214558)
  sdang@fortislaw.com
Salvatore Picariello, Esq. (SBN 190442)
  spicariello@fortislaw.com
FORTIS LLP
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: 714-839-3800
Facsimile: 714-795-2994


John W. Cox
  (Admitted *Pro Hac Vice*)
  John.Cox@btlaw.com
Lauren U. Baker
  (Admitted *Pro Hac Vice*)
  Lauren.Baker@btlaw.com
BARNES & THORNBURG LLP
3340 Peachtree Road NE, Suite 2900
Atlanta, GA 30326
Telephone: 404-264-4036
Facsimile: 404-264-4033

Jeffrey Gavenman
  (Admitted *Pro Hac Vice*)
  jeffrey.gavenman@hugheshubbard.com
Jeremy Schulman
  (Admitted *Pro Hac Vice*)
  jeremy.schulman@hugheshubbard.com
James Schaller
  (Admitted *Pro Hac Vice*)
  jake.schaller@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I STREET, N.W., 6th Floor
Washington, D.C. 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646

Attorneys for Plaintiffs NEUROCENTRIA, INC. and THREOTECH LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC. and THREOTECH LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>    v.<br><br>AIDP, INC.,<br><br>    Third-Party Defendant. | Case No. 2:25-cv-05871-FLA-MAR<br><br>**PLAINTIFFS' FIRST REQUEST TO CONTINUE MAY 15, 2026 HEARING ON PLAINTIFFS' APRIL 13 MOTION FOR SANCTIONS (ECF 161)**<br><br>[Declaration of Lauren Baker Concurrently Filed]<br><br>No Hearing Requested |

1. Plaintiffs, by and through the undersigned counsel, hereby submit this request for a continuance of the May 15, 2026 hearing on Plaintiffs' Motion for Sanctions filed on April 13, 2026 (ECF 161) until June 5, 2026.

2. Plaintiffs filed a Motion for Sanctions against Defendant Mando International, LLC d/b/a Kappa Nutrition ("Defendant") and counsel for Defendant, Raj Abhyanker ("Abhyanker," together with Defendant, "Respondents") pursuant to 28 U.S.C. § 1927, Local Rule 83-7, and the Court's inherent power on April 13, 2026 (ECF 161). Plaintiffs' April 13 Motion seeks relief for Respondents' vexatious and improper conduct during the claim construction proceedings. Plaintiffs noticed the hearing for the April 13 Motion for May 15, 2026. Briefing on Plaintiffs' April 13 Motion was completed on May 1, 2026.

3. Plaintiffs filed a second Motion for Sanctions against Respondents pursuant to Local Rules 83-7 and 83-8, 28 U.S.C. § 1927, and the Court's inherent power on April 28, 2026 (ECF 170). Plaintiffs' April 28 Motion seeks relief based on the totality of Respondents' vexatious behavior during this litigation. Plaintiffs noticed the hearing for the April 28 Motion for June 5, 2026. Briefing on Plaintiffs' April 28 Motion will be completed on May 22, 2026.

4. Plaintiffs make this request to continue the May 15 hearing on Plaintiffs' April 13 Motion for the sake of efficiency, to preserve judicial and party resources, and for the convenience of the parties and the Court. As set forth in the accompanying Declaration of Lauren Baker, while Plaintiffs' April 13 and April 28 Motions seek relief for distinct conduct (*e.g.*, the April 13 Motion seeks relief for conduct exclusively during the claim construction process and the April 28 Motion seeks relief for the totality of Respondents' conduct during the litigation), the grounds pursuant to which Plaintiffs seek sanctions in the April 13 and April 28 Motions (*e.g.*, 28 U.S.C. § 1927, the Local Rules, and the Court's inherent power) substantially overlap. Moreover, the April 13 and April 28 Motions seek similar relief—primarily, attorneys' fees and costs—against the same parties

(Respondents). The Court has not yet ruled on either Motion. Plaintiffs believe that holding a single, consolidated hearing on both the April 13 and the April 28 Motions on June 5, 2026 will streamline the proceedings, avoid unnecessary travel, and conserve the parties' and the Court's resources.

5. There will be no prejudice to either Party if the Court grants the requested short continuance of the hearing on Plaintiffs' April 13 Motion, and Plaintiffs are not seeking this relief to unreasonably delay the proceedings or for any other improper purpose. This is Plaintiffs' first request for a continuance of the May 15 hearing on its April 13 Motion.

6. Plaintiffs bring this request five (5) business days before the May 15 hearing on Plaintiffs' April 13 Motion.

7. Plaintiffs raised the issue of this continuance with counsel for Defendant, Abhyanker, by email on May 7, 2026, asking if Defendant would join in the request. Abhyanker responded on May 8, 2026, indicating that Defendant would not join in Plaintiffs' request for a continuance of the May 15 hearing.

8. Good cause exists to grant this request. The parties and the Court will expend unnecessary resources if required to hold two separate hearings on Plaintiffs' April 13 and April 28 Motions, which seek related relief (attorneys' fees and costs) under similar authority (28 U.S.C. § 1927, the Local Rules, and the Court's inherent power) against the same parties (Defendant and Abhyanker).

9. For the foregoing reasons, Plaintiffs respectfully request that the Court continue the May 15, 2026 hearing on Plaintiffs' April 13 Motion for Sanctions until June 5, 2026 such that Plaintiffs' April 13 and April 28 Motions for Sanctions (ECF 161; ECF 170) may be heard concurrently.

Dated: May 8, 2026                  Respectfully submitted,

                                    */s/ Lauren Baker*
                                    Attorney for Plaintiffs/Counterclaim
                                    Defendants
                                    Neurocentria, Inc.
                                    Therotech, Inc.

# CERTIFICATE OF SERVICE

I, Salvatore Picariello, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626.  On May 8, 2026, I served the following document(s):

**PLAINTIFFS' FIRST REQUEST TO CONTINUE MAY 15, 2026 HEARING ON PLAINTIFFS' APRIL 13 MOTION FOR SANCTIONS (ECF 161)**

on the parties stated on attached service list

| | |
|---|---|
| Defendant Mando International, LLC d/b/a Kappa Nutritional Labs<br><br>Raj V. Abhyanker<br>raj@legalforcelaw.com | |

☒ **BY COURT'S CM/ECF SYSTEM.**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed on the Service List.

**BY E-MAIL.**  By sending via e-mail, to the parties for service of the foregoing documents to the persons listed on this Service List.

☐ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2026, at Costa Mesa, California.

/S/ SALVATORE PICARIELLO
Salvatore Picariello

CERTIFICATE OF SERVICE

- 1 -