Sang Dang, Esq. (SBN 214558)
  sdang@fortislaw.com
Salvatore Picariello, Esq. (SBN 190442)
  spicariello@fortislaw.com
FORTIS LLP
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: 714-839-3800
Facsimile: 714-795-2994

John W. Cox
  (Admitted *Pro Hac Vice*)
  John.Cox@btlaw.com
Lauren U. Baker
  (Admitted *Pro Hac Vice*)
  Lauren.Baker@btlaw.com
BARNES & THORNBURG LLP
3340 Peachtree Road NE, Suite 2900
Atlanta, GA 30326
Telephone: 404-264-4036
Facsimile: 404-264-4033

Jeffrey Gavenman
  (Admitted *Pro Hac Vice*)
  jeffrey.gavenman@hugheshubbard.com
Jeremy Schulman
  (Admitted *Pro Hac Vice*)
  jeremy.schulman@hugheshubbard.com
James Schaller
  (Admitted *Pro Hac Vice*)
  jake.schaller@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I STREET, N.W., 6th Floor
Washington, D.C. 20006
Telephone: 202-721-4600
Facsimile: 202-721-4646

Attorneys for Plaintiffs NEUROCENTRIA, INC. and THREOTECH LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC. and THREOTECH LLC, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION, <br><br> Defendant/Counterclaim Plaintiff, <br><br> v. <br><br> AIDP, INC., <br><br> Third-Party Defendant. | Case No. 2:25-cv-05871-FLA-MAR <br><br> **DECLARATION OF LAUREN BAKER IN SUPPORT OF PLAINTIFFS' FIRST REQUEST TO CONTINUE MAY 15, 2026 HEARING ON PLAINTIFFS' APRIL 13 MOTION FOR SANCTIONS (ECF 161)** |

## **DECLARATION OF LAUREN BAKER**

I, Lauren Baker, hereby declare as follows:

1.   I am an attorney appearing *pro hac vice* in this case with Sang Dang as local counsel. *See* ECF 75. I am a Partner in the law firm of Barnes & Thornburg LLP, and counsel of record for Plaintiffs Neurocentria, Inc. and Threotech LLC (collectively, "Plaintiffs") in the above-referenced matter.

2.   I make this Declaration in support of Plaintiffs' first request to continue the May 15, 2026 hearing on Plaintiffs' Motion for Sanctions filed on April 13, 2026. ECF 161. I have personal knowledge of the facts stated herein and, if called as a witness, will be able to testify competently to such facts.

3.   Plaintiffs have brought this application in view of Plaintiffs' Motion for Sanctions filed on April 13, 2026 (ECF 161), which seeks sanctions against Defendant Mando International, LLC d/b/a Kappa Nutrition ("Defendant") and counsel for Defendant, Raj Abhyanker ("Abhyanker," together with Defendant, "Respondents"), pursuant to 28 U.S.C. § 1927, the Central District of California Local Rules, and the Court's inherent power for Respondents' conduct during the claim construction process. Further, on April 28, 2026, Plaintiffs filed a Motion for Sanctions against Respondents for the totality of Respondents' vexatious behavior during this litigation (ECF 170). Like its April 13 Motion, Plaintiffs' April 28 Motion seeks, *inter alia*, attorneys' fees and costs pursuant to 28 U.S.C. § 1927, the Central District of California Local Rules, and the Court's inherent power.

4.   Because Plaintiffs' April 13 and April 28 Motions seek related relief against the same parties pursuant to similar authority, Plaintiffs believe continuing the May 15 hearing until June 5 – such that both of Plaintiffs' Motions for Sanctions can be heard concurrently – will conserve the parties' and the Courts' resources, avoid the time and expense of unnecessary travel, and streamline the proceedings. Additionally, there will be no prejudice to the parties if the Court grants the requested short continuance, as the Court has not yet ruled on either Motion, and

Respondents will have the opportunity to be heard on both Motions at the same hearing. Plaintiffs are not requesting this relief for the purpose of unreasonably delaying the proceedings or for any other improper purpose. This is the first time Plaintiffs have sought the requested relief, and they have done so five business days before the scheduled hearing.

5.   Plaintiffs have conferred with counsel for Defendant regarding Plaintiffs' request for a continuance, and Defendant has declined to join Plaintiffs in seeking the requested relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 8, 2026 in Atlanta, Georgia.

Dated: May 8, 2026                    Respectfully submitted,

                                      /s/ Lauren Baker
                                      Lauren Baker

2
Case No. 2:25-cv-05871-FLA-MAR

## CERTIFICATE OF SERVICE

I, Salvatore Picariello, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626.  On May 8, 2026, I served the following document(s):

**DECLARATION OF LAUREN BAKER IN SUPPORT OF PLAINTIFFS' FIRST REQUEST TO CONTINUE MAY 15, 2026 HEARING ON PLAINTIFFS' APRIL 13 MOTION FOR SANCTIONS (ECF 161)**

on the parties stated on attached service list

| | |
|---|---|
| Defendant Mando International, LLC d/b/a Kappa Nutritional Labs<br><br>Raj V. Abhyanker<br>raj@legalforcelaw.com | |

☒ **BY COURT'S CM/ECF SYSTEM.**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed on the Service List.

**BY E-MAIL.**  By sending via e-mail, to the parties for service of the foregoing documents to the persons listed on this Service List.

☐ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2026, at Costa Mesa, California.

/S/ SALVATORE PICARIELLO
Salvatore Picariello