Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:  (650) 965-8731
Facsimile:  (650) 989-2131

Attorney for Defendant,
Mando International, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, and THREOTECH LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION LABS, a Texas limited liability company<br><br>Defendant.<br><br>v.<br><br>AIDP, INC.,<br><br>Third-Party Defendant. | Case No. 2:25-cv-05871-FLA-MAR<br><br>**SECOND DECLARATION OF RAJ ABHYANKER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS (DKT. 170)**<br><br>Hearing:  June 5, 2026<br><br>Time:  1:30 p.m.<br><br>Courtroom:  6B, 6th Floor<br>Hon. Fernando L. Aenlle-Rocha |

SECOND DECLARATION OF RAJ ABHYANKER ISO DEFENDANT'S
OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS
CASE NO.: CV-25-cv-05871-FLA-MAR

I, Raj V. Abhyanker, declare as follows:

1.     I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am counsel of record for Defendant Mando International, LLC d/b/a Kappa Nutrition Labs in the above-captioned action. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2.     Attached hereto as **Exhibit H** is a true and correct copy of an email I received on May 12, 2026, at 5:00 p.m. from Parchment (sent from the address relay@digitary.net), with the subject line "Sarrita Adams has shared their verified document with you." The email confirms that a secure digital Degree Certificate issued by the University of Cambridge to Sarrita Adams has been shared with me through Parchment's secure document-sharing platform. The email identifies the document issuer as the University of Cambridge, the document type as a Degree Certificate, and states that access is valid until May 18, 2026. The email further explains that Parchment (formerly Digitary) is used by the University of Cambridge as a secure means of digitally certifying and issuing official award documents, and that such documents are digitally signed using banking-level security and are therefore authentic, tamper-evident, and legally valid when viewed online.

1

SECOND DECLARATION OF RAJ ABHYANKER ISO DEFENDANT'S
OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS
CASE NO.: CV-25-cv-05871-FLA-MAR

3. Attached hereto as **Exhibit I** is a true and correct copy of a screenshot I took after accessing, via the secure link contained in the email described in Paragraph 2, the official Degree Certificate referenced in that email. The screenshot reflects the URL of the Parchment/Digitary share link and displays the document as certified by the issuer.

4. The Degree Certificate shown in **Exhibit I** states, in relevant part, that the University of Cambridge hereby certifies that SARRITA ANASTASIA ADAMS of Gonville and Caius College in the University of Cambridge was, at a full congregation holden in the Senate-House on 2 May 2026, admitted to the degree of Doctor of Philosophy. The certificate bears the signatures of the Administrative Officer and the Academic Secretary and is dated the second day of May, two thousand and twenty-six.

5. The Parchment verification page accompanying the certificate (also depicted in **Exhibit I**) further confirms that the document was digitally certified by the Student Registry of the University of Cambridge on May 5, 2026, and states that the document has not been modified since it was issued.

6. Based on the foregoing, **Exhibits H and I** together establish that, on May 2, 2026, Dr. Sarrita Anastasia Adams was formally conferred the degree of Doctor of Philosophy (Ph.D.) by the University of Cambridge.

2
SECOND DECLARATION OF RAJ ABHYANKER ISO DEFENDANT'S
OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS
CASE NO.: CV-25-cv-05871-FLA-MAR

7.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this Tuesday, May 12, 2026, in Santa Clara County, California.

Dated: May 12, 2026                    LEGALFORCE RAPC WORLDWIDE P.C.
                                       /s/ Raj V. Abhyanker
                                       Raj V. Abhyanker
                                       Attorney for Defendant:
                                       Mando International, LLC

3
SECOND DECLARATION OF RAJ ABHYANKER ISO DEFENDANT'S
OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS
CASE NO.: CV-25-cv-05871-FLA-MAR

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 11-6.1

1.    The undersigned counsel certifies that this Opposition To Motion for Sanctions complies with the type-volume limitation of Local Rule 11-6.1.

2.    This declaration contains approximately 473 words, excluding the caption, tables, signature block, and certificates of service.

Dated: May 12, 2026        Respectfully submitted,
                           LEGALFORCE RAPC WORLDWIDE P.C.


                           /s/_Raj V. Abhyanker__
                           Raj V. Abhyanker
                           Attorney for Defendant:
                           Mando International, LLC

SECOND DECLARATION OF RAJ ABHYANKER ISO DEFENDANT'S
OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS
CASE NO.: CV-25-cv-05871-FLA-MAR