# Exhibit H

 **LegalForce**      **Raj Abhyanker <raj@legalforcelaw.com>**

## Sarrita Adams has shared their verified document with you

**Parchment** <relay@digitary.net>      Tue, May 12, 2026 at 5:00 PM
To: raj@legalforcelaw.com



# Hi,

A secure digital Degree Certificate from University of Cambridge has been issued to Sarrita Adams, who has shared it with you online.

This document can be viewed and verified by following the link below. Please note that Sarrita Adams cannot control the contents of the document, but can only control who it is shared with.

## Document Details:

**Document Issuer:** University of Cambridge

**Document Type:** Degree Certificate

**Access Valid Until:** 18 May 2026

**Please Note:** a PIN is required to access this document.
Sarrita Adams is responsible for providing you with this PIN.

VIEW DOCUMENT

**SECURITY & AUTHENTICITY:**

University of Cambridge uses Digitary as a secure means of digitally certifying and issuing official award documents to students and graduates. All documents are digitally signed using banking level security and are therefore authentic, tamper-evident and legally valid when viewed online.

Please do not reply to this email, as it is automated and not monitored.

---

Digitary, Unit 3 Northwood House, Northwood Business Campus, Santry Dublin 9 Ireland
**FAQ** | **Terms** | **Privacy** | **Digitary** © Copyright 2005 - 2026