Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorney for Defendant and Counterclaimant,
Mando International, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>V.<br><br>MANDO INTERNATIONAL, LLC d/b/a KAPPA NUTRITION LABS, a Texas limited liability company<br><br>Defendant and Counterclaimant<br><br>NEUROCENTRIA, INC., a California corporation, THREOTECH LLC, a Nevada limited liability company, and AIDP, INC., a California corporation.<br><br>Counter-Defendants. | Case No. 2:25-cv-05871-FLA-MAR<br><br>**DEFENDANT'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>First Street U.S. Courthouse, Los Angeles<br>Courtroom 6B, 6th Floor<br>Hon. Fernando L. Aenlle-Rocha |

1. Defendant Mando International, LLC ("Defendant") respectfully submits this Third Notice of Supplemental Authority to bring to the Court's attention a further development in the USPTO reexamination of U.S. Patent No. 8,637,061 (the "'061 Patent"), the sole patent asserted by Plaintiffs in this action. This notice is relevant to Dkts. 107, 133, 161, 169, 170, and 187.

2. On August 21, 2026, the Examiner mailed a FINAL Office Action in Ex Parte Reexamination Control No. 90/015,776, rejecting all claims 1-20 of the '061 Patent, including amended claims 1, 14, and new claim 20. A true and correct copy is attached as Exhibit A. (Abhyanker Decl. ¶¶ 3-6.)

3. **Rejection of Amended Claim 1 (Obviousness):** The Examiner found claim 1's newly added ranges overlap the ranges disclosed in Yu et al. (1998, CN 1200366), creating a prima facie case of obviousness, and rejected claim 1 and dependent claims 2-10, 12, and 13 on that basis. (Ex. A at 4-5.)

4. **Rejection of Claims 14-20 (Lack of Written Description):** The Examiner rejected claims 14-20, including the new "substantially free of laxative effect" limitation, under 35 U.S.C. § 112(a), finding no disclosed correlation between the dosage form's structure and an absence of laxative effect, and noting the patent's working examples use only solutions, not the claimed solid, semi-solid, semi-liquid, or gel forms. (Ex. A at 12-14.)

5. **Rejection of Patent Owner's Unexpected-Results Evidence:** The Examiner rejected the Declaration of inventor Dr. Guosong Liu, finding its working examples fall outside the claimed concentration range and physical state and that Patent Owner had not established the required nexus to the claimed invention. (Ex. A at 9-11.)

6. This Office Action was made FINAL. A response is due within two months of the August 21, 2026 mailing date, and extensions of time under 37 C.F.R. § 1.136(a) do not apply in reexamination proceedings. (Ex. A at 1, 15.)

7. The claims asserted by Plaintiffs here are the originally issued claims. The Examiner's final rejection of all pending claims, whether issued or amended, confirms that no version of the claims currently before the USPTO has been found patentable. Defendant requests that the Court consider this development in connection with its pending rulings.

Executed on: September 03, 2026

Respectfully submitted,
LEGALFORCE RAPC WORLDWIDE P.C.

/s/ _Raj Abhyanker
Raj V. Abhyanker
Attorney for Defendant and Counterclaimant
Mando International, LLC

## EXHIBIT LIST

**<u>Exhibit A:</u>** Final Office Action in Ex Parte Reexamination, mailed August 21, 2026, in Ex Parte Reexamination Control No. 90/015,776 (18 pages).

**CERTIFICATE OF COMPLIANCE**

The undersigned certifies that this notice contains 370 words, which complies with the word limit of L.R. 11-6.1.

Executed on: September 03, 2026

Respectfully submitted,
LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj V. Abhyanker____________
Raj V. Abhyanker
Attorney for Defendant and Counterclaimant
Mando International, LLC